# Exhibit A

CAUSE NO. _____

| | | |
|---|---|---|
| ANACONDA INC., | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | TRAVIS COUNTY, TEXAS |
| ALIBABA GROUP HOLDING LIMITED | § | |
| AND ALIBABA CLOUD (SINGAPORE) | § | |
| PRIVATE LIMITED, ALIBABA CLOUD | § | |
| US LLC, | § | |
| | § | |
| Defendants. | § | JUDICIAL DISTRICT |

### PLAINTIFF ANACONDA, INC.'S ORIGINAL PETITION

Plaintiff Anaconda Inc. ("Anaconda") files this Original Petition against Defendants Alibaba Group Holding Limited ("Alibaba Group"), Alibaba Cloud (Singapore) Private Limited ("Alibaba Cloud") and Alibaba Cloud US LLC ("Alibaba Cloud US") (collectively "Defendants") and respectfully requests relief from this Court based on the following:

### I.    Discovery Control Plan

1. Pursuant to Rules 190 and 190.3 of the Texas Rules of Civil Procedure, Anaconda intends to conduct discovery under a Level 3 control plan.

### II.    Introduction

2. This is an action for damages arising from Defendants unauthorized and mass commercial use of Anaconda's software products, in contravention of Anaconda's Terms of Service and Anaconda's End User License Agreement and its (the "Anaconda Agreements"). As a result of Defendants' conduct, which includes unauthorized use and distribution of Anaconda's products to thousands of users, Defendants seek to unlawfully benefit from Anaconda's innovation and investments, resulting in damages to Anaconda in the tens of millions of dollars.

3.      Founded in 2012, Anaconda sought to bring the Python programming language to business analytics.  Today, Anaconda creates enterprise ready software to enable businesses to leverage open-source and AI with the right security, scale, and governance mechanisms in place. Anaconda now has hundreds of full-time employees worldwide and serves millions of users.

4.      As a result of Defendants' unlawful actions, Anaconda has suffered and will continue to suffer harm if Defendants are permitted to further engage in their unlawful conduct. Anaconda therefore seeks damages and injunctive relief to prevent future harm and further violations of the Anaconda Agreements.

5.      In an effort to resolve this dispute without judicial intervention, Anaconda sent Defendants multiple communications about the subject matter of this dispute.  Despite those good-faith attempts, Defendants failed to engage with Anaconda even once.  Rather than accepting Anaconda's invitation to communicate about Defendants' breach and steps to remedy the harm, in an effort to skirt responsibility for their unlawful conduct, Defendants in silence removed the pages that Anaconda referenced in its communications.[1]  Accordingly, Anaconda had to file this lawsuit to preserve its rights and to seek resolution with respect to Defendants' unlawful activities.

### III.    The Parties

6.      Plaintiff Anaconda Inc. is a corporation organized and existing under the laws of the State of Delaware, with its corporate headquarters located in Austin, Texas.

7.      Upon information and belief, Defendant Alibaba Group Holding Limited is a foreign business entity organized and existing under foreign law of the Cayman Islands.  Its

---

[1] Anaconda addressed its letters to Defendant Alibaba Group and also copied multiple business managers of Defendant Alibaba Cloud.

principal place of business is located at 969 West Wen Yi Road, Yuhang District, Hangzhou, China. Defendant Alibaba Group may be served through the Hague Convention. Issuance, but not service of the citation, is requested for this Defendant.

8.      Upon information and belief, Defendant Alibaba Cloud (Singapore Private Limited) is a foreign business entity organized and existing under the foreign law of Singapore. Its principal place of business is located at Level 3, 51 Bras Basah Road, Singapore 189554, Singapore, Central, Singapore. Defendant Alibaba Cloud may be served through the Hague Convention. Issuance, but not service of the citation, is requested for this Defendant.

9.      Upon information and belief, Defendant Alibaba Cloud US LLC is a company organized and existing under the laws of the State of Delaware. Its principal place of business is located at 525 Almanor Avenue, 4th Floor, Sunnyvale, California 94085. Alibaba Cloud US LLC may be served through its registered agent at Corporation Service Company at 251 Little Falls Drive, Wilmington, Delaware 19808. Issuance, but not service of the citation, is requested for this Defendant.

## IV.    Jurisdiction and Venue

10.     This Court has jurisdiction over the subject matter of this case because the amount in controversy exceeds the Court's minimum jurisdiction requirements. In accordance with Texas Rule of Civil Procedure 47(c)(4), Anaconda is seeking monetary relief in excess of $1,000,000.

11.     This Court has personal jurisdiction over Defendants because they have contacts in and conduct business in the State of Texas. This includes, by way of example, selling products to customers in Texas, conducting an online marketplace that offers the software products of third-party businesses to consumers, and partnering with technology businesses in Texas. This involves offering products and partnering with businesses that have headquarters in the State of Texas. The

Court also has personal jurisdiction over Defendants because both consented to personal jurisdiction and venue in Austin, Texas for actions arising out of the Anaconda Agreements.

12.    Venue is proper in Travis County, Texas because a substantial part of the events or omissions giving rise to the claims arose in Travis County.

### V.    Factual Background

#### A.    Anaconda, its Software, and the Anaconda Agreements

13.    Anaconda offers a popular platform particularly for businesses to develop and deploy software solutions.  The Anaconda software is now used by many *Fortune 500* companies.

14.    The Anaconda Terms of Service relevant at all times to this dispute were found on the Anaconda website <anaconda.com>.  Those Terms of Service are a valid and enforceable agreement between Anaconda and the individual or entity acquiring and/or providing access to the Anaconda offering.   The Terms of Service expressly prohibit using the free offerings for commercial purposes without a paid plan:

> ***You may not use Free Offerings for commercial purposes***, including but not limited to external business use, use in organizations over two hundred (200) employees (unless such use is for an Educational Purpose), third-party access to the Cloud Offerings, or Content redistribution or mirroring (each, a "Commercial Purpose"). Using the Free Offerings for a Commercial Purpose ***requires a Paid Plan*** with Anaconda.

(Emphasis added.)

15.    Similarly, the Anaconda Terms of Service provide:

> ***You will not*** (a) make any Cloud Offerings ***available to anyone other than You*** or your Authorized Users, or use any Cloud Offerings for the benefit of anyone other than You or your Affiliates, unless expressly stated otherwise in an Order or the Documentation, (b) ***sell, resell, license, sublicense, distribute, rent or lease*** any Cloud Offerings except as expressly permitted if you have rights for Embedded Use, or include any Cloud Offerings in a service bureau or outsourcing Cloud Offering …. (g) permit direct or indirect access to or use of any Cloud Offerings, Customer Content, or Third Party Services ***in a way that circumvents a contractual usage limit***, or use any Cloud Offerings to access, copy or use any Anaconda

intellectual property except as permitted under these TOS, an Order, or the Documentation, (h) ***modify, copy, or create derivative works*** of the Cloud Offerings or any part, feature, function or user interface thereof except, and then solely to the extent that, such activity is required to be permitted under applicable law, (i) ***copy Content*** except as permitted herein or in an Order or the Documentation, (j) ***frame or mirror any part of any Content or Cloud Offerings***, except if and to the extent permitted in an applicable Order for your own Internal Business Purposes and as permitted in the Documentation…

(Emphasis added.)

16.     Prior to installation of the Anaconda software, the individual or entity installing the software must affirmatively agree to Anaconda's End User License Agreement which reiterates substantive terms like those referenced above. Below is what the user encounters during the installation process showing that affirmative assent by clicking the "I agree" button is required:



17.     The Anaconda End User License Agreement is a valid and enforceable agreement.

18.     The Anaconda End User License Agreement, which applies to the individual or entity acquiring and/or providing access to the Anaconda products, contains sections and language that are substantively identical to the applicable language in the Terms of Service, including the

limitations by Anaconda placed upon commercial use, licensing, sublicensing, use and distribution and the restrictions against framing or mirroring.[2]

19.    The Anaconda Agreements, that is the Terms of Service and End User License Agreement, applied to Defendants, at least given that Defendants at a minimum used and distributed the Anaconda software products licensed via the Anaconda Agreements and therefore required a paid license from Anaconda.

20.    The Anaconda website likewise gave further clear and conspicuous notice that certain actions, including private mirroring, require a paid Business Plan license from Anaconda.



21.    Defendants do not have the requisite Business Plans from Anaconda and otherwise lacked any authority to engage in the alleged unlawful conduct.

_____

[2] Mirroring in the software context generally means to duplicate the data on another device. This is typically done by hosting the data or file on a remote server.

### B.    Defendants and Their Unlawful Conduct

22.    According to Defendant Alibaba Group's "About Us" page of its website <https://www.alibabagroup.com/en-US/about-alibaba>, last accessed on April 4, 2024, it was established in 1999 and "[f]rom the outset, the company's founders shared a belief that the Internet would level the playing field by enabling small enterprises to leverage innovation and technology to grow and compete more effectively in the domestic and global economies."

23.    Defendant Alibaba Group claims that it maintains offices in many countries and regions, including in the United States.

24.    Upon information and belief, Alibaba Group is the ultimate parent company of Defendants Alibaba Cloud and Alibaba Cloud US.

25.    According to Defendant Alibaba Cloud's website <alibabacloud.com>, last accessed on April 4, 2024, it was "founded in 2009, is a global leader in cloud computing and artificial intelligence, providing services to thousands of enterprises, developers, and governments organizations in more than 200 countries and regions. Committed to the success of its customers, Alibaba Cloud provides reliable and secure cloud computing and data processing capabilities as a part of its online solutions. In January 2017, Alibaba Cloud became the official cloud services partner of the Olympics."[3]

26.    Defendant Alibaba Cloud's "Global Infrastructure" includes a "strong presence in North America", including in the United States, and offers "Global Products."

27.    Anaconda recently learned that Defendants have engaged in and contributed to the unauthorized commercial use of Anaconda's software in violation of the Anaconda Agreements.

---

[3] According to the publicly Alibaba Cloud International Website Product Terms of Service, there are multiple Alibaba Cloud entities including Alibaba Cloud, which pertains to residents outside the U.S., Europe, India or Malaysia, and Alibaba Cloud US, which pertains to residents in the U.S.

More specifically, Defendants have embedded, white labeled, mirrored, copied and/or distributed Anaconda's software without a license or authorization from Anaconda.

28.    Upon information and belief, Defendants' conduct is widespread and commercial in scale and well in excess of the 200-user limit requirement in Anaconda's Agreements.  Indeed, upon information and belief, such conduct can be traced via IP addresses to each of Defendants individually and confirms that Defendants are each engaged in this unauthorized conduct in violation of Anaconda's Agreements.

29.    By way of example, upon information and belief, several IP addresses can be traced to Alibaba Group that amount to thousands of unauthorized installs of the Anaconda product.

30.    By way of example, upon information and belief, several IP addresses can be traced to Alibaba Cloud that amount to thousands of unauthorized installs of the Anaconda product.

31.    By way of example, upon information and belief, several IP addresses can be traced to Alibaba Cloud US that amount to thousands of unauthorized installs of the Anaconda product

32.    Upon information and belief, Defendants have embedded the Anaconda product into many of the products in Defendants' product suite / platform, such that Anaconda's product is included by default in Defendants' products / platform and made available to users, used by users and used by Defendants, in multiple countries, including in the United States and to users in the State of Texas.

33.    The screenshots below taken from the Alibaba Cloud website[4] are examples of Defendants' unlawful conduct:

---

[4] The images shown below are the English translation of Defendants' foreign language website. Since Anaconda sent Defendants its letters, Defendants have removed these items.





34.     Defendants conduct has been commercial in nature and carried out on a mass scale. Anaconda's investigation commencing in 2024 and carried out to date has identified more than 70,000 distinct IP addresses connected/attributable to Defendants.   This is meaningful as it represents, at a minimum, a significant loss of licensing revenue for Anaconda which it would normally obtain by users under Anaconda's Business Plans.

35.     By way of specific example and without limitation, Defendant Alibaba Cloud US provides instructions on "How to Install Anaconda on ECS."  ECS is Alibaba Cloud's Elastic Compute Service, which, according to its website "provides fast memory and the latest CPUs to help you to power your cloud applications and achieve faster results with low latency."

36.     Further, Defendant Alibaba Cloud US, "*recommend[s] that you **use Anaconda to create a Python environment**"* (italics in original, bold added), as part of a user guide document titled, "Case: Build an image-based search system."

37.     Defendants are well aware that businesses that provide tailored software and business solutions commonly charge for such services based on usage.  Alibaba Cloud even offers after-sales support plan pricing in connection with its products for a "Business Plan" and a "Enterprise Plan", both of which have charges "assessed based on your usage."



## VI.     Count I: Breach of Contract

38.     Anaconda repeats and realleges each and every allegation contained in Paragraphs 1-37 above, as if fully set forth herein.

39.     When Defendants agreed to the Terms of Use and the End User License Agreement (i.e., the Anaconda Agreements), Defendants entered into valid, enforceable and binding contracts with Anaconda.

40.     Anaconda performed its obligations under the Anaconda Agreements.

41.     Defendants materially and substantially breached the contracts by using, publishing and providing access—at a mass commercial scale, to boot—to others to the Anaconda software and products without the requisite authorization, consent or license from Anaconda.

42.     As a direct and proximate result of Defendants' breach of its contractual obligations, Anaconda has incurred actual, consequential, and special damages.

43.     Anaconda is entitled to judgment against Defendants for the actual, consequential and special damages that it has incurred.

44.     Unless enjoined by this Court, Defendants' ongoing conduct will cause great and irreparable harm to Anaconda, and Anaconda has no adequate or other remedy at law for such acts.

### VII.     Count II: Attorneys' Fees

45.     Anaconda repeats and realleges each and every allegation contained in Paragraphs 1-44 above, as if fully set forth herein.

46.     Defendants' conduct as described herein and the resulting damage and loss to Anaconda has necessitated Anaconda's retention of the undersigned attorneys.  Anaconda is entitled to recover reasonable attorney's fees and costs incurred in the prosecution of this action and any subsequent appeal, including under Texas Civil Practice and Remedies Code Chapter 38.

### VIII.     Conditions Precedent

47.     All of the conditions precedent to Anaconda's recovery and claims for relief have been performed or occurred or have been waived.

### IX.    **Demand for Jury Trial**

48.    Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Anaconda demands a jury trial for all issues so triable and has paid the requisite fee with the filing of this pleading.

### X.    **Prayer for Relief**

Anaconda respectfully requests the following judgment against Defendants:

a.    For compensatory damages, lost profits, unjust enrichment, restitution, exemplary damages and any other damages to which Anaconda is entitled in an amount to be shown at trial;

b.    For costs, reasonable attorneys' fees, prejudgment interest, and post judgment interest;

c.    Disgorgement of profits or other payment received by Defendants in connection with the conduct giving rise to this action; and

d.    All other relief, in law and equity, to which Anaconda may show itself to be entitled.

Dated: April 15, 2024                    Respectfully submitted,

/s/ Taylor O. Reed
**DLA PIPER LLP**

Brett D. Solberg
State Bar No. 24070651
Brett.Solberg@us.dlapiper.com
845 Texas Avenue, Suite 3800
Houston, Texas 77002-5005
(713) 425-8400 – Telephone
(713) 425-8401 – Facsimile

Taylor O. Reed
State Bar No. 24101958
Taylor.Reed@us.dlapiper.com
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
(214) 743-4500 – Telephone
(214) 743-4545 - Facsimile

Gina L. Durham (California 295910)
(*pro hac vice forthcoming*)

- 12 -

DLA Piper LLP
555 Mission Street
Suite 2400
San Francisco, CA 94105-2933
(415) 836-2506
gina.durham@us.dlapiper.com

Oscar M. Orozco-Botello (California 313104)
(*pro hac vice forthcoming*)
DLA Piper LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles CA 90067-4735
(310) 595-3077
oscar.orozco-botello@us.dlapiper.com

*Attorneys for Plaintiff Anaconda Inc.*

# Exhibit B

# TERMS OF SERVICE

**Effective Date:** March 31, 2024

## ANACONDA TERMS OF SERVICE

Please read these Terms of Service carefully before purchasing, using, accessing, or downloading any Anaconda Offerings (the "Offerings"). These Anaconda Terms of Service ("TOS") are between Anaconda, Inc. ("Anaconda") and you ("You"), the individual or entity acquiring and/or providing access to the Offerings. These TOS govern Your access, download, installation, or use of the Anaconda Offerings, which are provided to You in combination with the terms set forth in the applicable Offering Description, and are hereby incorporated into these TOS. Except where indicated otherwise, references to "You" shall include Your Users. You hereby acknowledge that these TOS are binding, and You affirm and signify your consent to these TOS by registering to, using, installing, downloading, or accessing the Anaconda Offerings effective as of the date of first registration, use, install, download or access, as applicable (the "Effective Date"). Capitalized definitions not otherwise defined herein are set forth in Section 15 (Definitions). If You do not agree to these Terms of Service, You must not register, use, install, download, or access the Anaconda Offerings.

## 1. ACCESS & USE

1.1 General License Grant. Subject to compliance with these TOS and any applicable Offering Description, Anaconda grants You a personal, non-exclusive, non-transferable, non-sublicensable, revocable, limited right to use the applicable Anaconda Offering strictly as detailed herein and as set forth in a relevant Offering Description. If You purchase a subscription to an Offering as set forth in a relevant Order, then the license grant(s) applicable to your access, download, installation, or use of a specific Anaconda Offering will be set forth in the relevant Offering Description and any definitive agreement which may be executed by you in writing or electronic in connection with your Order ("Custom Agreement"). License grants for specific Anaconda Offerings are set forth in the relevant Offering Description, if applicable.

1.2 License Restrictions. Unless expressly agreed by Anaconda, You may not:  (a) Make, sell, resell, license, sublicense, distribute, rent, or lease any Offerings available to anyone other than You or Your Users, unless expressly stated otherwise in an Order, Custom Agreement or the Documentation or as otherwise expressly permitted in writing by Anaconda; (b) Use the Offerings to store or transmit infringing, libelous, or otherwise unlawful or tortious material, or to store or transmit material in violation of third-party privacy rights; (c) Use the Offerings or Third Party Services to store or transmit Malicious Code, or attempt to gain unauthorized access to any Offerings or Third Party Services or their related systems or networks; (d)Interfere with or disrupt the integrity or performance of any Offerings or Third Party Services, or third-party data contained therein; (e) Permit direct or indirect access to or use of any Offerings or Third Party Services in a way that circumvents a contractual usage limit, or use any Offerings to access, copy or use any Anaconda intellectual property except as permitted under these TOS, a Custom Agreement, an Order or the Documentation; (f) Modify, copy or create derivative works of the Offerings or any part, feature, function or user interface thereof except, and then solely to the extent that, such activity is required to be permitted under applicable law; (g) Copy Content except as permitted herein or in an Order, a Custom Agreement or the Documentation or republish any material portion of any Offering in a manner competitive with the offering by Anaconda, including republication on another website or redistribute or embed any or all Offerings in a commercial product for redistribution or resale; (h) Frame or Mirror any part of any Content or Offerings, except if and to the extent permitted in an applicable Custom Agreement or Order for your own Internal Use and as permitted in a Custom Agreement or Documentation; (i) Except and then solely to the extent required to be permitted by applicable law, copy, disassemble, reverse engineer, or decompile an Offering, or access an Offering to build a competitive  service by copying or using similar ideas, features, functions or graphics of the Offering. You may not use any "deep-link", "page-scrape", "robot", "spider" or other automatic device, program, algorithm or methodology, or any similar or equivalent manual process, to access, acquire, copy or monitor any portion of our Offerings or Content. Anaconda reserves the right to end any such activity. If You would like to redistribute or embed any Offering in any product You are developing, please contact the Anaconda team for a third party redistribution commercial license.

## 2. USERS & LICENSING

2.1 Organizational Use.  Your registration, download, use, installation, access, or enjoyment of all Anaconda Offerings on behalf of an organization that has two hundred (200) or more employees or contractors ("Organizational Use") requires a paid license of Anaconda Business or Anaconda Enterprise. For sake of clarity, use by government entities and nonprofit entities with over 200 employees or contractors is considered Organizational Use.  Purchasing Starter tier license(s) does not satisfy the Organizational Use paid license requirement set forth in this Section 2.1. Educational Entities will be exempt from the paid license requirement, provided that the use of the Anaconda Offering(s) is solely limited to being used for a curriculum-based course. Anaconda reserves the right to monitor the registration, download, use, installation, access, or enjoyment of the Anaconda Offerings to ensure it is part of a curriculum. Utilizing Miniconda to pull package updates from the Anaconda Public Repository without a commercial license (if required by the conditions set forth in Section 2 of this Terms of Service) is considered a violation of the Terms of Service.

2.2 Use by Authorized Users. Your "Authorized Users" are your employees, agents, and independent contractors (including outsourcing service providers) who you authorize to use the Anaconda Offering(s) on Your behalf for Your Internal Use, provided that You are responsible for: (a) ensuring that such Authorized Users comply with these TOS or an applicable Custom Agreement; and  (b) any breach of these TOS by such Authorized Users.

2.3 Use by Your Affiliates. Your Affiliates may use the Anaconda Offering(s) on Your behalf for Your Internal Use only with prior written approval from Anaconda. Such Affiliate usage is limited to those Affiliates who were defined as such upon the Effective Date of these TOS. Usage by organizations who become Your Affiliates after the Effective Date may require a separate license, at Anaconda's discretion.

2.4 Licenses for Systems. For each End User Computing Device ("EUCD") (i.e. laptops, desktop devices) one license covers one installation and a reasonable number of virtual installations on the EUCD (e.g. Docker, VirtualBox, Parallels, etc.). Any other installations, usage, deployments, or access must have an individual license per each additional usage.

2.5 Mirroring. You may only Mirror the Anaconda Offerings with the purchase of a Site License unless explicitly included in an Order Form or Custom Agreement.

2.6 Beta Offerings. Anaconda provides Beta Offerings "AS-IS" without support or any express or implied warranty or indemnity for any problems or issue s, and Anaconda has no liability relating to Your use of the Beta Offerings. Unless agreed in writing by Anaconda, You will not put Beta Offerings into production use. You may only use the Beta Offerings for the period specified by Anaconda in writing; (b) Anaconda, in its discretion, may stop providing the Beta Offerings at any time, at which point You must immediately cease using the Beta Offering(s); and (c) Beta Offerings may contain bugs, errors, or other issues..

2.7 Content. In consideration of Your payment of Subscription Fees, Anaconda hereby grants to You and Your Users a personal, non-exclusive, non-transferable, non-sublicensable, revocable, limited right and license during the Usage Term to access, input, use, transmit, copy, process, and measure the Content solely (1) within the Offerings and to the extent required to enable the ordinary and unmodified functionality of the Offerings as described in the Offering descriptions, and (2) for your Internal Use. Customer hereby acknowledge that the grant hereunder is solely being provided for your Internal Use and not to modify or to create any derivatives based on the Content.

## 3. ANACONDA OFFERINGS

3.1 Upgrades or Additional Copies of Offerings. You may only use additional copies of the Offerings beyond Your Order if You have acquired such rights under an agreement with Anaconda and you may only use Upgrades under Your Order to the extent you have discontinued use of prior versions of the Offerings.

3.2 Changes to Offerings; Maintenance. Anaconda may: (a) enhance or refine an Offering, although in doing so, Anaconda will not materially reduce the core functionality of that Offering, except as contemplated in Section 3.4 (End of Life); and (b) perform scheduled maintenance of the infrastructure and software used to provide an Offering, during which You may experience some disruption to that Offering.  Whenever reasonably practicable, Anaconda will provide You with advance notice of such maintenance. You acknowledge that occasionally, Anaconda may need to perform emergency maintenance without providing You advance notice, during which Anaconda may temporarily suspend Your access to, and use of, the Offering.

3.3 Use with Third Party Products. If You use the Anaconda Offering(s) with third party products, such use is at Your risk. Anaconda does not provide support or guarantee ongoing integration support for products that are not a native part of the Anaconda Offering(s).

3.4 <u>End of Life.</u> Anaconda reserves the right to discontinue the availability of an Anaconda Offering, including its component functionality, hereinafter referred to as "End of Life" or "EOL", by providing written notice through its official website, accessible at www.anaconda.com at least sixty (60) days prior to the EOL. In such instances, Anaconda is under no obligation to provide support in the transition away from the EOL Offering or feature, You shall transition to the latest version of the Anaconda Offering, as soon as the newest Version is released in order to maintain uninterrupted service. In the event that You or Your designated Anaconda Partner have previously remitted a prepaid fee for the utilization of Anaconda Offering, and if the said Offering becomes subject to End of Life (EOL) before the end of an existing Usage Term, Anaconda shall undertake commercially reasonable efforts to provide the necessary information to facilitate a smooth transition to an alternative Anaconda Offering that bears substantial similarity in terms of functionality and capabilities. Anaconda will not be held liable for any direct or indirect consequences arising from the EOL of an Offering or feature, including but not limited to data loss, service interruption, or any impact on business operations.

## 4. OPEN SOURCE, CONTENT & APPLICATIONS

4.1 <u>Open-Source Software & Packages.</u> Our Offerings include open-source libraries, components, utilities, and third-party software that is distributed or otherwise made available as "free software," "open-source software," or under a similar licensing or distribution model ("Open-Source Software"), which may be subject to third party open-source license terms (the "Open-Source Terms"). Certain Offerings are intended for use with open-source Python and R software packages and tools for statistical computing and graphical analysis ("Packages"), which are made available in source code form by third parties and Community Users. As such, certain Offerings interoperate with certain Open-Source Software components, including without limitation Open Source Packages, as part of its basic functionality; and to use certain Offerings, You will need to separately license Open-Source Software and Packages from the licensor. Anaconda is not responsible for Open-Source Software or Packages and does not assume any obligations or liability with respect to You or Your Users' use of Open-Source Software or Packages. Notwithstanding anything to the contrary, Anaconda makes no warranty or indemnity hereunder with respect to any Open-Source Software or Packages. Some of such Open-Source Terms or other license agreements applicable to Packages determine that to the extent applicable to the respective Open-Source Software or Packages licensed thereunder. Any such terms prevail over any conflicting license terms, including these TOS. Anaconda will use best efforts to use only Open-Source Software and Packages that do not impose any obligation or affect the Customer Data (as defined hereinafter) or Intellectual Property Rights of Customer (beyond what is stated in the Open-Source Terms and herein), on an ordinary use of our Offerings that do not involve any modification, distribution, or independent use of such Open-Source Software.

4.2 <u>Open Source Project Affiliation.</u> Anaconda's software packages are not affiliated with upstream open source projects. While Anaconda may distribute and adapt open source software packages for user convenience, such distribution does not imply any endorsement, approval, or validation of the original software's quality, security, or suitability for specific purposes.

4.3 <u>Third-Party Services and Content.</u> You may access or use, at Your sole discretion, certain third-party products, services, and Content that interoperate with the Offerings including, but not limited to: (a) third party Packages, components, applications, services, data, content, or resources found in the Offerings, and (b) third-party service integrations made available through the Offerings or APIs (collectively, "Third-Party Services"). Each Third-Party Service is governed by the applicable terms and policies of the third-party provider. The terms under which You access, use, or download Third-Party Services are solely between You and the applicable Third-Party provider. Anaconda does not make any representations, warranties, or guarantees regarding the Third-Party Services or the providers thereof, including, but not limited to, the Third-Party Services' continued availability, security, and integrity. Third-Party Services are made available by Anaconda on an "AS IS" and "AS AVAILABLE" basis, and Anaconda may cease providing them in the Offerings at any time in its sole discretion and You shall not be entitled to any refund, credit, or other compensation.

## 5. CUSTOMER CONTENT, APPLICATIONS & RESPONSIBILITIES

5.1 <u>Customer Content and Applications.</u> Your content remains your own. We assume no liability for the content you publish through our services. However, you must adhere to our Acceptable Use Policy while utilizing our platform. You can share your submitted Customer Content or Customer Applications with others using our Offerings. By sharing Your Content, you grant legal rights to those You give access to. Anaconda has no responsibility to enforce, police, or otherwise aid You in enforcing or policing the terms of the license(s) or permission(s) You have chosen to offer. Anaconda is not liable for third-party misuse of your submitted Customer Content or Customer Applications on our Offerings. Customer Applications does not include any derivative works that might be created out of open source where the license prohibits derivative works.

5.2 <u>Removal of Customer Content and Applications.</u> If You received a removal notification regarding any Customer Content or a Customer Application due to legal reasons or policy violations, you promptly must do so. If You don't comply or the violation persists, Anaconda may disable the Content or your access to the Content. If required, You must confirm in writing that you've deleted or stopped using the Customer Content or Customer Applications. Anaconda might also remove Customer Content or Customer Applications if requested by a Third-party rights holder whose rights have been violated. Anaconda isn't obliged to store or provide copies of Customer Content or Customer Applications that have been removed, is Your responsibility to maintain a back-up of Your Content.

5.3 <u>Protecting Account Access.</u> You will keep all account information up to date, use reasonable means to protect Your account information, passwords, and other login credentials, and promptly notify Anaconda of any known or suspected unauthorized use of or access to Your account.

## 6. YOUR DATA, PRIVACY & SECURITY

6.1 <u>Your Data.</u> Your Data, hereinafter "Customer Data", is any data, files, attachments, text, images, reports, personal information, or any other data that is, uploaded or submitted, transmitted, or otherwise made available, to or through the Offerings, by You or any of your Authorized Users and is processed by Anaconda on your behalf. For the avoidance of doubt, Anonymized Data is not regarded as Customer Data. You retain all right, title, interest, and control, in and to the Customer Data, in the form submitted to the Offerings. Subject to these TOS, You grant Anaconda a worldwide, royalty-free, non-exclusive license to store, access, use, process, copy, transmit, distribute, perform, export, and display the Customer Data, and solely to the extent that reformatting Customer Data for display in the Offerings constitutes a modification or derivative work, the foregoing license also includes the right to make modifications and derivative works. The aforementioned license is hereby granted solely: (i) to maintain, improve and provide You the Offerings; (ii) to prevent or address technical or security issues and resolve support requests; (iii) to investigate when we have a good faith belief, or have received a complaint alleging, that such Customer Data is in violation of these TOS; (iv) to comply with a valid legal subpoena, request, or other lawful process; (v) detect and avoid overage of use of our Offering and confirm compliance by Customer with these TOS and other applicable agreements and policies;  (vi) to create Anonymized Data whether directly or through telemetry, and (vi) as expressly permitted in writing by You. Anaconda may use and retain your Account Information for business purposes related to these TOS and to the extent necessary to meet Anaconda's legal compliance obligations (including, for audit and anti-fraud purposes). We reserve the right to utilize aggregated data to enhance our Offerings functionality, ensure  compliance, avoid Offering overuse, and derive insights from customer behavior, in strict adherence to our Privacy Policy.

6.2 <u>Processing Customer Data.</u> The ordinary operation of certain Offerings requires Customer Data to pass through Anaconda's network. To the extent that Anaconda processes Customer Data on your behalf that includes Personal Data, Anaconda will handle such Personal Data in compliance with our Data Processing Addendum.

6.3 <u>Privacy Policy.</u>  If You obtained the Offering under these TOS, the conditions pertaining to the handling of your Personal Data, as described in our Privacy Policy, shall govern. However, in instances where your official acquisition is executed through a Custom Agreement, the terms articulated within our Data Processing Agreement ("DPA") shall take precedence over our Privacy Policy concerning data processing matters.

6.4 <u>Aggregated  Data.</u> Anaconda retains all right, title, and interest in the models, observations, reports, analyses, statistics, databases, and other information created, compiled, analyzed, generated or derived by Anaconda from platform, network, or traffic data in the course of providing the Offerings ("Aggregated Data"). To the extent the Aggregated Data includes any Personal Data, Anaconda will handle such Personal Data in compliance with applicable data protection laws and the Privacy Policy or DPA, as applicable.

6.5 <u>Offering Security.</u> Anaconda will implement industry standard security safeguards for the protection of Customer Confidential Information, including any Customer Content originating or transmitted from or processed by the Offerings and/or cached on or within Anaconda's network and stored within the Offerings in accordance with its policies and procedures. These safeguards include commercially reasonable administrative, technical, and organizational measures to protect Customer Content against destruction, loss, alteration, unauthorized disclosure, or unauthorized access, including such things as information security policies and procedures, security awareness training, threat and vulnerability management, incident response and breach notification, and vendor risk management procedures.

## 7. SUPPORT

7.1 <u>Support Services.</u> Anaconda offers Support Services that may be included with an Offering. Anaconda will provide the purchased level of Support Services in accordance with the terms of the Support Policy as detailed in the applicable Order. Unless ordered, Anaconda shall have no responsibility to deliver Support Services to You. The Support Service Levels and Tiers are described in the relevant Support Policy, found here.

7.2 <u>Information Backups.</u> You are aware of the risk that Your Content may be lost or irreparably damaged due to faults, suspension, or termination. While we might back up data, we cannot guarantee these backups will occur to meet your frequency needs or ensure successful recovery of Your Content. It is your obligation to back up any Content you wish to

preserve. We bear no legal liability for the loss or damage of Your Content.

## 8. OWNERSHIP & INTELLECTUAL PROPERTY

8.1 General. Unless agreed in writing, nothing in these TOS transfers ownership in, or grants any license to, any Intellectual Property Rights.

8.2 Feedback. Anaconda may use any feedback You provide in connection with Your use of the Anaconda Offering(s) as part of its business operations. You hereby agree that any feedback provided to Anaconda will be the intellectual property of Anaconda without compensation to the provider, author, creator, or inventor of providing the feedback.

8.3 DMCA Compliance. You agree to adhere to our Digital Millennium Copyright Act (DMCA) policies established in our Acceptable Use Policy.

## 9. CONFIDENTIAL INFORMATION

9.1 Confidential Information. In connection with these TOS and the Offerings (including the evaluation thereof), each Party ("Discloser") may disclose to the other Party ("Recipient"), non-public business, product, technology and marketing information, including without limitation, customers lists and information, know-how, software and any other non-public information that is either identified as such or should reasonably be understood to be confidential given the nature of the information and the circumstances of disclosure, whether disclosed prior or after the Effective Date ("Confidential Information"). For the avoidance of doubt, (i) Customer Data is regarded as your Confidential Information, and (ii) our Offerings, including Beta Offerings, and inclusive of their underlying technology, and their respective performance information, as well as any data, reports, and materials we provided to You in connection with your evaluation or use of the Offerings, are regarded as our Confidential Information. Confidential Information does not include information that (a) is or becomes generally available to the public without breach of any obligation owed to the Discloser; (b) was known to the Recipient prior to its disclosure by the Discloser without breach of any obligation owed to the Discloser; (c) is received from a third party without breach of any obligation owed to the Discloser; or (d) was independently developed by the Recipient without any use or reference to the Confidential Information.

9.2 Confidentiality Obligations. The Recipient will (i) take at least reasonable measures to prevent the unauthorized disclosure or use of Confidential Information, and limit access to those employees, affiliates, service providers and agents, on a need to know basis and who are bound by confidentiality obligations at least as restrictive as those contained herein; and (ii) not use or disclose any Confidential Information to any third party, except as part of its performance under these TOS and to consultants and advisors to such party, provided that any such disclosure will be governed by confidentiality obligations at least as restrictive as those contained herein.

9.3 Compelled Disclosure. Notwithstanding the above, Confidential Information may be disclosed pursuant to the order or requirement of a court, administrative agency, or other governmental body; provided, however, that to the extent legally permissible, the Recipient shall make best efforts to provide prompt written notice of such court order or requirement to the Discloser to enable the Discloser to seek a protective order or otherwise prevent or restrict such disclosure.

## 10. INDEMNIFICATION

10.1 By Customer. Customer hereby agree to indemnify, defend and hold harmless Anaconda and our Affiliates and their respective officers, directors, employees and agents from and against any and all claims, damages, obligations, liabilities, losses, reasonable expenses or costs incurred as a result of any third party claim arising from (i) You and/or any of your Authorized Users', violation of these TOS or applicable law; and/or (ii) Customer Data and/or Customer Content, including the use of Customer Data and/or Customer Content by Anaconda and/or any of our subcontractors, which infringes or violates, any third party's rights, including, without limitation, Intellectual Property Rights.

10.2 By Anaconda. Anaconda will defend any third party claim against You that Your valid use of Anaconda Offering(s) under Your Order infringes a third party's U.S. patent, copyright or U.S. registered trademark (the "IP Claim"). Anaconda will indemnify You against the final judgment entered by a court of competent jurisdiction or any settlements arising out of an IP Claim, provided that You: (a) promptly notify Anaconda in writing of the IP Claim; (b) fully cooperate with Anaconda in the defense of the IP Claim; and (c) grant Anaconda the right to exclusively control the defense and settlement of the IP Claim, and any subsequent appeal. Anaconda will have no obligation to reimburse You for Your attorney fees and costs in connection with any IP Claim for which Anaconda is providing defense and indemnification hereunder. You, at Your own expense, may retain Your own legal representation.

10.3 Additional Remedies. If an IP Claim is made and prevents Your exercise of the Usage Rights, Anaconda will either procure for You the right to continue using the Anaconda Offering(s), or replace or modify the Anaconda Offering(s) with functionality that is non-infringing. Only if Anaconda determines that these alternatives are not reasonably available, Anaconda may terminate Your Usage Rights granted under these TOS upon written notice to You and will refund You a prorated portion of the fee You paid for the Anaconda Offering(s) for the remainder of the unexpired Usage Term.

10.4 Exclusions. Anaconda has no obligation regarding any IP Claim based on: (a) compliance with any designs, specifications, or requirements You provide or a third party provides; (b) Your modification of any Anaconda Offering(s) or modification by a third party; (c) the amount or duration of use made of the Anaconda Offering(s), revenue You earned, or services You offered; (d) combination, operation, or use of the Anaconda Offering(s) with non-Anaconda products, software or business processes; (e) Your failure to modify or replace the Anaconda Offering(s) as required by Anaconda; or (f) any Anaconda Offering(s) provided on a no charge, beta or evaluation basis; or (g) your use of the Open Source Software and/or Third Party Services made available to You within the Anaconda Offerings.

10.5 Exclusive Remedy. This Section 9 (Indemnification) states Anaconda's entire obligation and Your exclusive remedy regarding any IP Claim against You.

## 11. LIMITATION OF LIABILITY

11.1 Limitation of Liability. Neither Party will be liable for indirect, incidental, exemplary, punitive, special or consequential damages; loss or corruption of data or interruption or loss of business; or loss of revenues, profits, goodwill or anticipated sales or savings except as a result of violation of Anaconda's Intellectual Property Rights. Except as a result of violation of Anaconda's Intellectual Property Rights, the maximum aggregate liability of each party under these TOS is limited to: (a) for claims solely arising from software licensed on a perpetual basis, the fees received by Anaconda for that Offering; or (b) for all other claims, the fees received by Anaconda for the applicable Anaconda Offering and attributable to the 12 month period immediately preceding the first claim giving rise to such liability; provided if no fees have been received by Anaconda, the maximum aggregate liability shall be one hundred US dollars ($100). This limitation of liability applies whether the claims are in warranty, contract, tort (including negligence), infringement, or otherwise, even if either party has been advised of the possibility of such damages. Nothing in these TOS limits or excludes any liability that cannot be limited or excluded under applicable law. This limitation of liability is cumulative and not per incident.

## 12. FEES & PAYMENT

12.1 Fees. Orders for the Anaconda Offering(s) are non-cancellable. Fees for Your use of an Anaconda Offering are set out in Your Order or similar purchase terms with Your Approved Source.  If payment is not received within the specified payment terms, any overdue and unpaid balances will be charged interest at a rate of five percent (5%) per month, charged daily until the balance is paid.

12.2 Billing. You agree to provide us with updated, accurate, and complete billing information, and You hereby authorize Anaconda, either directly or through our payment processing service or our Affiliates, to charge the applicable Fees set forth in Your Order via your selected payment method, upon the due date. Unless expressly set forth herein, the Fees are non-cancelable and non-refundable. We reserve the right to change the Fees at any time, upon notice to You if such change may affect your existing Subscriptions or other renewable services upon renewal. In the event of failure to collect the Fees You owe, we may, at our sole discretion (but shall not be obligated to), retry to collect at a later time, and/or suspend or cancel the Account, without notice. If You pay fees by credit card, Anaconda will charge the credit card in accordance with Your Subscription plan. You remain liable for any fees which are rejected by the card issuer or charged back to Anaconda.

12.3 Taxes. The Fees are exclusive of any and all taxes (including without limitation, value added tax, sales tax, use tax, excise, goods and services tax, etc.), levies, or duties, which may be imposed in respect of these TOS and the purchase or sale, of the Offerings or other services set forth in the Order (the "Taxes"), except for Taxes imposed on our income.

12.4 Payment Through Anaconda Partner. If You purchased an Offering from an Anaconda Partner or other Approved Source, then to the extent there is any conflict between these TOS and any terms of service entered between You and the respective Partner, including any purchase order, then, as between You and Anaconda, these TOS shall prevail. Any rights granted to You and/or any of the other Users in a separate agreement with a Partner which are not contained in these TOS, apply only in connection vis a vis the Partner.

## 13. TERM, TERMINATION & SUSPENSION

13.1 Subscription Term. The Offerings are provided on a subscription basis for the term specified in your Order (the "Subscription Term"). The termination or suspension of an individual Order will not terminate or suspend any other Order. If these TOS are terminated in whole, all outstanding Order(s) will terminate.

13.2 Subscription Auto-Renewal. To prevent interruption or loss of service when using the Offerings or any Subscription and Support Services will renew automatically, unless You cancel your license to the Offering, Subscription or Support Services agreement prior to their expiration.

13.3 Termination. If a party materially breaches these TOS and does not cure that breach within 30 days after receipt of written notice of the breach, the non-breaching party may terminate these TOS for cause.  Anaconda may immediately terminate your Usage Rights if You breach Section 1 (Access & Use), Section 4 (Open Source, Content & Applications), Section 8 (Ownership & Intellectual Property) or Section 16.10 (Export) or any of the Offering Descriptions.

13.4 Survival. Section 8 (Ownership & Intellectual Property), Section 6.4 (Aggregated Data), Section 9 (Confidential Information), Section 9.3 (Warranty Disclaimer), Section 12 (Limitation of Liability), Section 14 (Term, Termination & Suspension),  obligations to make payment under Section 13 which accrued prior to termination (Fees & Payment), Section 14.4 (Survival), Section 14.5 (Effect of Termination), Section 15 (Records, User Count) and Section 16 (General Provisions) survive termination or expiration of these TOS.

13.5 Effect of Termination. Upon termination of the TOS, You must stop using the Anaconda Offering(s) and destroy any copies of Anaconda Proprietary Technology and Confidential Information within Your control. Upon Anaconda's termination of these TOS for Your material breach, You will pay Anaconda or the Approved Source any unpaid fees through to the end of the then-current Usage Term. If You continue to use or access any Anaconda Offering(s) after termination, Anaconda or the Approved Source may invoice You, and You agree to pay, for such continued use.  Anaconda may require evidence of compliance with this Section 13. Upon request, you agree to provide evidence of compliance to Anaconda demonstrating that all proprietary Anaconda Offering(s) or components thereof have been removed from your systems. Such evidence may be in the form of a system scan report or other similarly detailed method.

13.6 Excessive Usage. We shall have the right to throttle or restrict Your access to the Offerings where we, at our sole discretion, believe that You and/or any of your Authorized Users, have misused the Offerings or otherwise use the Offerings in an excessive manner compared to the anticipated standard use (at our sole discretion) of the Offerings, including, without limitation, excessive network traffic and bandwidth, size and/or length of Content, quality and/or format of Content, sources of Content, volume of download time, etc.

## 14. RECORDS, USER COUNT

14.1 Verification Records. During the Usage Term and for a period of thirty six (36) months after its expiry or termination, You will take reasonable steps to maintain complete and accurate records of Your use of the Anaconda Offering(s) sufficient to verify compliance with these TOS ("Verification Records"). Upon reasonable advance notice, and no more than once per 12 month period unless the prior review showed a breach by You, You will, within thirty (30) days from Anaconda's notice, allow Anaconda and/or its auditors access to the Verification Records and any applicable books, systems (including Anaconda product(s) or other equipment), and accounts during Your normal business hours.

14.2 Quarterly User Count. In accordance with the pricing structure stipulated within the relevant Order Form and this Agreement, in instances where the pricing assessment is contingent upon the number of users, Anaconda will conduct a periodic true-up on  a quarterly basis to ascertain the alignment between the actual number of users utilizing the services and the initially reported user count, and to assess for any unauthorized or noncompliant usage.

14.3 Penalties for Overage or Noncompliant Use.  Should the actual User count exceed the figure initially provided, or unauthorized usage is uncovered, the contracting party shall remunerate the difference to Anaconda, encompassing the additional Users or noncompliant use in compliance with Anaconda's then-current pricing terms. The payment for such difference shall be due in accordance with the invoicing and payment provisions specified in these TOS and/or within the relevant Order and the Agreement. In the event there is no custom commercial agreement beyond these TOS between You and Anaconda at the time of a true-up pursuant to Section 14.2, and said true-up uncovers unauthorized or noncompliant usage, You will remunerate Anaconda via a settlement amount or back bill for any fees owed as a result of all unauthorized usage after April of 2020.  Fees may be waived by Anaconda at its discretion. In addition to any charges for User counts, Anaconda may, at its sole discretion, also calculate damages based on activity metrics such as installers, packages or mirrors.

## 15. GENERAL PROVISIONS

15.1 Order of Precedence. If there is any conflict between these TOS and any Offering Description expressly referenced in these TOS, the order of precedence is: (a) such Offering Description;  (b) these TOS (excluding the Offering Description and any Anaconda policies); then (c) any applicable Anaconda policy expressly referenced in these TOS and any agreement expressly incorporated by reference.  If there is a Custom Agreement, the Custom Agreement shall control over these TOS.

15.2 Entire Agreement. These TOS are the complete agreement between the parties regarding the subject matter of these TOS and supersedes all prior or contemporaneous communications, understandings or agreements (whether written or oral) unless a Custom Agreement has been executed where, in such case, the Custom Agreement shall continue in full force and effect and shall control.

15.3 Modifications to the TOS. Anaconda may change these TOS or any of its components by updating these TOS on legal.anaconda.com/terms-of-service. Changes to the TOS apply to any Orders acquired or renewed after the date of modification.

15.4 Third Party Beneficiaries. These TOS do not grant any right or cause of action to any third party.

15.5 Assignment. Anaconda may assign this Agreement to (a) an Affiliate; or (b) a successor or acquirer pursuant to a merger or sale of all or substantially all of such party's assets at any time and without written notice. Subject to the foregoing, this Agreement will be binding upon and will inure to the benefit of Anaconda and their respective successors and permitted assigns.

15.6 US Government End Users. The Offerings and Documentation are deemed to be "commercial computer software" and "commercial computer software documentation" pursuant to FAR 12.212 and DFARS 227.7202. All US Government end users acquire the Offering(s) and Documentation with only those rights set forth in these TOS. Any provisions that are inconsistent with federal procurement regulations are not enforceable against the US Government. In no event shall source code be provided or considered to be a deliverable or a software deliverable under these TOS.

15.7 Anaconda Partner Transactions. If You purchase access to an Anaconda Offering from an Anaconda Partner, the terms of these TOS apply to Your use of that Anaconda Offering and prevail over any inconsistent provisions in Your agreement with the Anaconda Partner.

15.8 Children and Minors. If You are under 18 years old, then by entering into these TOS You explicitly stipulate that (i) You have legal capacity to consent to these TOS or Your parent or legal guardian has done so on Your behalf;  (ii) You understand the **Anaconda Privacy Policy; and (iii) You understand that certain underage users are strictly prohibited from using certain features and functionalities provided by the Anaconda Offering(s).** You may not enter into these TOS if You are under 13 years old.  Anaconda does not intentionally seek to collect or solicit personal information from individuals under the age of 13. In the event we become aware that we have inadvertently obtained personal information from a child under the age of 13 without appropriate parental consent, we shall expeditiously delete such information. If applicable law allows the utilization of an Offering with parental consent, such consent shall be demonstrated in accordance with the prescribed process outlined by Anaconda's Privacy Policy for obtaining parental approval.

15.9 Compliance with Laws.  Each party will comply with all laws and regulations applicable to their respective obligations under these TOS.

15.10 Export. The Anaconda Offerings are subject to U.S. and local export control and sanctions laws. You acknowledge and agree to the applicability of and Your compliance with those laws, and You will not receive, use, transfer, export or re-export any Anaconda Offerings in a way that would cause Anaconda to violate those laws. You also agree to obtain any required licenses or authorizations.  Without limiting the foregoing, You may not acquire Offerings if: (1) you are in, under the control of, or a national or resident of Cuba, Iran, North Korea, Sudan or Syria or if you are on the U.S. Treasury Department's Specially Designated Nationals List or the U.S. Commerce Department's Denied Persons List, Unverified List or Entity List or (2) you intend to supply the acquired goods, services or software to Cuba, Iran, North Korea, Sudan or Syria (or a national or resident of one of these countries) or to a person on the Specially Designated Nationals List, Denied Persons List, Unverified List or Entity List.

15.11 Governing Law and Venue. THESE TOS, AND ANY DISPUTES ARISING FROM THEM, WILL BE GOVERNED EXCLUSIVELY BY THE GOVERNING LAW OF DELAWARE AND WITHOUT REGARD TO CONFLICTS OF LAWS RULES OR THE UNITED NATIONS CONVENTION ON THE INTERNATIONAL SALE OF GOODS. EACH PARTY CONSENTS AND SUBMITS TO THE EXCLUSIVE JURISDICTION OF COURTS LOCATED WITHIN THE STATE OF DELAWARE.  EACH PARTY DOES HEREBY WAIVE HIS/HER/ITS RIGHT TO A TRIAL BY JURY, TO PARTICIPATE AS THE MEMBER OF A CLASS IN ANY PURPORTED CLASS ACTION OR OTHER PROCEEDING OR TO NAME UNNAMED MEMBERS IN ANY PURPORTED CLASS ACTION OR OTHER PROCEEDINGS.  You acknowledge that any violation of the

requirements under Section 4 (Ownership & Intellectual Property) or Section 7 (Confidential Information) may cause irreparable damage to Anaconda and that Anaconda will be entitled to seek injunctive and other equitable or legal relief to prevent or compensate for such unauthorized use.

15.12 California Residents. If you are a California resident, in accordance with Cal. Civ. Code § 1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 1625 North Market Blvd., Suite N 112, Sacramento, CA 95834, or by telephone at (800) 952-5210.

15.13 Notices. Any notice delivered by Anaconda to You under these TOS will be delivered via email, regular mail or postings on **www.anaconda.com**. Notices to Anaconda should be sent to Anaconda, Inc., Attn: Legal at 1108 Lavaca Street, Suite 110-645 Austin, TX 78701 and **legal@anaconda.com**.

15.14 Publicity. Anaconda reserves the right to reference You as a customer and display your logo and name on our website and other promotional materials for marketing purposes. Any display of your logo and name shall be in compliance with Your branding guidelines, if provided  by notice pursuant to Section 15.13 by You. Except as provided in this Section 15.14 or by separate mutual written agreement, neither party will use the logo, name or trademarks of the other party or refer to the other party in any form of publicity or press release without such party's prior written approval.

15.15 Force Majeure. Except for payment obligations, neither Party will be responsible for failure to perform its obligations due to an event or circumstances beyond its reasonable control.

15.16 No Waiver; Severability. Failure by either party to enforce any right under these TOS will not waive that right. If any portion of these TOS are not enforceable, it will not affect any other terms.

15.17 Electronic Signatures.  IF YOUR ACCEPTANCE OF THESE TERMS FURTHER EVIDENCED BY YOUR AFFIRMATIVE ASSENT TO THE SAME (E.G., BY A "CHECK THE BOX" ACKNOWLEDGMENT PROCEDURE), THEN THAT AFFIRMATIVE ASSENT IS THE EQUIVALENT OF YOUR ELECTRONIC SIGNATURE TO THESE TERMS. HOWEVER, FOR THE AVOIDANCE OF DOUBT, YOUR ELECTRONIC SIGNATURE IS NOT REQUIRED TO EVIDENCE OR FACILITATE YOUR ACCEPTANCE AND AGREEMENT TO THESE TERMS, AS YOU AGREE THAT THE CONDUCT DESCRIBED IN THESE TOS AS RELATING TO YOUR ACCEPTANCE AND AGREEMENT TO THESE TERMS ALONE SUFFICES.

# 16. DEFINITIONS

"Affiliate" means any corporation or legal entity that directly or indirectly controls, or is controlled by, or is under common control with the relevant party, where "control" means to: (a) own more than 50% of the relevant party; or (b) be able to direct the affairs of the relevant party through any lawful means (e.g., a contract that allows control).

"Anaconda" "we" "our" or "us" means Anaconda, Inc. or its applicable Affiliate(s).

"Anaconda Content" means any:  Anaconda Content includes geographic and domain information, rules, signatures, threat intelligence and data feeds and Anaconda's compilation of suspicious URLs.

"Anaconda Partner" or "Partner" means an Anaconda authorized reseller, distributor or systems integrator authorized by Anaconda to sell Anaconda Offerings.

"Anaconda Offering" or "Offering" means the Anaconda Services, Anaconda software, Documentation, software development kits ("SDKs"), application programming interfaces ("APIs"), and any other items or services provided by Anaconda any Upgrades thereto under the terms of these TOS, the relevant Offering Descriptions, as identified in the relevant Order, and/or any updates thereto.

"Anaconda Proprietary Technology" means any software, code, tools, libraries, scripts, APIs, SDKs, templates, algorithms, data science recipes (including any source code for data science recipes and any modifications to such source code), data science workflows, user interfaces, links, proprietary methods and systems, know-how, trade secrets, techniques, designs, inventions, and other tangible or intangible technical material, information and works of authorship underlying or otherwise used to make available the Anaconda Offerings including, without limitation, all Intellectual Property Rights therein and thereto.

"Anaconda Service" means Support Services and any other consultation or professional services provided by or on behalf of Anaconda under the terms of the Agreement, as identified in the applicable Order and/or SOW.

"Approved Source" means Anaconda or an Anaconda Partner.

"Anonymized Data" means any Personal Data (including Customer Personal Data) and data regarding usage trends and behavior with respect to Offerings, that has been anonymized such that the Data Subject to whom it relates cannot be identified, directly or indirectly, by Anaconda or any other party reasonably likely to receive or access that anonymized Personal Data or usage trends and behavior.

"Authorized Users" means Your Users, Your Affiliates who have been identified to Anaconda and approved, Your third-party service providers, and each of their respective Users who are permitted to access and use the Anaconda Offering(s) on Your behalf as part of Your Order.

"Beta Offerings" Beta Offerings means any portion of the Offerings offered on a "beta" basis, as designated by Anaconda, including but not limited to, products, plans, services, and platforms.

"Content" means Packages, components, applications, services, data, content, or resources, which are available for download access or use through the Offerings, and owned by third-party providers, defined herein as Third Party Content, or Anaconda, defined herein as Anaconda Content.

"Documentation" means the technical specifications and usage materials officially published by Anaconda specifying the functionalities and capabilities of the applicable Anaconda Offerings.

"Educational Entities" means educational organizations, classroom learning environments, or academic instructional organizations.

"Fees" mean the costs and fees for the Anaconda Offerings(s) set forth within the Order and/or SOW, or any fees due immediately when purchasing via the web-portal.

"Government Entities" means any body, board, department, commission, court, tribunal, authority, agency or other instrumentality of any such government or otherwise exercising any executive, legislative, judicial, administrative or regulatory functions of any Federal, State, or local government (including multijurisdictional agencies, instrumentalities, and entities of such government)

"Internal Use" means Customer's use of an Offering for Customer's own internal operations, to perform Python/R data science and machine learning on a single platform from Customer's systems, networks, and devices. Such use does not include use on a service bureau basis or otherwise to provide services to, or process data for, any third party, or otherwise use to monitor or service the systems, networks, and devices of third parties.

"Intellectual Property Rights" means any and all now known or hereafter existing worldwide: (a) rights associated with works of authorship, including copyrights, mask work rights, and moral rights; (b) trademark or service mark rights; (c) Confidential Information, including trade secret rights; (d) patents, patent rights, and industrial property rights; (e) layout design rights, design rights, and other proprietary rights of every kind and nature other than trade dress, and similar rights; and (f) all registrations, applications, renewals, extensions, or reissues of the foregoing.

"Malicious Code" means code designed or intended to disable or impede the normal operation of, or provide unauthorized access to, networks, systems, Software or Cloud Services other than as intended by the Anaconda Offerings (for example, as part of some of Anaconda's Security Offering(s).

"Mirror" or "Mirroring" means the unauthorized or authorized act of duplicating, copying, or replicating an Anaconda Offering,  (e.g. repository, including its contents, files, and data),, from Anaconda's servers to another location. If Mirroring is not performed under a site license, or by written authorization by Anaconda, the Mirroring constitutes a violation of Anaconda's Terms of Service and licensing agreements.

"Offering Description" means a legally structured and detailed description outlining the features, specifications, terms, and conditions associated with a particular product, service, or offering made available to customers or users. The Offering Description serves as a legally binding document that defines the scope of the offering, including pricing, licensing terms, usage restrictions, and any additional terms and conditions.

"Order" or "Order Form" means a legally binding document, website page, or electronic mail that outlines the specific details of Your purchase of Anaconda Offerings or Anaconda Services, including but not limited to product specifications, pricing, quantities, and payment terms either issued by Anaconda or from an Approved Source.

"Personal Data" Refers to information falling within the definition of 'personal data' and/or 'personal information' as outlined by Relevant Data Protection Regulations, such as a personal identifier (e.g., name, last name, and email), financial information (e.g., bank account numbers) and online identifiers (e.g., IP addresses, geolocation.

"Relevant Data Protection Regulations" mean, as applicable, (a) Personal Information Protection and Electronic Documents Act (S.C. 2000, c. 5) along with any supplementary or replacement bills enacted into law by the Government of Canada (collectively "PIPEDA"); (b) the General Data Protection Regulation (Regulation (EU) 2016/679) and applicable laws by EU member states which either supplement or are necessary to implement the GDPR (collectively "GDPR"); (c) the California Consumer Privacy Act of 2018 (Cal. Civ. Code § 1798.198(a)), along with its various amendments (collectively "CCPA"); (d) the GDPR as applicable under section 3 of the European Union (Withdrawal) Act 2018 and as amended by the Data Protection, Privacy and Electronic Communications (Amendments etc.) (EU Exit) Regulations 2019 (as amended) (collectively "UK GDPR"); (e) the Swiss Federal Act on Data Protection of June 19, 1992 and as it may be revised from time to time (the "FADP"); and (f) any other applicable law related to the protection of Personal Data.

"Site License" means a License that confers Customer the right to use Anaconda Offerings throughout an organization, encompassing authorized Users without requiring individual licensing arrangements. Site Licenses have limits based on company size as set forth in a relevant Order, and does not cover future assignment of Users through mergers and acquisitions unless otherwise specified in writing by Anaconda.

"Software" means the Anaconda Offerings, including Upgrades, firmware, and applicable Documentation.

"Subscription" means the payment of recurring Ffees for accessing and using Anaconda's Software and/or an Anaconda Service over a specified period. Your subscription grants you the right to utilize our products, receive updates, and access support, all in accordance with our terms and conditions for such Offering.

"Subscription Fees" means the costs and Fees associated with a Subscription.

"Support Services" means the support and maintenance services provided by Anaconda to You in accordance with the relevant support and maintenance policy ("Support Policy") located at **legal.anaconda.com/support-policy**.

"Third Party Services" means external products, applications, or services provided by entities other than Anaconda. These services may be integrated with or used in conjunction with Anaconda's offerings but are not directly provided or controlled by Anaconda.

"Upgrades" means all updates, upgrades, bug fixes, error corrections, enhancements and other modifications to the Software.

"Usage Term" means the period commencing on the date of delivery and continuing until expiration or termination of the Order, during which period You have the right to use the applicable Anaconda Offering.

"User" means the individual, system (e.g. virtual machine, automated system, server-side container, etc.) or organization that (a) has visited, downloaded or used the Offerings(s), (b) is using the Offering or any part of the Offerings(s), or (c) directs the use of the Offerings(s) in the performance of its functions.

"Version" means the Offering configuration identified by a numeric representation, whether left or right of the decimal place.

## OFFERING DESCRIPTION: FREE TIER

This Offering Description describes Anaconda's Free Tier ("Free") offering. Your Subscription to Free is governed by this Offering Description, and the Anaconda Terms of Service (the "TOS", available **here**), collectively, the "Agreement", between You ("You") and Anaconda, Inc. ("We" or "Anaconda"). In the event of a conflict, the order of precedence is as follows: 1) this Offering Description; 2) if applicable, a Custom Agreement; and 3) the TOS if no Custom Agreement is in place. Capitalized terms used in this Offering Description and/or the Order not otherwise defined herein, including in Section 6 (Definitions), have the meaning given to them in the TOS or Custom Agreement, as applicable. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if You fail to comply with any term of this Agreement.

1. Free License Grants. Nothing in this Offering Description shall be construed as a license to any other Offering of Anaconda except for the licenses explicitly set forth herein.
2. Offering Description Changes. Anaconda reserves the right, at its sole discretion, to modify or replace these Terms and Conditions at any time. Anaconda will make reasonable efforts to notify You of any material changes to this Offering Description.
3. Modifications; Discontinuation. We reserve the right to modify or discontinue any Offerings available to Free subscribers, in whole or in part, at our sole discretion and without prior notice. Such modifications may include but are not limited to, changes to the features, functionalities, interfaces, or availability of an Offering.
4. Updates. Anaconda may, at its option, make available new features, bug fixes, performance improvements, or other updates to an Offering. Unless the updates are provided with their separate governing terms, they are deemed part of this Offering Description and licensed to You as provided herein.
5. Anaconda Distribution Installer. In order to access some features and functionalities of Free, You may need to first download and install the Anaconda Distribution Installer (hereinafter "Distribution").
   a. Anaconda Distribution License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Install and use the Distribution on Your premises; (2) modify and create derivative works of sample source code delivered in the Distribution from the Anaconda Public Repository; and (3) redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification subject to the requirements set forth below. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if You fail to comply with any term of this Agreement.
   b. Redistribution. Redistribution and use in source and binary forms of the source code delivered in the Distribution from the Anaconda Public Repository, with or without modification, are permitted provided that the following conditions are met: (1) Redistributions of source code must retain the copyright notice set forth in 2.2, this list of conditions and the following disclaimer; (2) Redistributions in binary form must reproduce the following copyright notice set forth in 2.2, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution; (3) Neither the name of Anaconda nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.
   c. Updates. Anaconda may, at its option, make available patches, workarounds or other updates to the Distribution.
6. Miniconda. In order to access some features and functionalities of Free, You may need to first download and install Miniconda.
   a. Copyright Notice. Miniconda® © 2015-2024, Anaconda, Inc. All rights reserved under the 3-clause BSD License.
   b. License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Install and use Miniconda®; (2) Modify and create derivative works of sample source code delivered in Miniconda® subject to the Anaconda Terms of Service (available at **https://legal.anaconda.com/policies/en/?name=terms-of-service**); and (3) Redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification subject to the requirements set forth below.
   c. Updates. Anaconda may, at its option, make available patches, workarounds or other updates to Miniconda®. Unless the updates are provided with their separate governing terms, they are deemed part of Miniconda® licensed to You as provided in this Agreement.
   d. Support. This Agreement does not entitle You to any support for Miniconda®.
   e. Redistribution. Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met: (1) Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer; (2) Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.
   f. Intellectual Property Notice. You acknowledge that, as between You and Anaconda, Anaconda owns all right, title, and interest, including all intellectual property rights, in and to Miniconda® and, with respect to third-party products distributed with or through Miniconda®, the applicable third-party licensors own all right, title and interest, including all intellectual property rights, in and to such products.
   g. Package Updates. Utilizing Miniconda to pull package updates from the Anaconda Public Repository without a commercial license (if required by the conditions set forth in Section 2 of the Terms of Service) is considered a violation of the Terms of Service.
7. Anaconda Navigator. Navigator offers seamless integration with various Anaconda Offerings providing users with a comprehensive suite of tools to support their data science and analytical workflows.

a. Updates. Anaconda may, at its option, make available new features, bug fixes, performance improvements, or other updates to AI Assistant. Unless the updates are provided with their separate governing terms, they are deemed part of AI Assistant licensed to You as provided in this Agreement.

b. Intended Integrations. Navigator is designed to integrate other Anaconda Offerings. By using Navigator, You agree to adhere to the applicable terms and conditions specific to the particular Offering being utilized.

8. Anaconda Public Repository.

a. License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Use the Public Repository in accordance to the number of licenses purchased in a non-commercial environment (unless otherwise specified in writing by Anaconda); (2) Access and use the Premium Repository for the sole purpose of internal development of software or models or for internal development of proprietary software packages; (3) Redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification, subject to the requirements set forth below; and (4) Modify and create derivative works of sample source code delivered in the Premium Repository for internal use.

b. License Restrictions. You shall not (i) store the Public Repository on any mobile device (for example, a laptop, external drive or smartphone) or (ii) transmit the Public Repository or any of its contents electronically unless encrypted.

c. Redistribution. The Premium Repository in its entirety is not to be part of a commercial product for resale. Redistribution of the Public Repository in its entirety requires a paid redistribution license. Redistribution and use in source and binary forms, with or without modification, are permitted.

9. AI Assistant.

a. Description. AI Assistant is a software application provided by Anaconda to assist You in writing, explaining, and debugging code within Anaconda Notebooks.

b. License Restrictions. No license is granted to You to modify, distribute, or otherwise use AI Assistant except as an aggregate of Anaconda Notebooks.

c. Intended Integrations. Anaconda Assistant is designed to integrate with Anaconda Data Catalogs and Anaconda Navigator. By using AI Assistant, You agree to the applicable terms of Anaconda Data Catalogs and Anaconda Navigator.

d. Disclaimer. While Anaconda has taken great care to train AI Assistant to provide accurate and helpful answers, Anaconda Assistant is not infallible and may make mistakes or provide incorrect information. You acknowledge that the information provided by the Assistant is not intended to be a substitute for Your own knowledge and expertise, and You assume full responsibility for any actions or decisions You make based on the information provided by Anaconda Assistant.

e. Support. This Offering Description does not entitle You to any support for AI Assistant.

f. Your Data. Any data You provide while using the AI Assistant, including but not limited to, chat interactions and potential personally identifiable information (PII) might be shared with our subprocessors.

g. User Data Collection; Model Training. You acknowledge that Anaconda may collect details from Your user journey within Anaconda Assistant, including personal and non-personal information, for the purpose of improving and training the AI Assistant model. You agree that Anaconda may use aggregated personal and non-personal information collected from You to train and nurture the abilities of the model.

h. Use of Data. By opting-in to the consent notice shown in the Anaconda Assistant's Interface, You're permitting us to collect and use Your data, which includes chat messages, user journey details, and data from Jupyter Notebooks. We use this information to enhance our services and develop machine learning models for a better Anaconda Assistant experience. If You don't give consent, we won't process Your data. Please note that this consent is separate from OpenAI's data processing. OpenAI may process Your metadata and might also process Your data for security reasons, such as executing security measures or blocking accounts or users if necessary.

i. No Sensitive Data. You acknowledge that the data You provide may unintentionally include Personally Identifiable Information (PII) in free-form chat messages. We assure You that such information will be handled strictly in accordance with our Privacy Policy and applicable data protection laws, and we make every effort to ensure its confidentiality and security. We strongly recommend that You refrain from sharing sensitive information, financial account Information (e.g., bank account numbers, credit card numbers), health and medical Information (e.g., medical records, health insurance information), personal credentials (e.g., PINs, security codes) or criminal history, and any other information that might be described as sensitive by the U.S Law or GDPR.

10. Anaconda Learning.

a. Description. Anaconda Learning provides an online education service on the Anaconda Platform, which allows anybody to learn how to write and execute arbitrary python code, and is especially well suited to machine learning, data analysis and education.

b. No Academic Credits Anaconda commits to grant a course certificate or other equivalent documentation of Your completion of the Learning Offering. Anaconda does not grant academic credit for the completion of Learning Offerings. Unless otherwise explicitly indicated by a credit-granting institution. Even if credit is awarded by one institution, there is no presumption that other institutions will accept that credit. Anaconda, instructors, and the associated Learning Providers have no obligation to have Learning Offerings recognized by any educational institution or accreditation organization.

c. Disclaimer on  Student-Learning Provider Relationship. Nothing in this Agreement or otherwise with respect to Your participation in any Learning Offerings by Learning Providers: Establishes any relationship between You and any Learning Provider; Enrolls or registers You in any Learning Provider institution, or in any Learning Offering offered by any Learning Provider institution; or  Entitles You to use the resources of any Learning Provider institution beyond participation in the Learning Offering.

d. Use of Data for Scientific Research Purposes. We might use records of Your participation within Learning Platform Offerings for research purposes. Research findings will typically be reported at the aggregate level. Your personal identity will not be publicly disclosed in any research findings without Your express consent.

11. Anaconda Notebooks.

a. Description. Anaconda Notebooks is a self-service, cloud-hosted product from Anaconda. Anaconda Notebooks is a cloud-hosted interactive development environment (IDE) and file service that allows anybody with an internet connection and modern web-browser to write, execute, and save arbitrary Python code to their Account. Anaconda Notebooks users will interact with a hosted Jupyter notebook service that requires no installation or configuration setup to use while providing access to hundreds of packages from the Anaconda Distribution (including native package and environment support) and sufficient computing resources including GPUs.

b. License Grant. Subject to Your compliance with the Agreement and this Offering Description, Anaconda grants You a non-transferable, non-exclusive, revocable, limited license to use and access Notebooks for the Subscription Term. You may download content from our Notebooks Service only for Your personal, non-commercial use, unless You obtain our written permission to otherwise use the content.

c. License Restrictions. Your use of Notebooks at the Free Subscription level does not provide commercial compliance for, and is further restricted to: (i) Your Personal Use, (ii) Your Educational Use, (iii) Your Open-Source Use, and/or (iv) Your Small Business Use; and (b) with the exception of Educational Use, Government Entities and Research Institutions are prohibited from using the Anaconda Notebooks component of the Service at the level of the Free Subscription.

d. Usage Limits. Anaconda reserves the right to monitor use of the Notebooks Service and to deactivate or terminate Your rights to use the Notebooks Service (including Your Account) if Your usage behavior exceeds normal limits, as determined in our sole discretion.

12. Anaconda Platform Tools.

a. Description. The Anaconda Platform Tools ('Platform Tools') include the Notebook Platform, Data Catalogs, Data Uploads, Project Uploads, Notebook File Uploads, Panel Applications, and other forthcoming services.

b. License Grant. Anaconda hereby grants to You a limited, non-exclusive, non-transferable license to utilize the Platform Tools to upload and manage Your own information and data.

c. License Restrictions. Nothing herein confers any rights of ownership or transfer of intellectual property to You. Any rights not expressly granted herein are reserved by Anaconda and its licensors.

13. General Information.

a. Intel® Math Kernel Library. Distribution provides access to re-distributable, run-time, shared-library files from the Intel® Math Kernel Library ("MKL binaries"). Copyright © 2018 Intel Corporation. License available here (the "MKL License"). You may use and redistribute the MKL binaries, without modification, provided the following conditions are met: (1) Redistributions must reproduce the above copyright notice and the following terms of use in the MKL binaries and in the documentation and/or other materials provided with the distribution; (2) Neither the name of Intel nor the names of its suppliers may be used to endorse or promote products derived from the MKL binaries without specific prior written permission; (3) No reverse engineering, decompilation, or disassembly of the MKL binaries is permitted.You are specifically authorized to use and redistribute the MKL binaries with Your installation of Anaconda® Distribution subject to the terms set forth in the MKL License. You are also authorized to redistribute the MKL binaries with Anaconda® Distribution or in the Anaconda® package that contains the MKL binaries.

b. cuDNN Binaries. Distribution also provides access to cuDNN™ software binaries ("cuDNN binaries") from NVIDIA® Corporation. You are specifically authorized to use the cuDNN binaries with Your installation of Distribution subject to Your compliance with the license agreement located at https://docs.nvidia.com/deeple.... You are also authorized to redistribute the cuDNN binaries with an Anaconda® Distribution package that contains the cuDNN binaries. You can add or remove the cuDNN binaries utilizing the install and uninstall features in Anaconda® Distribution. cuDNN binaries contain source code provided by NVIDIA Corporation.

c. Arm Performance Libraries. Anaconda provides access to software and related documentation from the Arm Performance Libraries ("Arm PL") provided by Arm Limited. By installing or otherwise accessing the Arm PL, You acknowledge and agree that use and distribution of the Arm PL is subject to Your compliance with the Arm PL and end user license agreement located here.

d. Export. You must comply with all domestic and international export laws and regulations that apply to the software, which include restrictions on destinations, end users, and end use. Anaconda® Distribution includes cryptographic software. The country in which You currently reside may have restrictions on the import, possession, use, and/or re-export to another country, of encryption software. BEFORE using any encryption software, please check Your country's laws, regulations and policies concerning the import, possession, or use, and re-export of encryption software, to see if this is permitted. See the Wassenaar Arrangement http://www.wassenaar.org/ for more information. No license is required for export of this software to non-embargoed countries. The Intel® Math Kernel Library contained in Anaconda® Distribution is classified by Intel® as ECCN 5D992.c with no license required for export to non-embargoed countries.

e. Cryptography Notice. The following packages are included in the Distribution that relate to cryptography:

i. OpenSSL. The OpenSSL Project is a collaborative effort to develop a robust, commercial-grade, full-featured and Open Source toolkit implementing the Transport Layer Security (TLS) and Secure Sockets Layer (SSL) protocols as well as a full strength general purpose cryptography library.

ii. PyCrypto. A collection of both secure hash functions (such as SHA256 and RIPEMD160), and various encryption algorithms (AES, DES, RSA, ElGamal, etc.).

iii. Pycryptodome. A fork of PyCrypto. It is a self-contained Python package of low-level cryptographic primitives.

iv. Pycryptodomex. A stand-alone version of Pycryptodome.

v. PyOpenSSL. A thin Python wrapper around (a subset of) the OpenSSL library.

vi. Kerberos (krb5, non-Windows platforms). A network authentication protocol designed to provide strong authentication for client/server applications by using secret-key cryptography.

vii. Libsodium. A software library for encryption, decryption, signatures, password hashing and more.

viii. Pynacl. A Python binding to the Networking and Cryptography library, a crypto library with the stated goal of improving usability, security and speed.

ix. Cryptography A Python library. This exposes cryptographic recipes and primitives.

14. Definitions.

"Anaconda Distribution", shortened form "Distribution", is an open-source distribution of Python and R programming languages for scientific computing and data science. It aims to simplify package management and deployment. Anaconda Distribution includes: (1) conda, a package and environment manager for Your command line interface; (2) Anaconda Navigator; (3) 250 automatically installed packages; (3) access to the Anaconda Public Repository and/or the Anaconda Premium Repository.

"Anaconda Navigator" means a graphical interface for launching common Python programs without having to use command lines, to install packages and manage environments. It also allows the user to launch applications and easily manage conda packages, environments, and channels without using command-line commands.

"Anaconda Public Repository", means the Anaconda packages repository of 8000 open-source data science and machine learning packages at **repo.anaconda.com**.

"Anaconda Learning" means the learning courses offered from Anaconda employees and guest experts.

"Learning Platform" means the online educational service within the Anaconda Platform, designed for instructing individuals in Python code execution, with a specific focus on machine learning, data analysis, and education.

"Learning Platform Offerings" means courses, webinars, and content (collectively referred to as "Learning Offerings") provided by Learning Providers, accessible at **https://learning.anaconda.cloud/**.

"Learning Provider" means data scientists, researchers, and other computational data and analytics providers who collaborate in the development of Anaconda Learning content.

# OFFERING DESCRIPTION: STARTER TIER

This Offering Description describes Anaconda's Starter Tier ("Starter") offering. Your Subscription to Starter  is governed by this Offering Description, and the Anaconda Terms of Service (the "TOS", available **here**), collectively the "Agreement" between You ("You") and Anaconda, Inc. ("We" or "Anaconda"). In the event of a conflict, the order of precedence is as follows: 1) this Offering Description; 2) if applicable, a Custom Agreement; and 3) the TOS if no Custom Agreement is in place. Capitalized terms used in this Offering Description and/or the Order not otherwise defined herein, including in Section 6 (Definitions), have the meaning given to them in the TOS or Custom Agreement, as applicable. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if You fail to comply with any term of this Agreement.

1. Starter License Grants. Nothing in this Offering Description shall be construed as a license to any other Offering of Anaconda except for the licenses explicitly set forth herein.

2. Offering Description Changes. Anaconda reserves the right, in its sole discretion, to modify or replace this Offering Description at any time. Anaconda will make reasonable efforts to notify You of any material changes to this Offering Description.

3. Modifications; Discontinuation. We reserve the right to modify or discontinue any Offerings available to Starter subscribers, in whole or in part, at our sole discretion and without prior notice. Such modifications may include but are not limited to, changes to the features, functionalities, interfaces, or availability of an Offering.

4. Updates. Anaconda may, at its option, make available new features, bug fixes, performance improvements, or other updates to an Offering. Unless the updates are provided with their separate governing terms, they are deemed part of this Offering Description and licensed to You as provided herein.

5. Anaconda Distribution Installer. In order to access some features and functionalities of Starter, You may need to first download and install the Anaconda Distribution Installer (hereinafter "Distribution").

   a. Anaconda Distribution License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Install and use the Distribution on Your premises; (2) modify and create derivative works of sample source code delivered in the Distribution from the Anaconda Public Repository; and (3) redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification subject to the requirements set forth below. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if You fail to comply with any term of this Agreement.

   b. Updates. Anaconda may, at its option, make available patches, workarounds or other updates to the Distribution.

6. Miniconda. In order to access some features and functionalities of Starter, You may need to first download and install Miniconda.

   a. Copyright Notice. Miniconda® © 2015-2024, Anaconda, Inc. All rights reserved under the 3-clause BSD License.

   b. License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Install and use Miniconda®; (2) Modify and create derivative works of sample source code delivered in Miniconda® subject to the Anaconda Terms of Service (available at **https://legal.anaconda.com/policies/en/?name=terms-of-service**); and (3) Redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification subject to the requirements set forth below.

   c. Updates. Anaconda may, at its option, make available patches, workarounds or other updates to Miniconda®. Unless the updates are provided with their separate governing terms, they are deemed part of Miniconda® licensed to You as provided in this Agreement.

   d. Redistribution. Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met: (1) Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer; (2) Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

   e. Intellectual Property Notice. You acknowledge that, as between You and Anaconda, Anaconda owns all right, title, and interest, including all intellectual property rights, in and to Miniconda® and, with respect to third-party products distributed with or through Miniconda®, the applicable third-party licensors own all right, title and interest, including all intellectual property rights, in and to such products.

   f. Package Updates. Utilizing Miniconda to pull package updates from the Anaconda Public Repository without a commercial license (if required by the conditions set forth in Section 2 of the Terms of Service) is considered a violation of the Terms of Service.

7. Anaconda Navigator. Anaconda Navigator offers seamless integration with various Anaconda Offerings providing users with a comprehensive suite of tools to support their data science and analytical workflows.

   a. Updates. Anaconda may, at its option, make available new features, bug fixes, performance improvements, or other updates to AI Assistant. Unless the updates are provided with their separate governing terms, they are deemed part of AI Assistant licensed to You as provided in this Agreement.

   b. Intended Integrations. Navigator is designed to integrate other Anaconda Offerings. By using Navigator, You agree to adhere to the applicable terms and conditions specific to the particular Offering being utilized.

8. Anaconda Public Repository.

   a. License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Use the Public Repository in accordance to the number of licenses purchased in a non-commercial environment (unless otherwise specified in writing by Anaconda); (2) Access and use the Premium Repository for the sole purpose of internal development of software or models or for internal development of proprietary software packages; (3) Redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification, subject to the requirements set forth below; and (4) Modify and create derivative works of sample source code delivered in the Premium Repository for internal use.

   b. License Restrictions. You shall not (i) store the Public Repository on any mobile device (for example, a laptop, external drive or smartphone) or (ii) transmit the Public Repository or any of its contents electronically unless encrypted.

   c. Redistribution. The Premium Repository in its entirety is not to be part of a commercial product for resale. Redistribution of the Public Repository in its entirety requires a paid redistribution license. Redistribution and use in source and binary forms, with or without modification, are permitted.

9. AI Assistant.

   a. Description. AI Assistant is a software application provided by Anaconda to assist You in writing, explaining, and debugging code within Anaconda Notebooks.

   b. License Restrictions. No license is granted to You to modify, distribute, or otherwise use AI Assistant except as an aggregate of Anaconda Notebooks.

   c. Intended Integrations. Anaconda Assistant is designed to integrate with Anaconda Data Catalogs and Anaconda Navigator. By using AI Assistant, You agree to adhere to the applicable terms of Anaconda Data Catalogs and Anaconda Navigator.

d. Disclaimer. While Anaconda has taken great care to train AI Assistant to be accurate and helpful answers, Anaconda Assistant is not infallible and may make mistakes or provide incorrect information. You acknowledge that the information provided by the Assistant is not intended to be a substitute for Your own knowledge and expertise, and You assume full responsibility for any actions or decisions You make based on the information provided by Anaconda Assistant.

e. Support. This Offering Description does not entitle You to any support for AI Assistant.

f. Your Data. Any data You provide while using the AI Assistant, including but not limited to, chat interactions and potential personally identifiable information (PII) might be shared with our subprocessors.

g. User Data Collection; Model Training. You acknowledge that Anaconda may collect details from Your user journey within Anaconda Assistant, including personal and non-personal information, for the purpose of improving and training the AI model. You agree that Anaconda may use aggregated personal and non-personal information collected from You to train and nurture the abilities of the model.

h. Use of Data. By opting-in to the consent notice shown in the Anaconda Assistant's Interface, You're permitting us to collect and use Your data, which includes chat messages, user journey details, and data from Jupyter Notebooks. We use this information to enhance our services and develop machine learning models for a better Anaconda Assistant experience. If You don't give consent, we won't process Your data. Please note that this consent is separate from OpenAI's data processing. OpenAI may process Your metadata and might also process Your data for security reasons, such as excusing security measures or blocking accounts or users if necessary.

i. No Sensitive Data. You acknowledge that the data You provide may unintentionally include Personally Identifiable Information (PII) in free-form chat messages. We assure You that such information will be handled strictly in accordance with our Privacy Policy and applicable data protection laws, and we make every effort to ensure its confidentiality and security. We strongly recommend that You refrain from sharing sensitive information, financial account Information (e.g., bank account numbers, credit card numbers), health and medical Information (e.g., medical records, health insurance information), personal credentials (e.g., PINs, security codes) or criminal history, and any other information that might be described as sensitive by the U.S Law or GDPR.

10. Anaconda Learning.

a. Description. Anaconda Learning provides an online education service on the Anaconda Platform, which allows anybody to learn how to write and execute arbitrary python code, and is especially well suited to machine learning, data analysis and education.

b. No Academic Credits. Anaconda commits to grant a course certificate or other equivalent documentation of Your completion of the Learning Offering. Anaconda does not grant academic credit for the completion of Learning Offerings. Unless otherwise explicitly indicated by a credit-granting institution. Even if credit is awarded by one institution, there is no presumption that other institutions will accept that credit. Anaconda, instructors, and the associated Learning Providers have no obligation to have Learning Offerings recognized by any educational institution or accreditation organization.

c. Disclaimer on Student-Learning Provider Relationship. Nothing in this Agreement or otherwise with respect to Your participation in any Learning Offerings by Learning Providers: Establishes any relationship between You and any Learning Provider; Enrolls or registers You in any Learning Provider institution, or in any Learning Offering offered by any Learning Provider institution; or  Entitles You to use the resources of any Learning Provider institution beyond participation in the Learning Offering.

d. Use of Data for Scientific Research Purposes. We might use records of Your participation within Learning Platform Offerings for research purposes. Research findings will typically be reported at the aggregate level. Your personal identity will not be publicly disclosed in any research findings without Your express consent.

11. Anaconda Notebooks.

a. Description. Anaconda Notebooks is a self-service, cloud-hosted product from Anaconda. Anaconda Notebooks is a cloud-hosted interactive development environment (IDE) and file service that allows anybody with an internet connection and modern web-browser to write, execute, and save arbitrary Python code to their Account. Anaconda Notebooks users will interact with a hosted Jupyter notebook service that requires no installation or configuration setup to use while providing access to hundreds of packages from the Anaconda Distribution (including native package and environment support) and sufficient computing resources including GPUs.

b. License Grant. Subject to Your compliance with the Agreement and this Offering Description, Anaconda grants You a non-transferable, non-exclusive, revocable, limited license to use and access Notebooks for the Subscription Term. You may download content from our Notebooks Service only for Your personal, non-commercial use, unless You obtain our written permission to otherwise use the content.

c. License Restrictions. Your use of Notebooks at the Starter Subscription level does not provide commercial compliance for, and is further restricted to: (i) Your Personal Use, (ii) Your Educational Use, (iii) Your Open-Source Use, and/or (iv) Your Small Business Use; and (b) with the exception of Educational Use, Government Entities and Research Institutions are prohibited from using the Anaconda Notebooks component of the Service at the level of the Starter Subscription.

d. Usage Limits. Anaconda reserves the right to monitor use of the Notebooks Service and to deactivate or terminate Your rights to use the Notebooks Service (including Your Account) if Your usage behavior exceeds normal limits, as determined in our sole discretion.

12. Anaconda Platform Tools.

a. Description. The Anaconda Platform Tools ('Platform Tools') include the Notebook Platform, Data Catalogs, Data Uploads, Project Uploads, Notebook File Uploads, Panel Applications, and other forthcoming services.

b. License Grant. Anaconda hereby grants to You a limited, non-exclusive, non-transferable license to utilize the Platform Tools to upload and manage Your own information and data.

c. License Restrictions. Nothing herein confers any rights of ownership or transfer of intellectual property to You. Any rights not expressly granted herein are reserved by Anaconda and its licensors.

13. General Information.

a. Intel® Math Kernel Library. Distribution provides access to re-distributable, run-time, shared-library files from the Intel® Math Kernel Library ("MKL binaries"). Copyright © 2018 Intel Corporation. License available here (the "MKL License"). You may use and redistribute the MKL binaries, without modification, provided the following conditions are met: (1) Redistributions must reproduce the above copyright notice and the following terms of use in the MKL binaries and in the documentation and/or other materials provided with the distribution; (2) Neither the name of Intel nor the names of its suppliers may be used to endorse or promote products derived from the MKL binaries without specific prior written permission; (3) No reverse engineering, decompilation, or disassembly of the MKL binaries is permitted.You are specifically authorized to use and redistribute the MKL binaries with Your installation of Anaconda® Distribution subject to the terms set forth in the MKL License. You are also authorized to redistribute the MKL binaries with Your installation of Anaconda® Distribution, or in an Anaconda® package that contains the MKL binaries.

b. cuDNN Binaries. Distribution also provides access to cuDNN™ software binaries ("cuDNN binaries") from NVIDIA® Corporation. You are specifically authorized to use the cuDNN binaries with Your installation of Distribution subject to Your compliance with the license agreement located at https://docs.nvidia.com/deeple.... You are also authorized to redistribute the cuDNN binaries with an Anaconda® Distribution package that contains the cuDNN binaries. You can add or remove the cuDNN binaries utilizing the install and uninstall features in Anaconda® Distribution. cuDNN binaries contain source code provided by NVIDIA Corporation.

c. Arm Performance Libraries. Anaconda provides access to software and related documentation from the Arm Performance Libraries ("Arm PL") provided by Arm Limited. By installing or otherwise accessing the Arm PL, You acknowledge and agree that use and distribution of the Arm PL is subject to Your compliance with the Arm PL end user license agreement located here.

d. Export. You must comply with all domestic and international export laws and regulations that apply to the software, which include restrictions on destinations, end users, and end use. Anaconda® Distribution includes cryptographic software. The country in which You currently reside may have restrictions on the import, possession, use, and/or re-export to another country, of encryption software. BEFORE using any encryption software, please check Your country's laws, regulations and policies concerning the import, possession, or use, and re-export of encryption software, to see if this is permitted. See the Wassenaar Arrangement http://www.wassenaar.org/ for more information. No license is required for export of this software to non-embargoed countries. The Intel® Math Kernel Library contained in Anaconda® Distribution is classified by Intel® as ECCN 5D992.c with no license required for export to non-embargoed countries.

e. Cryptography Notice. The following packages are included in the Distribution that relate to cryptography:

   i. OpenSSL. The OpenSSL Project is a collaborative effort to develop a robust, commercial-grade, full-featured and Open Source toolkit implementing the Transport Layer Security (TLS) and Secure Sockets Layer (SSL) protocols as well as a full strength general purpose cryptography library.

   ii. PyCrypto. A collection of both secure hash functions (such as SHA256 and RIPEMD160), and various encryption algorithms (AES, DES, RSA, ElGamal, etc.).

   iii. Pycryptodome. A fork of PyCrypto. It is a self-contained Python package of low-level cryptographic primitives.

   iv. Pycryptodomex. A stand-alone version of Pycryptodome.

   v. PyOpenSSL. A thin Python wrapper around (a subset of) the OpenSSL library.

   vi. Kerberos (krb5, non-Windows platforms). A network authentication protocol designed to provide strong authentication for client/server applications by using secret-key cryptography.

   vii. Libsodium. A software library for encryption, decryption, signatures, password hashing and more.

   viii. Pynacl. A Python binding to the Networking and Cryptography library, a crypto library with the stated goal of improving usability, security and speed.

   ix. Cryptography A Python library. This exposes cryptographic recipes and primitives.

14. Definitions.

"Anaconda Distribution", shortened form "Distribution", is an open-source distribution of Python and R programming languages for scientific computing and data science. It aims to simplify package management and deployment. Anaconda Distribution includes: (1) conda, a package and environment manager for Your command line interface; (2) Anaconda Navigator; (3) 250 automatically installed packages; (3) access to the Anaconda Public Repository and/or the Anaconda Premium Repository.

"Anaconda Navigator" means a graphical interface for launching common Python programs without having to use command lines, to install packages and manage environments. It also allows the user to launch applications and easily manage conda packages, environments, and channels without using command-line commands.

"Anaconda Public Repository", means the Anaconda packages repository of 8000 open-source data science and machine learning packages at **repo.anaconda.com**.

"Anaconda Learning" means the learning courses offered from Anaconda employees and guest experts.

"Learning Platform" means the online educational service within the Anaconda Platform, designed for instructing individuals in Python code execution, with a specific focus on machine learning, data analysis, and education.

"Learning Platform Offerings" means courses, webinars, and content (collectively referred to as "Learning Offerings") provided by Learning Providers, accessible at **https://learning.anaconda.cloud/**.

"Learning Provider" means data scientists, researchers, and other computational data and analytics providers who collaborate in the development of Anaconda Learning content.

# OFFERING DESCRIPTION: BUSINESS TIER

This Offering Description describes Anaconda's Business Tier ("Business") offering. Your Subscription to Business  is governed by this Offering Description, and the Anaconda Terms of Service (the "TOS", available **here**), collectively the "Agreement" between You ("You") and Anaconda, Inc. ("We" or "Anaconda"). In the event of a conflict, the order of precedence is as follows: 1) this Offering Description; 2) if applicable, a Custom Agreement; and 3) the TOS if no Custom Agreement is in place. Capitalized terms used in this Offering Description and/or the Order not otherwise defined herein, including in Section 6 (Definitions), have the meaning given to them in the TOS or Custom Agreement, as applicable. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if You fail to comply with any term of this Agreement.

1. Business License Grants. Nothing in this Offering Description shall be construed as a license to any other Offering of Anaconda except for the licenses explicitly set forth herein.
2. Offering Description Changes. Anaconda reserves the right, in its sole discretion, to modify or replace this Offering Description at any time. Anaconda will make reasonable efforts to notify You of any material changes to this Offering Description.
3. Modifications; Discontinuation. We reserve the right to modify or discontinue any Offerings available to Business subscribers, in whole or in part, at our sole discretion and without prior notice. Such modifications may include but are not limited to, changes to the features, functionalities, interfaces, or availability of an Offering.
4. Updates. Anaconda may, at its option, make available new features, bug fixes, performance improvements, or other updates to an Offering. Unless the updates are provided with their separate governing terms, they are deemed part of this Offering Description and licensed to You as provided herein.
5. Anaconda Distribution Installer. In order to access some features and functionalities of Business You may need to first download and install the Anaconda Distribution Installer (hereinafter "Distribution").
   a. Anaconda Distribution License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Install and use the Distribution on Your premises; (2) modify and create derivative works of sample source code delivered in the Distribution from the Anaconda Public Repository; and (3) redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification subject to the requirements set forth below. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if You fail to comply with any term of this Agreement.
   b. Updates. Anaconda may, at its option, make available patches, workarounds or other updates to the Distribution.
6. Miniconda. In order to access some features and functionalities of Business, You may need to first download and install Miniconda.
   a. Copyright Notice. Miniconda® © 2015-2024, Anaconda, Inc. All rights reserved under the 3-clause BSD License.
   b. License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Install and use Miniconda®; (2) Modify and create derivative works of sample source code delivered in Miniconda® subject to the Anaconda Terms of Service (available at **https://legal.anaconda.com/policies/en/?name=terms-of-service**); and (3) Redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification subject to the requirements set forth below.
   c. Updates. Anaconda may, at its option, make available patches, workarounds or other updates to Miniconda®. Unless the updates are provided with their separate governing terms, they are deemed part of Miniconda® licensed to You as provided in this Agreement.
   d. Redistribution. Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met: (1) Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer; (2) Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.
   e. Intellectual Property Notice. You acknowledge that, as between You and Anaconda, Anaconda owns all right, title, and interest, including all intellectual property rights, in and to Miniconda® and, with respect to third-party products distributed with or through Miniconda®, the applicable third-party licensors own all right, title, and interest, including all intellectual property rights, in and to such products.
   f. Package Updates. Utilizing Miniconda to pull package updates from the Anaconda Public Repository without a commercial license (if required by the conditions set forth in Section 2 of the Terms of Service) is considered a violation of the Terms of Service.
7. Anaconda Navigator. Navigator offers seamless integration with various Anaconda Offerings providing users with a comprehensive suite of tools to support their data science and analytical workflows.
   a. Updates. Anaconda may, at its option, make available new features, bug fixes, performance improvements, or other updates to AI Assistant. Unless the updates are provided with their separate governing terms, they are deemed part of AI Assistant licensed to You as provided in this Agreement.
   b. Intended Integrations. Navigator is designed to integrate other Anaconda Offerings. By using Navigator, You agree to adhere to the applicable terms and conditions specific to the particular Offering being utilized.
8. Anaconda Public Repository.
   a. License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Use the Public Repository in accordance to the number of licenses purchased in a non-commercial environment (unless otherwise specified in writing by Anaconda); (2) Access and use the Premium Repository for the sole purpose of internal development of software or models or for internal development of proprietary software packages; (3) Redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification, subject to the requirements set forth below; and (4) Modify and create derivative works of sample source code delivered in the Premium Repository for internal use.
   b. License Restrictions. You shall not (i) store the Public Repository on any mobile device (for example, a laptop, external drive or smartphone) or (ii) transmit the Public Repository or any of its contents electronically unless encrypted.
   c. Redistribution. The Premium Repository in its entirety is not to be part of a commercial product for resale. Redistribution of the Public Repository in its entirety requires a paid redistribution license. Redistribution and use in source and binary forms, with or without modification, are permitted.
9. AI Assistant.
   a. Description. AI Assistant is a software application provided by Anaconda to assist You in writing, explaining, and debugging code within Anaconda Notebooks.
   b. License Restrictions. No license is granted to You to modify, distribute, or otherwise use AI Assistant except as an aggregate of Anaconda Notebooks.
   c. Intended Integrations. Anaconda Assistant is designed to integrate with Anaconda Data Catalogs and Anaconda Navigator. By using AI Assistant, You agree to the applicable terms of Anaconda Data Catalogs and Anaconda Navigator.
   d. Disclaimer. While Anaconda has taken great care to train AI Assistant to provide accurate and helpful answers, Anaconda Assistant is not infallible and may make mistakes or provide incorrect information. You acknowledge that the information provided by the Assistant is not intended to be a substitute for Your own knowledge and expertise, and You assume full responsibility for any actions or decisions You make based on the information provided by Anaconda Assistant.
   e. Support. This Offering Description does not entitle You to any support for AI Assistant.
   f. Your Data. Any data You provide while using the AI Assistant, including but not limited to, chat interactions and potential personally identifiable information (PII)  might be shared with our subprocessors.
   g. User Data Collection; Model Training. You acknowledge that Anaconda may collect details from Your user journey within Anaconda Assistant, including personal and non-personal information, for the purpose of improving and training the AI Assistant model. You agree that Anaconda may use aggregated personal and non-personal information collected from You to train and nurture the abilities of the model.
   h. Use of Data. By opting-in to the consent notice shown in the Anaconda Assistant's Interface, You're permitting us to collect and use Your data, which includes chat messages, user journey details, and data from Jupyter Notebooks. We use this information to enhance our services and develop machine learning models for a better Anaconda Assistant experience. If You don't give consent, we won't process Your data. Please note that this consent is separate from OpenAI's data processing. OpenAI may process Your metadata and might also process Your data for security reasons, such as executing security measures or blocking accounts or users if necessary.
   i. No Sensitive Data. You acknowledge that the data You provide may unintentionally include Personally Identifiable Information (PII) in free-form chat messages. We assure You that such information will be handled strictly in accordance with our Privacy Policy and applicable data protection laws, and we make every effort to ensure its confidentiality and security. We strongly recommend that You refrain from sharing sensitive information, financial account Information (e.g., bank account numbers, credit card numbers), health and medical Information (e.g., medical records, health insurance information), personal credentials (e.g., PINs, security codes) or criminal history, and any other information that might be described as sensitive by the U.S Law or GDPR.
10. Anaconda Learning.

    a. Description. Anaconda Learning provides an online education service on the Anaconda Platform, which allows anybody to learn how to write and execute arbitrary python code, and is especially well suited to machine learning, data analysis and education.

    b. No Academic Credits. Anaconda commits to grant a course certificate or other equivalent documentation of Your completion of the Learning Offering. Anaconda does not grant academic credit for the completion of Learning Offerings. Unless otherwise explicitly indicated by a credit-granting institution. Even if credit is awarded by one institution, there is no presumption that other institutions will accept that credit. Anaconda, instructors, and the associated Learning Providers have no obligation to have Learning Offerings recognized by any educational institution or accreditation organization.

    c. Disclaimer on Student-Learning Provider Relationship. Nothing in this Agreement or otherwise with respect to Your participation in any Learning Offerings by Learning Providers: Establishes any relationship between You and any Learning Provider; Enrolls or registers You in any Learning Provider institution, or in any Learning Offering offered by any Learning Provider institution; or Entitles You to use the resources of any Learning Provider institution beyond participation in the Learning Offering.

    d. Use of Data for Scientific Research Purposes. We might use records of Your participation within Learning Platform Offerings for research purposes. Research findings will typically be reported at the aggregate level. Your personal identity will not be publicly disclosed in any research findings without Your express consent.

11. Anaconda Notebooks.

    a. Description. Anaconda Notebooks is a self-service, cloud-hosted product from Anaconda. Anaconda Notebooks is a cloud-hosted interactive development environment (IDE) and file service that allows anybody with an internet connection and modern web-browser to write, execute, and save arbitrary Python code to their Account. Anaconda Notebooks users will interact with a hosted Jupyter notebook service that requires no installation or configuration setup to use while providing access to hundreds of packages from the Anaconda Distribution (including native package and environment support) and sufficient computing resources including GPUs.

    b. License Grant. Subject to Your compliance with the Agreement and this Offering Description, Anaconda grants You a non-transferable, non-exclusive, revocable, limited license to use and access Notebooks for the Subscription Term. You may download content from our Notebooks Service for Your personal, non-commercial use, unless You obtain our written permission to otherwise use the content.

    c. License Restrictions. Your use of Notebooks at the Starter Subscription level does not provide commercial compliance for, and is further restricted to: (i) Your Personal Use, (ii) Your Educational Use, (iii) Your Open-Source Use, and/or (iv) Your Small Business Use; and (b) with the exception of Educational Use, Government Entities and Research Institutions are prohibited from using the Anaconda Notebooks component of the Service at the level of the Starter Subscription.

    d. Usage Limits. Anaconda reserves the right to monitor use of the Notebooks Service and to deactivate or terminate Your rights to use the Notebooks Service (including Your Account) if Your usage behavior exceeds normal limits, as determined in our sole discretion.

12. Anaconda Platform Tools.

    a. Description. The Anaconda Platform Tools ('Platform Tools') include the Notebook Platform, Data Catalogs, Data Uploads, Project Uploads, Notebook File Uploads, Panel Applications, and other forthcoming services.

    b. License Grant. Anaconda hereby grants to You a limited, non-exclusive, non-transferable license to utilize the Platform Tools to upload and manage Your own information and data.

    c. License Restrictions. Nothing herein confers any rights of ownership or transfer of intellectual property to You. Any rights not expressly granted herein are reserved by Anaconda and its licensors.

13. General Information.

    a. Intel® Math Kernel Library. Distribution provides access to re-distributable, run-time, shared-library files from the Intel® Math Kernel Library ("MKL binaries"). Copyright © 2018 Intel Corporation. License available here (the "MKL License"). You may use and redistribute the MKL binaries, without modification, provided the following conditions are met: (1) Redistributions must reproduce the above copyright notice and the license in the MKL binaries and in the documentation and/or other materials provided with the distribution; (2) Neither the name of Intel nor the names of its suppliers may be used to endorse or promote products derived from the MKL binaries without specific prior written permission; (3) No reverse engineering, decompilation, or disassembly of the MKL binaries is permitted.You are specifically authorized to use and redistribute the MKL binaries with Your installation of Anaconda® Distribution subject to the terms set forth in the MKL License. You are also authorized to redistribute the MKL binaries with Anaconda® Distribution or in the Anaconda® package that contains the MKL binaries.

    b. cuDNN Binaries. Distribution also provides access to cuDNN™ software binaries ("cuDNN binaries") from NVIDIA® Corporation. You are specifically authorized to use the cuDNN binaries with Your installation of Distribution subject to Your compliance with the license agreement located at https://docs.nvidia.com/deeple.... You are also authorized to redistribute the cuDNN binaries with an Anaconda® Distribution package that contains the cuDNN binaries. You can add or remove the cuDNN binaries utilizing the install and uninstall features in Anaconda® Distribution. cuDNN binaries contain source code provided by NVIDIA Corporation.

    c. Arm Performance Libraries. Anaconda provides access to software and related documentation from the Arm Performance Libraries ("Arm PL") provided by Arm Limited. By installing or otherwise accessing the Arm PL, You acknowledge and agree that use and distribution of the Arm PL is subject to Your compliance with the Arm PL and user license agreement located here.

    d. Export. You must comply with all domestic and international export laws and regulations that apply to the software, which include restrictions on destinations, end users, and end use. Anaconda® Distribution includes cryptographic software. The country in which You currently reside may have restrictions on the import, possession, use, and/or re-export to another country, of encryption software. BEFORE using any encryption software, please check Your country's laws, regulations and policies concerning the import, possession, or use, and re-export of encryption software, to see if this is permitted. See the Wassenaar Arrangement http://www.wassenaar.org/ for more information. No license is required for export of this software to non-embargoed countries. The Intel® Math Kernel Library contained in Anaconda® Distribution is classified by Intel® as ECCN 5D992.c with no license required for export to non-embargoed countries.

    e. Cryptography Notice. The following packages are included in the Distribution that relate to cryptography:

        i. OpenSSL. The OpenSSL Project is a collaborative effort to develop a robust, commercial-grade, full-featured and Open Source toolkit implementing the Transport Layer Security (TLS) and Secure Sockets Layer (SSL) protocols as well as a full strength general purpose cryptography library.

        ii. PyCrypto. A collection of both secure hash functions (such as SHA256 and RIPEMD160), and various encryption algorithms (AES, DES, RSA, ElGamal, etc.).

        iii. Pycryptodome. A fork of PyCrypto. It is a self-contained Python package of low-level cryptographic primitives.

        iv. Pycryptodomex. A stand-alone version of Pycryptodome.

        v. PyOpenSSL. A thin Python wrapper around (a subset of) the OpenSSL library.

        vi. Kerberos (krb5, non-Windows platforms). A network authentication protocol designed to provide strong authentication for client/server applications by using secret-key cryptography.

        vii. Libsodium. A software library for encryption, decryption, signatures, password hashing and more.

        viii. Pynacl. A Python binding to the Networking and Cryptography library, a crypto library with the stated goal of improving usability, security and speed.

        ix. Cryptography A Python library. This exposes cryptographic recipes and primitives.

14. Definitions.

"Anaconda Distribution", shortened form "Distribution", is an open-source distribution of Python and R programming languages for scientific computing and data science. It aims to simplify package management and deployment. Anaconda Distribution includes: (1) conda, a package and environment manager for Your command line interface; (2) Anaconda Navigator; (3) 250 automatically installed packages; (3) access to the Anaconda Public Repository and/or the Anaconda Premium Repository.

"Anaconda Navigator" means a graphical interface for launching common Python programs without having to use command lines, to install packages and manage environments. It also allows the user to launch applications and easily manage conda packages, environments, and channels without using command-line commands.

"Anaconda Public Repository", means the Anaconda packages repository of 8000 open-source data science and machine learning packages at repo.anaconda.com.

"Anaconda Learning" means the learning courses offered from Anaconda employees and guest experts.

"Learning Platform" means the online educational service within the Anaconda Platform, designed for instructing individuals in Python code execution, with a specific focus on machine learning, data analysis, and education.

"Learning Platform Offerings" means courses, webinars, and content (collectively referred to as "Learning Offerings") provided by Learning Providers, accessible at https://learning.anaconda.cloud/.

"Learning Provider" means data scientists, researchers, and other computational data and analytics providers who collaborate in the development of Anaconda Learning content.

# OFFERING DESCRIPTION: ANACONDA DISTRIBUTION INSTALLER

This Offering Description describes Anaconda Distribution Installer (hereinafter the "Distribution"). Your use of the Distribution is governed by this Offering Description, and the Anaconda Terms of Service (the "TOS"), available at www.anaconda.com/legal), collectively the "Agreement" between you ("You") and Anaconda, Inc. ("We" or "Anaconda"). In the event of a conflict, the order of precedence is as follows: 1) this Offering Description; 2) if applicable, a Custom Agreement; and 3) the TOS if no Custom Agreement is in place.

Capitalized terms used in this Offering Description and/or the Order not otherwise defined herein, including in Section 6 (Definitions), have the meaning given to them in the TOS or Custom Agreement, as applicable. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if you fail to comply with any term of this Agreement. Anaconda reserves all rights not expressly granted to you in this Agreement.

1. Anaconda Distribution License Grant. Subject to the terms of this Agreement, Anaconda hereby grants you a non-exclusive, non-transferable license to: (1) Install and use the Distribution on Your premises; (2) modify and create derivative works of sample source code delivered in the Distribution from the Anaconda Public Repository; and (3) redistribute code files in source (if provided to you by Anaconda as source) and binary forms, with or without modification subject to the requirements set forth below. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if you fail to comply with any term of this Agreement.

2. Redistribution. Redistribution and use in source and binary forms of the source code delivered in the Distribution from the Anaconda Public Repository, with or without modification, are permitted provided that the following conditions are met: (1) Redistributions of source code must retain the copyright notice set forth in 2.2, this list of conditions and the following disclaimer; (2) Redistributions in binary form must reproduce the following copyright notice set forth in 2.2, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution; (3) Neither the name of Anaconda nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

3. Updates. Anaconda may, at its option, make available patches, workarounds or other updates to the Distribution.

4. Support. This Agreement does not entitle you to any support for the Distribution.

5. Intel® Math Kernel Library. Distribution provides access to re-distributable, run-time, shared-library files from the Intel® Math Kernel Library ("MKL binaries"). Copyright © 2018 Intel Corporation. License available here (the "MKL License"). You may use and redistribute the MKL binaries, without modification, provided the following conditions are met: (1) Redistributions must reproduce the above copyright notice and the following terms of use in the MKL binaries and in the documentation and/or other materials provided with the distribution; (2) Neither the name of Intel nor the names of its suppliers may be used to endorse or promote products derived from the MKL binaries without specific prior written permission; (3) No reverse engineering, decompilation, or disassembly of the MKL binaries is permitted.You are specifically authorized to use and redistribute the MKL binaries with your installation of Anaconda® Distribution subject to the terms set forth in the MKL License. You are also authorized to redistribute the MKL binaries with Anaconda® Distribution or in the Anaconda® package that contains the MKL binaries.

6. cuDNN Binaries. Distribution also provides access to cuDNN™ software binaries ("cuDNN binaries") from NVIDIA® Corporation. You are specifically authorized to use the cuDNN binaries with your installation of Distribution subject to your compliance with the license agreement located at https://docs.nvidia.com/deeple.... You are also authorized to redistribute the cuDNN binaries with an Anaconda® Distribution package that contains the cuDNN binaries. You can add or remove the cuDNN binaries utilizing the install and uninstall features in Anaconda® Distribution. cuDNN binaries contain source code provided by NVIDIA Corporation.

7. Arm Performance Libraries. Anaconda provides access to software and related documentation from the Arm Performance Libraries ("Arm PL") provided by Arm Limited. By installing or otherwise accessing the Arm PL, you acknowledge and agree that use and distribution of the Arm PL is subject to your compliance with the Arm PL end user license agreement located here.

8. Export; Cryptography Notice. You must comply with all domestic and international export laws and regulations that apply to the software, which include restrictions on destinations, end users, and end use. Anaconda® Distribution includes cryptographic software. The country in which you currently reside may have restrictions on the import, possession, use, and/or re-export to another country, of encryption software. BEFORE using any encryption software, please check your country's laws, regulations and policies concerning the import, possession, or use, and re-export of encryption software, to see if this is permitted. See the Wassenaar Arrangement http://www.wassenaar.org/ for more information. No license is required for export of this software to non-embargoed countries. The Intel® Math Kernel Library contained in Anaconda® Distribution is classified by Intel® as ECCN 5D992.c with no license required for export to non-embargoed countries.

9. Cryptography Notice. The following packages are included in the Distribution that relate to cryptography:
   a. OpenSSL. The OpenSSL Project is a collaborative effort to develop a robust, commercial-grade, full-featured and Open Source toolkit implementing the Transport Layer Security (TLS) and Secure Sockets Layer (SSL) protocols as well as a full strength general purpose cryptography library.
   b. PyCrypto. A collection of both secure hash functions (such as SHA256 and RIPEMD160), and various encryption algorithms (AES, DES, RSA, ElGamal, etc.).
   c. Pycryptodome. A fork of PyCrypto. It is a self-contained Python package of low-level cryptographic primitives.
   d. Pycryptodomex. A stand-alone version of Pycryptodome.
   e. PyOpenSSL. A thin Python wrapper around (a subset of) the OpenSSL library.
   f. Kerberos (krb5, non-Windows platforms). A network authentication protocol designed to provide strong authentication for client/server applications by using secret-key cryptography.
   g. Libsodium. A software library for encryption, decryption, signatures, password hashing and more.
   h. Pynacl. A Python binding to the Networking and Cryptography library, a crypto library with the stated goal of improving usability, security and speed.
   i. Cryptography A Python library. This exposes cryptographic recipes and primitives.

10. Definitions.
   a. "Anaconda Distribution", shortened from "Distribution", is an open-source distribution of Python and R programming languages for scientific computing and data science. It aims to simplify package management and deployment. Anaconda Distribution includes: (1) conda, a package and environment manager for your command line interface; (2) Anaconda Navigator; (3) 250 automatically installed packages; (3) access to the Anaconda Public Repository.
   b. "Anaconda Navigator" means a graphical interface for launching common Python programs without having to use command lines, to install packages and manage environments. It also allows the user to launch applications and easily manage conda packages, environments, and channels without using command-line commands.
   c. "Anaconda Public Repository", means the Anaconda packages repository of 8000 open-source data science and machine learning packages at repo.anaconda.com.

# OFFERING DESCRIPTION: MINICONDA

This Offering Description describes the Anaconda Premium Repository (hereinafter the "Premium Repository"). Your use of the Premium Repository is governed by this Offering Description, and the Anaconda Terms of Service (the "TOS", available at www.anaconda.com/legal), collectively the "Agreement" between you ("You") and Anaconda, Inc. ("We" or "Anaconda"). In the event of a conflict, the order of precedence is as follows: 1) this Offering Description; 2) if applicable, a Custom Agreement; and 3) the TOS if no Custom Agreement is in place. Capitalized terms used in this Offering Description and/or the Order not otherwise defined herein, including in Section 6 (Definitions), have the meaning given to them in the TOS or Custom Agreement, as applicable. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if you fail to comply with any term of this Agreement. Anaconda reserves all rights not expressly granted to you in this Agreement.

1. Miniconda. In order to access some features and functionalities of the Anaconda Offerings, You may need to first download and install Miniconda.

2. Copyright Notice. Miniconda® © 2015-2024, Anaconda, Inc. All rights reserved under the 3-clause BSD License.

3. License Grant. Subject to the terms of this Agreement, Anaconda hereby grants You a non-exclusive, non-transferable license to: (1) Install and use Miniconda®; (2) Modify and create derivative works of sample source code delivered in Miniconda® subject to the Anaconda Terms of Service (available at https://legal.anaconda.com/policies/en/?name=terms-of-service); and (3) Redistribute code files in source (if provided to You by Anaconda as source) and binary forms, with or without modification subject to the requirements set forth below.

4. Updates. Anaconda may, at its option, make available patches, workarounds or other updates to Miniconda®. Unless the updates are provided with their separate governing terms, they are deemed part of Miniconda® licensed to You as provided in this Agreement.

5. Support. This Agreement does not entitle You to any support for Miniconda®.

6. Redistribution. Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met: (1) Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer; (2) Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

7. Intellectual Property Notice. You acknowledge that, as between You and Anaconda, Anaconda owns all right, title, and interest, including all intellectual property rights, in and to Miniconda® and, with respect to third-party products distributed with or through Miniconda®, the applicable third-party licensors own all right, title and interest, including all intellectual property rights, in and to such products.

8. Package Updates. Utilizing Miniconda to pull package updates from the Anaconda Public Repository without a commercial license (if required by the conditions set forth in Section 2 of the Terms of Service) is considered a violation of a Terms of Service.

# OFFERING DESCRIPTION: ANACONDA TOOLBOX IN MICROSOFT EXCEL

This Offering Description describes Anaconda Toolbox in Microsoft Excel (hereinafter the "Toolbox"). Your use of the Toolbox is governed by this Offering Description, and the Anaconda Terms of Service (the "TOS", available at www.anaconda.com/legal), collectively the "Agreement" between you ("You") and Anaconda, Inc. ("We" or "Anaconda"). In the event of a conflict, the order of precedence is as follows: 1) this Offering Description; 2) if applicable, a Custom Agreement; and 3) the TOS if no Custom Agreement is in place.

Capitalized terms used in this Offering Description and/or the Order not otherwise defined herein, including in Section 6 (Definitions), have the meaning given to them in the TOS or Custom Agreement, as applicable. Anaconda may, at any time, terminate this Agreement and the license granted hereunder if you fail to comply with any term of this Agreement. Anaconda reserves all rights not expressly granted to you in this Agreement.

1. Anaconda Toolbox Description. The Toolbox allows Users to utilize various Anaconda developed tools, including Anaconda Assistant, within the Microsoft Excel application. These terms complement the existing Anaconda Terms of Service, Anaconda Acceptable Use Policy and Microsoft Terms and Conditions regarding Python in Excel. In essence, while utilizing this feature, Users are subject to both our outlined terms and Microsoft's broader conditions for Python integration in Excel.

2. Anaconda Assistant. Anaconda Assistant is a complex and essential component, included to facilitate Python in Excel coding functionality. Therefore, the rules concerning data privacy and intellectual property within the context of Anaconda Assistant are governed by the terms specified in the Anaconda Terms of Service. Due to the dynamic nature of the add-on, the introduction of new functionalities along with the Anaconda Assistant might lead to potential conflicts that could impact User data. As such, we emphasize that our responsibility does not extend to any resulting data loss, damage, or service disruptions stemming from using or downloading the add-on.

3. Visualization Tools, Data Connectors, and Anaconda Code. In consonance with Anaconda Tool's comprehensive functionality, we extend the provision of visualization tools aimed at facilitating the creation of illustrative charts and graphs, thereby enabling more comprehensive data understanding and communication. Furthermore, we facilitate the establishment of data connectors designed to expedite the importation and exportation of data between the feature and the <span style="color:green">anaconda.cloud</span> platform. This integration works under the Anaconda Terms of Service and the Anaconda Privacy Policy. Anaconda Code provides local Python runtimes for code written within the Excel application through PyScript's WebAssembly (WASM) technology.

4. Anaconda Toolbox Pre-Released Offerings. We may offer, from time to time, certain Products in alpha or beta versions (the "Pre-Released Offerings"). We will work to identify such Pre-Released Offerings as Pre-Release Offerings (such as in version comments). Pre-Released Offerings are Products that are still under development, and as such, are still in the process of being tested and may be inoperable or incomplete and may contain bugs, speed/performance and other issues, suffer disruptions, and/or not operate as intended and designated. PRE-RELEASED OFFERINGS ARE PROVIDED WITH NO REPRESENTATIONS OR WARRANTIES REGARDING ITS USE AND MAY CONTAIN DEFECTS, FAIL TO COMPLY WITH APPLICABLE SPECIFICATIONS, AND MAY PRODUCE UNINTENDED OR ERRONEOUS RESULTS. YOU MAY NOT USE UNLESS YOU ACCEPT THE PRE-RELEASED OFFERINGS "AS IS" WITHOUT ANY WARRANTY WHATSOEVER. The context of testing and utilizing our Pre-released Offerings, beyond collecting and processing your personal data as necessary, we might also collect and use telemetric data. Telemetric data includes non-personal, technical information that helps us evaluate product performance, diagnose issues, and make improvements. Anaconda reserves the prerogative to modify, refine, or withdraw beta features without prior notice. The Company shall not be held liable for any loss, damage, corruption, or misuse of data, arising directly or indirectly from the use of the Feature. Users are encouraged to maintain backup copies of their data.

5. Anaconda Toolbox Acceptable Use Policy. You shall use Anaconda Toolbox in compliance with all applicable laws, regulations, and the Anaconda Acceptable Use Policy. Your use of the tool shall not infringe upon the rights of any third party, violate any legal obligations, or engage in any activities that could lead to illegal or unethical conduct. When using third-party content or data within Anaconda Toolbox in Excel, you are responsible for ensuring that such content is used in compliance with applicable licenses and permissions. Anaconda assumes no responsibility for verifying the legality, ownership, or accuracy of third-party content used within the tool. You agree to indemnify, defend, and hold Anaconda harmless from any claims, losses, damages, liabilities, costs, and expenses (including attorneys' fees) arising out of or relating to any claims alleging the violation of intellectual property rights or misuse of data submitted or used within Anaconda Toolbox. This includes claims related to the use of third-party content, data, or materials. In the event of a breach of this clause, Anaconda reserves the right to suspend, terminate, or restrict your access to Anaconda Toolbox without prior notice.

6. Intellectual Property.
   a. Licensing to Anaconda. By using Anaconda Toolbox, you grant Anaconda a limited, non-exclusive, royalty-free, worldwide license to access, use, and process the data you provide as necessary for the operation and enhancement of the services. This license does not extend to your proprietary data beyond what is required for the functionality of the services.
   b. Data Ownership. Any data, information, or content that you input or insert into the columns and fields while using Anaconda Toolbox within Microsoft Excel remains your sole property. Anaconda acknowledges that your data is your proprietary information, and we do not assert any ownership, control, or rights over such data. We shall not process, collect, use, or disclose this data beyond what is essential for the provision of the services and in compliance with our Privacy Policy.
   c. Development and Creations. Any graphics, charts, visual representations, or other content that you develop while using Anaconda Toolbox are considered your original creations. Anaconda does not claim any ownership rights over these materials. You retain all intellectual property rights to the content you create using the tool.
   d. Content Sharing. You can share your Customer Content you submit for your development on Anaconda Toolbox in Excel with Community Users or specific individuals or Authorized Users you select, to the extent that Anaconda Toolbox in Excel supports such functionality or in Anaconda User's Community. By choosing to share your Customer Content or Customer Applications submitted for your development on Anaconda Toolbox in Excel, you grant certain legal rights, as outlined below, to the individuals whom you have provided access. Anaconda bears no responsibility for enforcing, monitoring, or assisting you in the enforcement or monitoring of the terms of the license(s) or permission(s) you have chosen to provide. Anaconda is not accountable for any misuse or unauthorized use of your Customer Content or Customer Applications submitted for your development on Anaconda Toolbox in Excel by third parties.
   e. Use of Feedback. Any suggestions, ideas, feedback, or improvements that you provide to Anaconda regarding Anaconda Toolbox may be used by Anaconda for product development and improvement purposes. However, your proprietary data or confidential information will not be used for such purposes.
   f. Use of other Packages. If you employ Anaconda Toolbox for the creation, development, or manipulation of charts, formulas, graphics, or any other function in Excel or any other software, and if you require the download or use of additional Anaconda packages, components, or libraries (the "Packages"), you are hereby notified that the rules and regulations pertaining to distribution, commercial use, or any other form of dissemination or utilization established in our overarching Terms and Conditions ("the Terms") apply unequivocally to said Packages. Any unauthorized distribution, reproduction, or commercial use of the Software or the Packages is strictly prohibited.

7. Anaconda Distribution. When using Anaconda Toolbox, an embedded feature within Microsoft Excel, you may have the capability to download and utilize various packages and tools provided by Anaconda. These packages are intended for use exclusively within the scope of Anaconda Toolbox in Excel and are not intended for distribution beyond this context. The packages and tools made available for download through Anaconda Toolbox are intended solely for integration and utilization within the Anaconda Toolbox environment within Microsoft Excel. Any other distribution or use of these packages outside the Anaconda Toolbox framework is strictly prohibited and constitutes a violation of this Offering Description. You hereby expressly acknowledge and agree that the packages and tools downloaded through Anaconda Toolbox are not meant for redistribution, resale, or public dissemination. Any attempt to distribute, sublicense, or make these packages available to third parties outside of your personal use within Anaconda Toolbox is a breach of these terms.

8. Privacy and Data Collection. Anaconda Toolbox, integrated into Microsoft Excel, collaborates with external tools and integrations. Please be aware that using Anaconda Toolbox may involve the collection of personal data through these integrated functionalities within Excel. This data collection follows our Privacy Policy, which governs how personal information is handled, utilized, and protected. Furthermore, as we enhance Anaconda Toolbox, we might introduce third-party integrations. These could also involve data collection beyond our immediate control.

9. Support. When it comes to seeking assistance for the Python in Excel feature, please be aware that although we have compiled an extensive array of technical resources and online courses available on our Python in Excel webpage (<span style="color:green">anaconda.com/excel</span>) and through community forums (<span style="color:green">community.anaconda.cloud/c/python-in-excel</span>), should the need for support or guidance arise, it is highly advisable to direct your inquiries to the specialized Microsoft support team as main provider of the platform. This Agreement does not entitle you to any support for Toolbox.

10. No Warranty. Toolbox is provided on an "as-is" basis. We do not provide any warranty, whether express or implied, including but not limited to warranties of merchantability or fitness for a particular purpose. We do not guarantee that the tool will be error-free, uninterrupted, or meet your specific requirements.

11. Limitation of Liability. In no event shall we, our affiliates, partners, or contributors be liable for any direct, indirect, incidental, special, exemplary, or consequential damages (including but not limited to procurement of substitute goods or services, loss of use, data, or profits, or business interruption) arising in any way out of the use of Anaconda Toolbox, even if advised of the possibility of such damage. You are solely responsible for the use of Anaconda Toolbox and any outcomes derived from such use. You understand and agree that any decisions made based on the outputs or results of Anaconda Toolbox are made at your own risk. By using Anaconda Toolbox, you release us from any liability, and you agree to indemnify and hold us harmless from any claims, losses, damages, liabilities, costs, and expenses (including attorneys' fees) arising out of or relating to your use of Anaconda Toolbox in violation of these terms or applicable laws. Your use of Anaconda Toolbox is at your own risk.

12. Third-Party Content: Anaconda Toolbox may include links to third-party websites or content. We do not endorse or assume any responsibility for the accuracy or reliability of any third-party content linked through Anaconda Toolbox.

# OFFERING DESCRIPTION: PYSCRIPT.COM

PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY. BY USING PYSCRIPT.COM, YOU ("USER") ARE ACCEPTING THESE TERMS. IF YOU DO NOT AGREE TO THESE ADDITIONAL TERMS, PLEASE REFRAIN FROM ACCESSING OR USING PYSCRIPT.COM.

# 1. OVERVIEW OF PYSCRIPT.COM TERMS

1.1 APPLICABILITY. The website <span style="color:green">www.pyscript.com</span> (the "Site"), which is developed and managed by Anaconda, Inc. ("Anaconda"), provides a Python-based front-end framework that enables users to construct Python programs using an HTML interface in a web browser (the "Platform"). The Site and Platform collectively form the "Service" or "PyScript.com" as used interchangeably herein. Your use of PyScript.com is subject to the Anaconda Master Subscription Agreement ("MSA") as well as these additional terms (collectively, the

"Agreement"). Any capitalized terms used but not defined below have the meanings set forth on the Anaconda Legal Definitions page at **https://legal.anaconda.com/policies/en/?name=anaconda-legal-definitions.** By using PyScript.com you are agreeing to be bound by the following terms and conditions ("Terms of Use").

1.2 CHANGES. Anaconda reserves the right to change and/or update the Terms of Use without prior notice. Any new features to PyScript.com shall be subject to the Terms of Use. Continued use of the Service after any such changes shall constitute your consent to such changes. Anaconda claims no intellectual property rights over the material you provide to Pyscript.com. Your profile and materials uploaded remain yours. Anaconda reserves the right to refuse or remove any User Content or Application(s) that is available via Pyscript.com. Violation of any of the Terms of Use will result in the termination of your Account.

## 2. YOUR USE OF PYSCRIPT.COM

2.1 PAID VS. FREE PLANS.

a. PAID PLANS. In order to use some of the Pyscript.com functionalities, it is necessary to create an Account and to purchase an offering available for a charge (a "Paid Plan").

i. A valid credit card is required for Paid Plans. PyScript.com is billed in advance on a monthly basis in accordance with our pricing schedule and all payments are non-refundable. There will be no refunds or credits for partial months of Service, upgrade/downgrade refunds, or refunds for months unused with an open Account.

ii. Depending on the Subscription Term you choose, you will be billed for your first month or year immediately upon signing up for a Paid Plan. After signing up for a Paid Plan, if you selected monthly billing you will be billed monthly starting on the last day of the month after your subscription was initially created. If you selected annual billing, you will be billed annually on the last day of the year after your subscription was initially created. You will be billed for your first month or year immediately upon upgrading to a Paid Plan or a higher level Account. For any upgrade or downgrade in Plan Level, your credit card that you provided will automatically be charged a pro-rated fee for the new level and subsequent renewals billed at the full rate for the chosen plan level.

iii. DOWNGRADING YOUR PAID PLAN MAY CAUSE THE LOSS OF YOUR DATA, USER CONTENT, APPLICATION(S), FEATURES, OR CAPACITY OF YOUR ACCOUNT. ANACONDA DOES NOT ACCEPT ANY LIABILITY FOR SUCH LOSS.

b. FOR FREE PLAN USERS ONLY. Your use of PyScript.com at the Free Subscription level is restricted to your noncommercial: (i) Personal Use, (ii) Educational Use, (iii) Open-Source Use, and/or (iv) Small Business Use, regardless of whether such use is "for profit" or "not for profit".

2.2 YOUR RESPONSIBILITIES.

a. YOUR ACCOUNT. In order to open an account on Pyscript.com (the "Account"), you must (i) agree to these Terms of Use, and (ii) provide any other information required by Anaconda during the registration process. You will update this information to maintain its accuracy during the time you are using the Service. You are responsible for maintaining the security of your account and password. Anaconda cannot and will not be liable for any loss or damage from your failure to comply with this security obligation.

b. YOUR AGE. Anaconda relies upon parents or guardians 18 years of age or older to determine if the Site and Service are appropriate for the viewing, access, or participation by such individuals under the age of 18. We do not seek or knowingly collect any personal information about children under 13 years of age. If we become aware that we have unknowingly collected personal information from a child under the age of 13, we will make commercially reasonable efforts to delete such information from our database.

c. YOUR CONTENT. You are also responsible for all content, code, features, comments, graphics or text that you may post on PyScript.com (the "User Content") and activity that occurs under your Account (even when User Content is posted by others who have access to your Account). Any information submitted by you shall be subject to Anaconda's Privacy Terms. One person or legal entity may not maintain more than one Account. Accounts registered by "bots" or other automated methods are not permitted.

d. YOUR EQUIPMENT. You are responsible for obtaining and maintaining any equipment and ancillary services needed to connect, access or otherwise use PyScript.com, including, without limitation, modems, hardware, server, software, Internet browsers operating system, networking, web servers, long distance, and local telephone service, but excluding PyScript.com itself (collectively, "Equipment"). You shall be responsible for ensuring that such Equipment is compatible with PyScript.com. You shall also be responsible for the use, and maintaining the security, of the Equipment.

e. USE AT YOUR RISK. All User Content, whether publicly posted or privately transmitted, is the sole responsibility of the person who originated such User Content. We may not monitor or control the User Content posted via the Service. Any use of or reliance on any User Content or materials posted via the Service or obtained by you through the Service is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any User Content or communications posted via the Service or endorse any opinions expressed via the Service. You understand that by using the Service, you may be exposed to User Content or Applications that might be offensive, harmful, inaccurate or otherwise inappropriate. Under no circumstances will Anaconda be liable in any way for any User Content or Application(s), including, but not limited to, any errors or omissions in any User Content or Application(s), or any loss or damage of any kind incurred as a result of the use of any User Content or Application(s) made available via PyScript.com or broadcast elsewhere.

f. PROHIBITED ACTIONS.

i. As a condition to your use of PyScript.com, you agree not to:

(a) upload, post, email, transmit or otherwise make available any Application(s), information, materials or other User Content that is illegal, harmful, threatening, abusive, harassing, defamatory, obscene, pornographic, offensive, invades another's privacy, or promotes bigotry, racism, hatred or harm against any individual or group;

(b) impersonate any person or entity or falsely state or otherwise misrepresent your affiliation with a person or entity;

(c) phish, collect, upload, post, email, transmit or otherwise make available any login data and/or passwords for other web sites, software or services;

(d) phish, collect, upload, post, email, transmit or otherwise make available credit card information or other forms of financial data used for collecting payments;

(e) forge headers or otherwise manipulate identifiers in order to disguise the origin of any User Content or Application(s) transmitted through PyScript.com;

(f) upload, post, email, transmit or otherwise make available any information, materials or other content that infringes another's rights, including any Intellectual Property Rights;

(g) upload, post, email, transmit or otherwise make available any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation;

(h) upload, post, email, transmit or otherwise make available any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

(i) use any manual or automated software, devices, or other processes to "crawl," "spider" or "screen scrape" any web pages contained in PyScript.com;

(j) reverse engineer, decompile or disassemble any of the software used to provide PyScript.com;

(k) reproduce, duplicate or copy or exploit any other portion of PyScript.com, without the express written permission of Anaconda;

(l) interfere with or disrupt PyScript.com, or any servers or networks connected to PyScript.com, or disobey any requirements, procedures, policies or regulations of networks connected to PyScript.com;

(m) obtain, collect, store or modify the personal information about other users;

(n) modify, adapt or hack PyScript.com or falsely imply that some other site is associated with PyScript.com or Anaconda; or

(o) use PyScript.com for any illegal or unauthorized purpose. You must not, in the use of PyScript.com, violate any laws in your jurisdiction (including but not limited to copyright laws).

ii. We reserve the right at all times (but will not have an obligation) to remove or refuse to distribute any User Content or Application(s) on the Service and to terminate users or reclaim usernames. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms of Use, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of Anaconda, its users and the public.

2.3 OUR LICENSE TO YOU. Anaconda hereby grants you a non-exclusive, non-transferable, worldwide right to access and use PyScript.com solely with supported browsers through the Internet for your own internal purposes, subject to these Terms of Use. You may not permit PyScript.com to be used by or for the benefit of unauthorized third parties. Nothing in the Terms of Use shall be construed to grant you any right to transfer or assign rights to access or use PyScript.com. All rights not expressly granted to you are reserved by Anaconda and its licensors. You shall not (i) modify or make derivative works based upon PyScript.com; (ii) reverse engineer or access PyScript.com in order to (a) build a competitive product or service, (b) build a product using similar features, functions or graphics of PyScript.com, or (c) copy any features, functions or graphics of PyScript.com. You further acknowledge and agree that, as between the parties, Anaconda owns all right, title, and interest in and to PyScript.com, including all Intellectual Property Rights therein.

2.4 YOUR LICENSE TO US. By submitting, posting or displaying Your Data, User Content, or Application(s) on PyScript.com, you grant Anaconda and other users of PyScript.com a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such User Content or Application(s) in any and all media or distribution methods (now known or later developed).

a. You agree that this license includes the right for Anaconda and other Users of PyScript.com to make User Content or Application(s) available to others for the publication, distribution, syndication, or broadcast of such User Content or Application(s) on other media and services, subject to our terms and conditions for such User Content or Application use. Such additional uses by Anaconda or others may be made with no compensation paid to you with respect to the User Content or Application(s) that you submit, post, transmit or otherwise make available through PyScript.com.

b. Anaconda may modify or adapt your User Content or Application(s) in order to transmit, display or distribute it over computer networks and in various media and/or make changes to your User Content or Application(s) as are necessary to conform and adapt that User Content or Application to any requirements or limitations of any networks, devices, services or media.

c. Additionally, by uploading Your Data, User Content, and/or Application(s) to PyScript.com, you warrant, represent and agree that you have the right to grant Anaconda the license described above. You also represent, warrant and agree that you have not and will not contribute any User Content or Application(s) that (a) infringes, violates or otherwise interferes with any copyright or trademark of another party, (b) reveals any trade secret, unless the trade secret belongs to you or you have the owner's permission to disclose it, (c) infringes any intellectual property right of another or the privacy or publicity rights of another, (d) is libelous, defamatory, abusive, threatening, harassing, hateful, offensive or otherwise violates any law or right of any third party, (e) creates an impression that you know is incorrect, misleading, or deceptive, including by impersonating others or otherwise misrepresenting your affiliation with a person or entity; (f) contains other people's private or personally identifiable information without their express authorization and permission, and/or (g) contains or links to a virus, trojan horse, worm, time bomb or other computer programming routine or engine that is intended to damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or information. Anaconda reserves the right in its discretion to remove any User Content or Applications from PyScript.com, suspend or terminate your Account at any time, or pursue any other remedy or relief available under equity or law.

d. You are responsible for your use of PyScript.com, for any User Content or Application(s) you provide, and for any consequences thereof, including the use of your User Content or Application(s) by other Users and third-party partners. You understand that your User Content or Application(s) may be republished and if you do not have the right to submit User Content and Application(s) for such use, it may subject you to liability. Anaconda will not be responsible or liable for any use of your User Content or Application(s) in accordance with these Terms of Use.

2.5 PYSCRIPT.COM SOFTWARE.

a. PERMITTED USE. You are permitted to load PyScript.com software ("PyScript Software") on a device under your control (for example a desktop computer, laptop, mobile device, or tablet). You are responsible for ensuring your device meets the minimum requirements of the Service.

b. RESTRICTIONS. You are not permitted to:

i. Edit, alter, modify, adapt, translate or otherwise change the whole or any part of the PyScript Software nor permit the whole or any part of the PyScript Software to be combined with or become incorporated in any other software, nor decompile, disassemble or reverse engineer the PyScript Software or attempt to do any such things;

ii. Reproduce, copy, distribute, resell or otherwise use the PyScript Software for any commercial purpose;

iii. Allow any third party to use the PyScript Software on behalf of or for the benefit of any third party;

iv. Use the PyScript Software in any way which breaches any applicable local, national or international law;

v. Use the PyScript Software for any purpose that Anaconda considers is a breach of the Agreement.

## 3. INTELLECTUAL PROPERTY RIGHTS.

3.1 RESERVATION OF RIGHTS. No rights are granted to You hereunder other than the right to receive and use the Service as expressly set forth herein. We and our licensors reserve all of our/their right, title, and interest in and to the Service, including all of our/their related Intellectual Property Rights. The content, organization, graphics, design, compilation, know-how, concepts, methodologies, procedures, magnetic translation, digital conversion and other matters related to Pyscript.com are protected under applicable copyrights, trademarks and other proprietary rights. Some of the content on Pyscript.com may be the copyrighted work of third parties. Anaconda, the PyScript.com logo, and other Anaconda trademarks, service marks, graphics, and logos used in connection with the Service are trademarks or registered trademarks of Anaconda. Other trademarks, service marks, graphics, and logos used in connection with the Service may be the trademarks of their respective owners. In addition, the PyScript Service and Documentation contain proprietary and confidential information of Anaconda and its licensors. Anaconda and its licensors exclusively own all rights, title and interest in and to any software programs, tools, utilities, processes, inventions, devices, methodologies, specifications, documentation, techniques and materials of any kind used or developed by Anaconda or its Personnel in connection with the PyScript Software and the Service (collectively "Anaconda Materials"), including all worldwide patent rights, copyright rights, trade secret rights, know-how and any other intellectual property rights ("Intellectual Property Rights") therein. You will have no rights in any trademarks, the Anaconda Materials or PyScript.com except as expressly set forth in these Terms of Use.

3.2 LICENSE BY YOU TO HOST YOUR DATA AND APPLICATIONS. You grant Anaconda and our Affiliates a worldwide, limited-term right to host, copy, transmit, and display Your Data (1) as necessary for us to provide the Service, or otherwise exercise our rights or obligations pursuant to the Agreement; (2) as necessary to provide support, address service issues/requests, or otherwise enhance your use of the Service; (3) as required by law, regulation, or in accordance governmental request with legal process; (4) as requested by you; (5) to investigate or address security or integrity issues related to the Service. Except as expressly permitted by the Agreement, we acquire no right, title, or interest from you or your licensors under the Agreement in or to Your Data or any non-Anaconda Application. For purposes of these Terms of Use, "Your Data" means all non-public data provided by you to the us to enable provision of the Service. You own all right, title and interest in and to Your Data.

3.3 LICENSE BY YOU TO USE FEEDBACK; MARKETING. You grant to us and our Affiliates a worldwide, perpetual, irrevocable, royalty-free license to use and incorporate into the Service any suggestion, enhancement request, recommendation, correction, or other feedback provided by you or Users relating to the operation of the Service. We may, during term of the Agreement, reference you as a customer or user of the Service subject to any trademark or logo usage guidelines that you may provide to us.

3.4 USE OF SERVICE DATA. We shall have the right to (and to retain third parties to) collect and analyze data and other information relating to the provision, use, and performance of various aspects of the Service and related systems and technologies, provided that Your Data that is also personal information will only be used in connection with the permitted purposes in Section 3.2, unless such personal data is aggregated or otherwise de-identified. We may (during and after the term hereof) (i) use such information and data to improve and enhance the Service and for other development, benchmarking, diagnostic, and corrective purposes in connection with the Service and our other Offerings, and (ii) use third party service providers, contractors, and subcontractors ("Our Providers") to assist in providing, supporting, and improving the Service. We may share all such information and data with Our Providers, who may store and use it solely to provide, support, and improve the Service. We shall be responsible for the compliance of Our Providers with the provisions of the Agreement.

## 4. PAYMENT TERMS

4.1 INVOICING AND PAYMENT. Anaconda's right to payment for any Paid Plan purchased by you shall accrue on the date the Paid Plan is Delivered to you. Except as otherwise expressly provided in these Terms of Use, all payments accrued or made under these Terms of Use are non-cancelable and nonrefundable. All stated prices are exclusive of any taxes, fees, and duties or other amounts, however designated, and including without limitation value added and withholding taxes that are levied or based upon such charges, or upon these Terms of Use. Any taxes related to the Paid Plan purchased or licensed pursuant to these Terms of Use including, but not limited to, withholding taxes, will be paid by you, or you will present an exemption certificate acceptable to the taxing authorities. You will not be liable for taxes based on our net income. All payments will be made in United States dollars.

4.2 YOUR FAILURE TO PAY OR FAILURE TO PAY ON TIME. If you have any outstanding balance due on your Account, then we have the right to withhold Delivering the Service to you until you have paid your account balance in full. If your payment is late, we may charge interest on your outstanding late balance at the rate of one and one-half percent (1.5%) per month or the maximum rate permitted by law, calculated from the date such amount was due until the date that payment is received by us. You agree to reimburse us for all reasonable costs and expenses incurred (including reasonable attorneys' fees) in collecting any overdue amounts.

## 5. TERMINATION AND CANCELLATION

5.1 TERM. The Agreement will continue in effect until termination or expiration of your Account or Paid Plan. You are solely responsible for properly canceling your Account. You can cancel your Account at any time by logging in to your Account and going to the settings page and confirming the dialog box. You may cancel your Paid Plan but keep your Account by logging in, going to the settings page and clicking the "Cancel Plan" link. An email or phone request to cancel your account shall not result in cancellation.

5.2 TERMINATION. You agree that we may deactivate or terminate your rights to use the Service (including your Account) or terminate your Paid Service: (i) if we believe that you have breached or acted inconsistently with this Agreement and (ii) at any time for any reason at our sole discretion if you are a subscription holder under a Free Plan. You agree that any such deactivation or termination for the foregoing reasons may be effected without prior notice to you and that we will not be liable to you or any third party for any deactivation of your Account or termination of your Free Plan.

5.3 CANCELLATION OF PAID PLANS.

a. FOR CAUSE. Either party may cancel the Paid Plan or any Order prior to its expiration if the other party breaches the Agreement or an Order and fails to cure said breach within thirty (30) days after receipt of notice thereof. Except for instances arising from our uncured breach, all Subscription Fees or charges related to your Paid Plan are non-refundable and all unpaid fees are due and payable immediately upon cancellation.

b. FOR CONVENIENCE. A Paid Plan may be cancelled for convenience at least thirty (30) days prior to the expiration of the then-current Subscription Term via your Account settings page or by notice to us. After cancellation, your Paid Plan will remain active to the end of your then-current Subscription Term to the extent your Subscription Fee is paid. In the event of any termination for convenience all portions of the Subscription Fee are completely non-refundable. Your obligation to pay fees continues through the end of your Subscription Term.

5.4 POST-TERMINATION OR CANCELLATION. Upon termination or expiration your rights under the Agreement, your Account and right to access and use PyScript.com will terminate immediately. Termination or expiration may involve deletion of your User Content associated with your Account. This information cannot be recovered from Anaconda once your Account is cancelled. Anaconda will not have any liability whatsoever to you for any termination of your rights under this Agreement, including for termination of your Account or deletion of your User Content. Please be aware that Anaconda may for a time retain residual information in our backup and/or archival copies of our database. We will make reasonable commercial efforts to delete your information as soon as possible after you communicate that intention to us. Any termination pursuant to these Terms of Use shall be without prejudice to any other rights or remedies a party may be entitled to hereunder or at law and shall not affect any accrued rights or liabilities of either party nor the coming into or continuance in force of any provision hereof which is expressly or by implication intended to come into or continue in force on or after such termination.

## 6. PYSCRIPT MODULE CONTENT AND APPLICATIONS

6.1 MODULE CONTENT. You are solely responsible for you and your End Users' use and submission of all information (including, without limitation, data files, applications, written text, computer software, music, audio files or other sounds, photographs, videos or other images) made available to or submitted by you or your End Users by accessing a part of or through the use of a PyScript Module ("Module Content"). Module Content excludes the web application(s) that you develop using the PyScript Modules and any source code written by you to be used with the PyScript Modules (collectively, "Application(s)"). You agree that you are solely responsible for (and that Anaconda have no responsibility to you or to any third party for) the Applications, or any Module Content that you or your End Users create, submit, transmit or display while using PyScript.com and/or PyScript Modules, and for the consequences of your actions (including any loss or damage which Anaconda may suffer) by doing so. You agree that Anaconda has no responsibility or liability for the security, backup, deletion, or failure to store any Module Content and other communications maintained or transmitted through use of the Applications, PyScript Modules, or PyScript.com.

6.2 REMOVAL OF MODULE CONTENT. Anaconda reserves the right (but shall have no obligation) to remove any or all Module Content from PyScript.com. You agree to immediately take down any Module Content that violates the Acceptable Use Policy or Documentation, including pursuant to a take-down request from Anaconda. In the event that you elect not to comply with a request from Anaconda to take down such Module Content, Anaconda reserves the right to directly take down such Module Content or to disable PyScript Modules and/or Applications, and Anaconda reserves the right to disable PyScript Modules. If requested by Anaconda, you shall confirm such deletion and discontinuance of use in writing, and Anaconda shall be authorized to provide a copy of such confirmation to any such third party claimant or governmental authority, as applicable. In addition, if Anaconda is required by any third party rights holder to remove Module Content, or receives information that Module Content provided to you may violate applicable law or third-party rights, Anaconda may discontinue your access to Module Content through the PyScript Modules.

6.3 SUSPENSION OR TERMINATION OF USER. In the event that you become aware of any violation of the Acceptable Use Policy or Documentation by any End User of Module Content, PyScript Modules, or Applications, you shall immediately terminate such End User's account and access to Module Content, PyScript Modules and Applications. User and Anaconda reserve the right to disable the PyScript Modules and/or Applications, and Anaconda reserves the right to disable PyScript Modules, in response to a violation or suspected violation of the Acceptable Use Policy, Documentation ,or these Terms of Use

## 7. DATA SECURITY; DISCLAIMER

7.1 THE SECURITY OF YOUR INFORMATION IS IMPORTANT TO ANACONDA. Anaconda takes reasonable administrative, physical and electronic measures designed to protect from unauthorized access, use or disclosure of the information that we collect from you. Anaconda servers are located in professional and secure hosting facilities designed to host servers with protection from unwanted attacks over the Internet and physical attacks to the building or server itself. In particular, PyScript.com's servers are in a private network with a dedicated firewall, and are protected by around-the-clock interior and exterior surveillance.

7.2 ANACONDA BACKS UP YOUR INFORMATION. Anaconda stores all data in secure locations and performs multiple daily backups of all critical data (including the database). Anaconda also tests its backups in duplicate environments on a regular basis to ensure their correctness, and to test disaster recovery scenarios.

7.3 YOU HAVE SECURITY RESPONSIBILITIES. You agree to: (i) keep your password and online ID secure and strictly confidential, providing it only to Authorized Users of your Account; (ii) instruct each person to whom you give your online ID and password that he or she is not to disclose it to any unauthorized person; (iii) notify us immediately and select a new online ID and password if you believe your password may have become known to an unauthorized person; and (iv) notify us immediately if you are contacted by anyone requesting your online ID and password. When you give someone your online ID and online password, you are authorizing that person to access and use your Account, and you are responsible for any and all transactions that person performs while using your Account, even those transactions that are fraudulent or that you did not intend or want performed. You agree to indemnify and hold harmless Anaconda from and against any and all liability arising in any way from the access to PyScript.com by persons to whom you have provided your online ID and/or online password.

7.4 SOME THIRD PARTIES MAY HAVE INCIDENTAL ACCESS TO YOUR INFORMATION. Anaconda works with other companies to provide information technology services to users of PyScript.com. These companies may have access to Anaconda's databases, but only for the purposes of providing service to Anaconda. For example, a third party (such as AWS) may obtain access to your Information in an effort to update database software. These companies will operate under consumer confidentiality agreements with Anaconda.

7.5 THE INTERNET IS NOT GUARANTEED TO BE SAFE. Please be aware that no method of transmitting information over the Internet or storing information is completely secure. Accordingly, we cannot guarantee the absolute security of any information. ANACONDA SHALL HAVE NO LIABILITY TO YOU FOR ANY UNAUTHORIZED ACCESS, USE, CORRUPTION OR LOSS OF ANY OF YOUR INFORMATION, EXCEPT TO THE EXTENT THAT SUCH UNAUTHORIZED ACCESS, USE, CORRUPTION, OR LOSS IS DUE SOLELY TO ANACONDA'S GROSS NEGLIGENCE OR MISCONDUCT.

## 8. INDEMNIFICATION

8.1 INDEMNIFICATION BY YOU. You will defend Anaconda against any claim, demand, suit or proceeding made or brought against Anaconda by a third party (i) alleging that User's products or services (including User Services) or any data that User enters into PyScript.com infringe the intellectual property rights of, or have otherwise harmed, a third party; (ii) based upon a representation made by User to such third party; or (iii) based upon a User's breach of the Agreement; (each a "Claim Against Anaconda"), and will indemnify Anaconda from any damages, attorney fees and costs finally awarded against Anaconda as a result of, or for any amounts paid by Anaconda under a settlement approved by User in writing of, a Claim Against Anaconda, provided Anaconda (a) promptly gives User written notice of the Claim Against Anaconda, (b) gives User sole control of the defense and settlement of the Claim Against Anaconda (except that User may not settle any Claim Against Anaconda unless it unconditionally releases Anaconda of all liability), and (c) gives User all reasonable assistance, at User's expense.

8.2 INDEMNIFICATION BY US. We will defend User against any claim, demand, suit or proceeding made or brought against User by a third party alleging that PyScript.com infringes or misappropriates the intellectual property rights of a third party; (a "Claim Against User"), and will indemnify User from any damages, attorney fees and costs finally awarded against User as a result of, or for amounts paid by User under a settlement approved by Anaconda in writing of, a Claim Against User, provided User (a) promptly gives Anaconda written notice of the Claim Against User, (b) gives Anaconda sole control of the defense and settlement of the Claim Against User (except that Anaconda may not settle any Claim Against User unless it unconditionally releases User of all liability), and (c) gives Anaconda all reasonable assistance, at Anaconda expense. If Anaconda receives information about an infringement or misappropriation claim related to PyScript.com, Anaconda may in its discretion and at no cost to User (i) modify PyScript.com so that they are no longer claimed to infringe or misappropriate, (ii) obtain a license for User's or End User's (as applicable) continued use of PyScript.com in accordance with these Terms of Use; or (iii) terminate any of User's or End User's (as applicable) rights for the Service upon thirty (30) days' written notice and refund User or End User (as applicable) any prepaid fees covering the remainder of the term of the terminated Service. The above defense and indemnification obligations do not apply to the extent a Claim Against User arises from User Content, a User Application, Module Content, or User's breach of the Agreement, Documentation, or applicable Order.

8.3 EXCLUSIVE REMEDY. This "Indemnification" Section states the indemnifying party's sole liability to, and the indemnified party's exclusive remedy against, the other party for any third party claim described in this Section.

## 9. GENERAL TERMS

9.1 INTERNATIONAL ACCESS. (a) PyScript.com can be accessed from most countries around the world. PyScript.com content may contain references to Anaconda products, services, documents, promotions, or other resources that are not available in your country. These references do not imply that Anaconda intends to make such resources available in your country. (b) PyScript.com is hosted and offered from inside the United States. Anaconda makes no claim or representation that PyScript.com, or any resources available through it, are appropriate to or made available for locations outside the United States. If PyScript.com or any of the resources it makes available are illegal in your locality, DO NOT USE PYSCRIPT.COM. If you access PyScript.com from a location outside the United States, you are responsible for compliance with all applicable local laws.

9.2 NOTICES. Except as otherwise specified in the Agreement, all notices, permissions, and approvals hereunder shall be in writing and shall be deemed to have been given upon: (i) personal delivery, (ii) the second business day after mailing, or (iii) the first business day after sending by email (provided email shall not be sufficient for notices of termination or an indemnifiable claim). Billing-related notices to you shall be addressed to the relevant billing contact designated by you. All other notices to you shall be addressed to the relevant system administrator designated by you. Notices to us should be addressed to Anaconda, Inc., 1108 Lavaca St. Ste 110-645, Austin, Texas 78701; Attention: Legal.

9.3 GOVERNING LAW AND JURISDICTION. Each party agrees to the governing law of the State of Texas without regard to choice-, or conflicts-, of-law rules, and to the exclusive jurisdiction of federal and state courts sitting in Austin, Texas.

9.4 FEDERAL GOVERNMENT END USE PROVISIONS. We provide the Service, including related software and technology, for ultimate federal government end use solely in accordance with the following: Government technical data and software rights related to the Service include only those rights customarily provided to the public as defined in these Terms of Use. This customary commercial license is provided in accordance with FAR 12.211 (Technical Data) and FAR 12.212 (Software) and, for Department of Defense transactions, DFAR 252.227-7015 (Technical Data – Commercial Items) and DFAR 227.7202-3 (Rights in Commercial Computer Software or Computer Software Documentation). If a government agency has a need for rights not granted under these Terms of Use, it must negotiate with Anaconda to determine if there are acceptable terms for granting those rights, and a mutually acceptable written addendum specifically granting those rights must be included in any applicable Order.

9.5 . COPYRIGHT AND TRADEMARK. Anaconda respects the intellectual property rights of our Users, licensors, and other third parties and expects our Users to do the same when using Pyscript.com. We have adopted and implemented the **Anaconda DMCA Policy** in accordance with applicable law, including the Digital Millennium Copyright Act.

# OFFERING DESCRIPTION: EDUBLOCKS

Welcome to EduBlocks, a free coding learning tool provided by Anaconda. These Terms of Service ("Terms") govern your use of the EduBlocks platform ("Platform"). By accessing or using the Platform, you agree to comply with these Terms and our Privacy Policy. Please read these Terms carefully before using the Platform.

1. USE OF EDUBLOCKS
   a. EduBlocks offers a unique drag-and-drop blocks system that teaches the text-based syntax and key features of programming languages like Python or HTML.
   b. The Platform is web-based, allowing users to access it without the need for installation or account creation. However, by registering for a free account using Google, Microsoft, or email, users can unlock additional functionality, such as cloud-based project saving, sharing capabilities, and publishing options.
   c. EduBlocks Classroom is available for teachers, allowing them to create student groups, assign tasks with instructions and starter projects, and facilitate easy collection and grading of student work.
2. ELEGIBILITY
   a. The Platform is intended for individuals of all ages who are interested in learning how to code using text-based languages such as Python or HTML.
   b. If you are under the age of 18, you must obtain parental or guardian consent before using the Platform.
   c. By using the Platform, you represent and warrant that you have obtained the necessary consent as described in section 1(a) above.
3. USER RESPONSIBILITIES
   a. You are responsible for maintaining the confidentiality and security of your account credentials. Do not share your account information with others.
   b. You must use the Platform in a lawful manner and comply with all applicable laws, rules, and regulations.
   c. You agree not to engage in any activities that may be harmful, offensive, or disruptive to other users or the Platform's functionality.
4. ACCEPTABLE USE OF EDUBLOCKS

You agree to comply with the **Anaconda Acceptable Use Policy** while using EduBlocks. Prohibited actions include uploading illegal, harmful, offensive, or infringing content, phishing or collecting unauthorized data, engaging in unauthorized advertising or solicitation, disrupting the platform, and violating laws or intellectual property rights. You must not misuse EduBlocks for illegal or unauthorized purposes. If you have any questions, contact us at legal@anaconda.com

1. INTELLECTUAL PROPERTY
2. The content provided on the Platform, including text, graphics, logos, images, and software, is protected by intellectual property rights and is owned or licensed by Edublocks.
3. You may use the Platform and its content solely for your personal, non-commercial use. You are prohibited from copying, modifying, distributing, or selling any content from the Platform without prior written consent.
4. OWNERSHIP OF TRAINING MATERIAL
   a. The training materials, including code snippets, project templates, and instructional content provided on the Platform, are the intellectual property of EduBlocks and Anaconda.
   b. You may use the training materials solely for your personal, non-commercial learning purposes. Any unauthorized copying, distribution, or modification of the training materials is strictly prohibited.
5. USER CONTENT
   a. By using the Platform, you may have the opportunity to create, upload, or share content, such as code snippets or projects. You retain ownership of your content, but you grant Edublock a non-exclusive, royalty-free, worldwide license to use, reproduce, modify, adapt, publish, and distribute your content for the purpose of operating and improving the Platform.
   b. You are solely responsible for the content you create, upload, or share on the Platform. You agree not to post or transmit any content that is unlawful, infringing, or violates the rights of others.
6. DATA PRIVACY

    a. We prioritize the privacy and protection of your personal information. Our Privacy Policy outlines the types of information we collect, how we use it, and how we safeguard your data.

    b. As a company committed to protecting the privacy of our users, we comply with all applicable data protection laws, including the Children's Online Privacy Protection Act (COPPA) in the United States and the General Data Protection Regulation (GDPR) in the European Union.

7. LIMITATION OF LIABILITY

    a. Whilst we strive to provide accurate and reliable information and resources on the Platform, we make no warranties or representations regarding the accuracy, completeness, or reliability of the content.

    b. In no event shall EduBlocks, Anaconda, or its affiliates be liable for any direct, indirect, incidental, consequential, or punitive damages arising out of or in connection with your use of the Platform.

8. TERMINATION AND CHANGES TO THE TERMS:

We reserve the right to terminate or suspend your access to the Platform at any time, without prior notice, if we believe you have violated these Terms or engaged in any conduct that may harm the Platform or its users. We may also update or modify these Terms from time to time, and any changes will be effective upon posting the revised Terms on the Platform. It is your responsibility to review the Terms periodically for any updates or changes. These Terms constitute the entire agreement between you and EduBlocks regarding your use of the Platform. If any provision of these Terms is found to be invalid or unenforceable, the remaining provisions shall continue to be valid and enforceable to the fullest extent permitted by law. If you have any questions or concerns about these Terms or the Platform, please contact us at legal@anaconda.com.

 Transcend

**Our Approach to Privacy**     **Return to Main Site**      English

# Exhibit C

# End User License Agreement

**Effective Date:** April 30, 2020

*Last Updated April 3, 2023*

## END USER LICENSE AGREEMENT

This Anaconda End User License Agreement ("EULA") is between Anaconda, Inc., ("Anaconda"), and you ("You" or "Customer"), the individual or entity acquiring and/or providing access to the Anaconda On-Premise Products. The EULA governs your on-premise access to and use of Anaconda's downloadable Python and R distribution of conda, conda-build, Python, and over 200 open-source scientific packages and dependencies ("Anaconda Distribution"); Anaconda's data science and machine learning platform (the "Platform"); and Anaconda's related Software, Documentation, Content, and other related desktop services, including APIs, through which any of the foregoing are provided to You (collectively, the "On-Premise Products"). Capitalized terms used in these EULA and not otherwise defined herein are defined at **https://legal.anaconda.com/policies/en/?name=anaconda-legal-definitions** (the "Definitions").

AS SET FORTH IN SECTION 1 BELOW, THERE ARE VARIOUS TYPES OF USERS FOR THE ON-PREMISE PRODUCTS, THUS, EXCEPT WHERE INDICATED OTHERWISE "YOU" SHALL REFER TO CUSTOMER AND ALL TYPES OF USERS. YOU ACKNOWLEDGE THAT THIS EULA IS BINDING, AND YOU AFFIRM AND SIGNIFY YOUR CONSENT TO THIS EULA, BY : (I) CLICKING A BUTTON OR CHECKBOX, (II) SIGNING A SIGNATURE BLOCK SIGNIFYING YOUR ACCEPTANCE OF THIS EULA; AND/OR (III) REGISTERING TO, USING, OR ACCESSING THE ON-PREMISE PRODUCTS, WHICHEVER IS EARLIER (THE "EFFECTIVE DATE").

Except as may be expressly permitted by this EULA, You may not sell or exchange anything You copy or derive from our On-Premise Products. Subject to your compliance with this EULA, Anaconda grants You a personal, non-exclusive, non-transferable, limited right to use our On-Premise Products strictly as detailed herein.

## 1. PLANS & ACCOUNTS

1.1 OUR PLANS. Unless otherwise provided in an applicable Order or Documentation, access to the On-Premise Products is offered on a Subscription basis, and the features and limits of your access are determined by the subscribed plan or tier ("Plan") You select, register for, purchase, renew, or upgrade or downgrade into. To review the features and price associated with the Plans, please visit **https://www.anaconda.com/pricing**. Additional **Offering Specific Terms** may apply to You, the Plan, or the On-Premise Product, and such specific terms are incorporated herein by reference and form an integral part hereof.

a. FREE PLANS. Anaconda allows You to use the Free Offerings (as defined hereinafter), Trial Offerings (as defined hereinafter), Pre-Release Offerings (as defined hereinafter), and Scholarships (as defined hereinafter) (each, a "Free Plan"), without charge, as set forth in this Section 1.1(a). Your use of the Free Plan is restricted to Internal Business Purposes. If You receive a Free Plan to the On-Premise Products, Anaconda grants You a non-transferable, non-exclusive, revocable, limited license to use and access the On-Premise Products in strict accordance with this EULA. We reserve the right, in our absolute discretion, to withdraw or to modify your Free Plan access to the On-Premise Products at any time without prior notice and with no liability.

i. FREE OFFERINGS. Anaconda maintains certain On-Premise Products, including Anaconda Open Source that are generally made available to Community Users free of charge (the "Free Offerings") for their Internal Business Use. The Free Offerings are made available to You, and Community Users, at the **Free Subscription** level strictly for internal: (i) Personal Use, (ii) Educational Use, (iii) Open-Source Use, and/or (iv) Small Business Use.

(a) Your use of Anaconda Open Source is governed by the Anaconda Open-Source Terms, which are incorporated herein by reference.

(b) You may not use Free Offerings for commercial purposes, including but not limited to external business use, third-party access, Content mirroring, or use in organizations over two hundred (200) employees (unless its use for an Educational Purpose) (each, a "Commercial Purpose"). Using the Free Offerings for a Commercial Purpose requires a Paid Plan with Anaconda.

ii. TRIAL OFFERINGS. We may offer, from time to time, part or all of our On-Premise Products on a free, no-obligation trial basis ("Trial Offerings"). The term of the Trial Offerings shall be as communicated to You, within the On-Premise Product or in an Order, unless terminated earlier by either You or Anaconda, for any reason or for no reason. We reserve the right to modify, cancel and/or limit this Trial Offerings at any time and without liability or explanation to You. In respect of a Trial Offering that is a trial version of a paid Subscription (the "Trial Subscription"), upon termination of the Trial Subscription, we may change the Account features at any time without any prior written notice.

iii. PRE-RELEASED OFFERINGS. We may offer, from time to time, certain On-Premise Products in alpha or beta versions (the "Pre-Released Offerings"). We will work to identify such Pre-Release Offerings as Pre-Release Offerings (such as in version comments). Pre-Released Offerings are On-Premise Products that are still under development, and as such are still in the process of being tested and may be inoperable or incomplete and may contain bugs, speed/performance and other issues, suffer disruptions and/or not operate as intended and designated, more than a typical On-Premise Product. PRE-RELEASED OFFERINGS ARE PROVIDED WITH NO REPRESENTATIONS OR WARRANTIES REGARDING ITS USE AND MAY CONTAIN DEFECTS, FAIL TO COMPLY WITH APPLICABLE SPECIFICATIONS, AND MAY PRODUCE UNINTENDED OR ERRONEOUS RESULTS. YOU MAY NOT USE UNLESS YOU ACCEPTS THE PRE-RELEASED OFFERINGS "AS IS" WITHOUT ANY WARRANTY WHATSOEVER.

iv. SCHOLARSHIPS. We may offer at our sole discretion part or all of our paid On-Premise Products on a fee-exempt Subscription basis (each, a "Scholarship"), subject to our **Scholarship Program Terms**. The Subscription Term of the Scholarship shall be as communicated to You, in writing, within the On-Premise Product or in an Order, unless terminated earlier by either You or Anaconda, for any reason or for no reason. We reserve the right to modify, cancel and/or limit the Scholarship at any time without liability or explanation to You.

v. FREE PLAN TERMS. The Free Plans are governed by this EULA, provided that notwithstanding anything in this EULA or elsewhere to the contrary, with respect to Free Plans (i) SUCH SERVICES ARE LICENSED HEREUNDER ON AN "AS-IS", "WITH ALL FAULTS", "AS AVAILABLE" BASIS, WITH NO WARRANTIES, EXPRESS OR IMPLIED, OF ANY KIND; (ii) THE INDEMNITY UNDERTAKING BY ANACONDA SET FORTH IN SECTION 14.2 HEREIN SHALL NOT APPLY; and (iii) IN NO EVENT SHALL THE TOTAL AGGREGATE LIABILITY OF ANACONDA, ITS AFFILIATES, OR ITS THIRD PARTY SERVICE PROVIDERS, UNDER, OR OTHERWISE IN CONNECTION WITH, THE ON-PREMISE PRODUCTS UNDER THE FREE PLANS, EXCEED ONE HUNDRED U.S. DOLLARS ($100.00). We make no promises that any Free Plans will be made available to You and/or generally available.

b. PAID PLANS. To use some functionalities and features of the On-Premise Products, it is necessary to purchase a Subscription to an On-Premise Product available for a charge (a "Paid Plan"). A Paid Plan can be an individual-level (an "Individual Plan") or an organization-level (an "Org Plan") plan. The Org Plan allows your employees or Affiliate employees to register as Users (each, an "Org User"), and each Org User will be able to register for an Account and use and access the On-Premise Products (a "Seat").

i. INDIVIDUAL PLANS. If You purchase an Individual Plan, Anaconda grants You a non-transferable, non-exclusive, revocable, limited license to use and access the On-Premise Products solely for your own personal use for the Subscription Term selected in strict accordance with this EULA.

ii. ORG PLANS. If You purchase an Org Plan, Anaconda grants You a non-transferable, non-exclusive, revocable, limited license for your Org Users to use and access the applicable On-Premise Products for the Subscription Term selected in strict accordance with this EULA.

1.2 ACCOUNTS.

a. INDIVIDUAL ACCOUNTS. To access certain features of the On-Premise Products, You may be required to create an account having a unique name and password (an "Account"). The first user of the Account is automatically assigned administrative access and control of your Account (the "Admin"). When You register for an Account, You may be required to provide Anaconda with some information about yourself, such as your email address or other contact information.

b. ORG ACCOUNTS. If You are an organization, on an Org Plan, You may be able to invite other Org Users within your organization to access and use the On-Premise Products under your organizational Account (your "Org Account"), assign certain Org Users Admin access, and share certain information, such as artifacts, tools, or libraries, within your Org Account by assigning permissions to your Org Users. You represent and warrant to Anaconda that the person accepting this EULA is authorized by You to register for an Org Account and to grant access and control to your Org Users.

c. YOUR ACCOUNT OBLIGATIONS. You agree that the information You provide to us is accurate and that You will keep it accurate and up to date at all times, including with respect to the assignment of any access, control, and permissions under your Org Account. When You register, you will be asked to provide a password. You (and your Org Users, if you have an Org Account) are solely responsible for maintaining the confidentiality of your Account, password, and other access control mechanism(s) pertaining to your use of certain features of the On-Premise Products (such as API tokens), and You accept responsibility for all activities that occur under your Account. If You believe that your Account is no longer secure, then You must immediately notify us via email or the **Support Center**. We may assume that any communications we receive under your Account have been made by You. You will be solely responsible and liable for any losses, damages, liability, and expenses incurred by us or a third party, due to any unauthorized usage of the Account by either You or any other Authorized User or third party on your behalf.

D. AUTHORIZED USERS.

i. YOUR AUTHORIZED USERS. Your "Authorized Users" are your employees, agents, and independent contractors (including outsourcing service providers) who you authorize to use the On-Premise Products under this EULA solely for your benefit in accordance with the terms of this EULA. The features and functionalities available to Authorized Users are determined by the respective Plan governing such Account, and the privileges of each such Authorized User are assigned and determined by the Account Admin(s). For more information on the rights, permissions, and types of Authorized Users, visit the **Support Center**.

ii. YOUR AFFILIATES. No Affiliate will have any right to use the On-Premise Products provided under a Paid Plan unless and until You expressly purchase a Subscription to use the On-Premise Products in an Order. If You expressly purchase a Subscription to the On-Premise Products for your Affiliates, such Affiliates may use the On-Premise Products purchased on behalf of and for benefit of You or your Affiliates as set forth on the Order in accordance with the terms of this EULA. You shall at all times retain full responsibility for your Affiliate's compliance with the applicable terms and conditions of this EULA. Your Affiliates and their individual employees, agents, or contractors accessing or using the On-Premise Products (subject to payment for any such use pursuant to an Order) on your Affiliates' behalf under the rights granted to You pursuant to this EULA shall be "Authorized Users" for purposes of this EULA.

iii. YOUR END CUSTOMERS. Your "End Customers" are end users of your Bundled Product(s), who obtain access to the embedded On-Premise Products in your Bundled Product(s), without the right to further distribute or sublicense the On-Premise Products. If You expressly purchase a Subscription to the On-Premise Products for your Embedded Use, such End Customers may use the On-Premise Products purchased on behalf of and for benefit of You or your End Customer, as set forth in the Order, in accordance with the terms of this EULA, the Embedded Use Addendum, and **Embedded End Customer Terms**. You shall at all times retain full responsibility for your End Customer's compliance with the applicable terms and conditions of this EULA and the Embedded Use Addendum. Your End Customers accessing or using the On-Premise Products (subject to payment for any such use pursuant to an Order) on your behalf under the rights granted to You pursuant to the applicable Order, this EULA, and the Embedded Addendum shall be "Authorized Users" for purposes of this EULA.

iv. YOUR RESPONSIBILITY FOR AUTHORIZED USERS. You acknowledge and agree that, as between You and Anaconda, You shall be responsible for all acts and omissions of your Authorized Users, and any act or omission by an Authorized User which, if undertaken by You would constitute a breach of this EULA, shall be deemed a breach of this EULA by You. You shall ensure that all Authorized Users are aware of the provisions of this EULA, as applicable to such Authorized User's use of the On-Premise Products, and shall cause your Authorized Users to comply with such provisions. Anaconda reserves the right to establish a maximum amount of storage and a maximum amount of data that You or your Authorized Users may store within, or post, collect, or transmit on or through the On-Premise Products.

## 2. ACCESS & USE

2.1 GENERAL LICENSE GRANT. If You purchase a Subscription to the On-Premise Products pursuant to an Order, or access the On-Premise Products through a Free Plan, then this Section 2.1 will apply.

a. ON-PREMISE PRODUCTS. In consideration for your payment of Subscription Fees (for Paid Plans), Anaconda grants to You, and You accept, a nonexclusive, non-assignable, and nontransferable limited right during the Subscription Term, to use the On-Premise Products and related Documentation solely in conjunction with the purchased On-Premise Products, for your Internal Business Purposes and subject to the terms and conditions of the EULA. With respect to the Documentation, You may make a reasonable number of copies of the Documentation applicable to the purchased On-Premise Product(s) solely as reasonably needed for your Internal Business Use in accordance with the express use rights specified herein.

b. CLOUD SERVICES. In consideration for your payment of Subscription Fees (for Paid Plans), Anaconda grants to You, and You accept, a non-exclusive, non-transferable, non-sublicensable, revocable limited right and license during the Subscription Term, to use the Cloud Services and related Documentation solely in conjunction with the On-Premise Products, for your Internal Business Purposes and subject to the terms and conditions of this EULA. With respect to the Documentation, You may make a reasonable number of copies of the Documentation applicable to the Cloud Services solely as reasonably needed for your Internal Business Use in accordance with the express use rights specified herein.

c. CONTENT. In consideration for your payment of Subscription Fees (for Paid Plans), Anaconda hereby grants to You and your Authorized Users a non-exclusive, non-transferable, non-sublicensable, revocable right and license during the Subscription Term (i) to access, input, and interact with the Content within the On-Premise Products and (ii) to use, reproduce, transmit, publicly perform, publicly display, copy, process, and measure the Content solely (1) within the On-Premise Products and to the extent required to enable the ordinary and unmodified functionality of the On-Premise Products as described in the product descriptions, and (2) for your Internal Business Purposes. You hereby acknowledge that the grant hereunder is solely being provided for your Internal Business Use and not to modify or to create any derivatives based on the Content. You will take all reasonable measures to restrict the use of the On-Premise Products to prevent unauthorized access, including the scraping and unauthorized exploitation of the Content.

d. API. We may offer an API that provides additional ways to access and use the On-Premise Products. Such API is considered a part of the On-Premise Product, and its use is subject to this EULA. Without derogating from Section 2.1 herein, You may only access and use our API for your Internal Business Purposes, in order to create interoperability and integration between the On-Premise Products and your Customer Applications, Bundled Product(s), Customer Environment, or other products, services or systems You or your Authorized Users use internally. In consideration of your payment of applicable Subscription Fees, and subject to the terms and conditions of this EULA, Anaconda hereby grants You a non-exclusive, non-transferable, non-sublicensable, revocable right and license during the Subscription Term to: (i) access, use, and make calls for real-time transmission and reception of Content and information through the API, in object code form only; (ii) input, transmit, and interact with the Content solely for use through, with and within the API; and (iii) use, process, and measure the Content solely to the extent required to enable the display of the Content solely as and how the Content is presented to Authorized Users within the Platform. We reserve the right at any time to modify or discontinue, temporarily or permanently, You and/or your Authorized Users' access to the API (or any part of it) with or without notice. The API is subject to changes and modifications, and You are solely responsible to ensure that your use of the API is compatible with the current version.

e. EMBEDDED USE. If an applicable Order includes an "Embedded Use" Subscription, you may embed the API's, Content, and library files of the On-Premise Products, securely and deeply into your product and/or service, such that it will be a component of a larger set of surrounding code or functions that, in combination together, comprise a unique Bundled Product that you provide to your End Customers, provided that End Customers have written agreements with You at least as protective of the rights and obligations contained in this EULA, the Embedded Use Addendum, the **Embedded End Customer Terms**, and the applicable Order. You will not agree to any terms or conditions that modify, add to, or change in any way the terms and conditions applicable to the On-Premise Products. You will be solely responsible to End Customers for any warranties or other terms provided to them in excess of the warranties and obligations described in this EULA and the Embedded Use Addendum. Any End Customer access to the On-Premise Products may be terminated by Anaconda, at any time, if such End Customer is found to be in breach of any term or condition of this EULA, the Embedded Addendum, or the **Embedded End Customer Terms**.

2.2 THIRD-PARTY SERVICES. You may access or use, at your sole discretion, certain third-party products and services that interoperate with the On-Premise Products including, but not limited to: (a) Third Party Content found in the Repositories, (b) third-party service integrations made available through the On-Premise Products or APIs, and (c) third-party products or services that You authorize to access your Account using your credentials (collectively, "Third-Party Services"). Each Third-Party Service is governed by the terms of service, end user license agreement, privacy policies, and/or any other applicable terms and policies of the third-party provider. The terms under which You access or use of Third-Party Services are solely between You and the applicable Third-Party Service provider. Anaconda does not make any representations, warranties, or guarantees regarding the Third-Party Services or the providers thereof, including, but not limited to, the Third-Party Services' continued availability, security, and integrity. Third-Party Services are made available by Anaconda on an "AS IS" and "AS AVAILABLE" basis, and Anaconda may cease providing them in the On-Premise Products at any time in its sole discretion and You shall not be entitled to any refund, credit, or other compensation. Unless otherwise specified in writing by Anaconda, Anaconda will not be directly or indirectly responsible or liable in any manner, for any harms, damages, loss, lost profits, special or consequential damages, or claims, arising out of or in connection with the installation of, use of, or reliance on the performance of any of the Third-Party Services.

2.3 ADDITIONAL SERVICES.

a. PROFESSIONAL SERVICES. Anaconda offers Professional Services to implement, customize, and configure your purchased On-Premise Products(s). These Professional Services are purchased under an Order and/or SOW and are subject to the payment of the Fees therein and the terms of the **Professional Services Addendum**. Unless ordered, Anaconda shall have no responsibility to deliver Professional Services to you.

b. SUPPORT SERVICES. Anaconda offers Support Services which may be purchased from Anaconda. The specific Support Services included with a purchased On-Premise Product will be identified in the applicable Order. Anaconda will provide the purchased level of Support Services in accordance with the terms of the **Support Policy** as detailed in the applicable Order. Unless ordered, Anaconda shall have no responsibility to deliver Support Services to You.

i. SUPPORT SERVICE LEVELS. During the applicable Subscription Term, Anaconda will provide You with Support Services for the purchased On-Premise Product as listed in APPENDIX A of the Support Policy at the "standard" level, or as otherwise described in the applicable Order.

ii. SERVICE LEVEL AGREEMENT. If the On-Premise Product identified in the Order is a qualifying Cloud Service, then, unless otherwise expressly stated in the Order, Anaconda will exercise commercially reasonable efforts to provide the Cloud Service to You in accordance with the SLA located in APPENDIX B of the Support Policy.

iii. SERVICE LEVEL OBJECTIVE. During the applicable Subscription Term, Anaconda will provide You with Vulnerability remediation support for the purchased On-Premise Product as listed in the SLO in APPENDIX C of the Support Policy.

2.4 ADDITIONAL POLICIES.

a. PRIVACY POLICY. Anaconda respects your privacy and limits the use and sharing of information about You collected by Anaconda On-Premise Products. The policy at **https://legal.anaconda.com/policies/en/?name=privacy-terms#privacy-policy** (the "Privacy Policy") describes these methods. Anaconda will abide by the Privacy Policy and honor the privacy settings that You choose via the On-Premise Products.

b. TERMS OF SERVICE. Use of all Anaconda Cloud Services is governed by the Terms of Service at **https://anaconda.com/terms-of-service** (the "TOS").

c. END USER LICENSE AGREEMENT. Use of all Anaconda On-Premise Products is governed by the End User License Agreement at **https://anaconda.com/terms-of-service** (the "EULA").

d. OFFERING SPECIFIC TERMS. Additional terms apply to certain Anaconda On-Premise Products (the "Offering Specific Terms"). Those additional terms, which are available at **https://legal.anaconda.com/policies/en/?name=offering-specific-terms**, apply to your purchased On-Premise Products, as applicable, and are incorporated into this EULA.

e. DMCA POLICY. Anaconda respects the exclusive rights of copyright holders and responds to notifications about alleged infringement via Anaconda On-Premise Products per the copyright policy at **https://legal.anaconda.com/policies/en/?name=additional-terms-policies#anaconda-dmca-policy** (the "DMCA Policy").

f. DISPUTE POLICY. Anaconda resolves disputes about Package names, user names, and organization names in the Repository per the policy at **https://legal.anaconda.com/policies/en/?name=additional-terms-policies#anaconda-dispute-policy** (the "Dispute Policy"). This includes Package "squatting".

g. TRADEMARK & BRAND GUIDELINES. Anaconda permits use of Anaconda trademarks per the guidelines at **https://legal.anaconda.com/policies/en/?name=additional-terms-policies#anaconda-trademark-brand-guidelines** (the "Trademark & Brand Guidelines").

## 3. PACKAGES & CONTENT

3.1 OPEN-SOURCE SOFTWARE & PACKAGES. Our On-Premise Products include open-source libraries, components, utilities, and third-party software that is distributed or otherwise made available as "free software," "open-source software," or under a similar licensing or distribution model ("Open-Source Software"), which is subject to third party open-source license terms (the "Open-Source Terms"). Certain On-Premise Products are intended for use with open-source Python and R packages and tools for statistical computing and graphical analysis ("Packages"), which are made available in source code form by third parties and Community Users.; As such, certain On-Premise Products interoperate with certain Open-Source Software components, including without limitation Open Source Packages, as part of its basic functionality; and to use certain On-Premise Products, You will need to separately license Open-Source Software and Packages from the licensor. Anaconda is not responsible for Open-Source Software or Packages and does not assume any obligations or liability with respect to You or your Authorized Users' use of Open-Source Software or Packages. Notwithstanding anything to the contrary, Anaconda makes no warranty or indemnity hereunder with respect to any Open-Source Software or Packages. Some of such Open-Source Terms or other license agreements applicable to Packages determine that to the extent applicable to the respective Open-Source Software or Packages licensed thereunder. Any such terms prevail over any conflicting license terms, including this EULA. We use our best endeavors to identify such Open-Source Software and Packages, within our On-Premise Products, hence we encourage You to familiarize yourself with such Open-Source Terms. Note that we use best efforts to use only Open-Source Software and Packages that do not impose any obligation or affect the Customer Data or Intellectual Property Rights of Customer (beyond what is stated in the Open-Source Terms and herein), on an ordinary use of our On-Premise Products that do not involve any modification, distribution, or independent use of such Open-Source Software.

3.2 CONTENT. You may elect to use, or Anaconda may make available to You or your Authorized Users for download, access, or use, Packages, components, applications, services, data, content, or resources (collectively, "Content") which are owned by third-party providers ("Third-Party Content") or Anaconda ("Anaconda Content"). Anaconda may make available Content via the On-Premise Products or may provide links to third party websites where You may purchase and/or download or access Content or the On-Premise Products may enable You to download, or to access and use, such Content. You acknowledge and agree that Content may be protected by Intellectual Property Rights which are owned by the third-party providers or their licensors and not Anaconda. Accordingly, You acknowledge and agree that your use of Content may be subject to separate terms between You and the relevant third party and You acknowledge and agree that Anaconda is not responsible for Content and Anaconda does not have any obligation to monitor Content uploaded by Community Users, and Anaconda disclaims all responsibility and liability for your use of Content made available to You through the On-Premise Products, including without limitation the accuracy, completeness, appropriateness, legality, security, availability, or applicability of the Content, and You hereby waive any and all legal or equitable rights or remedies You have or may have against Anaconda with respect to the Content that You may download, share, access or use.

3.3 CONTENT FORMAT. Content will be provided in the form and format that Anaconda makes such Content available to its general customer base for the applicable On-Premise Products. Any technical changes to the format, frequency, and volume of Content delivered requested or required by You shall be at the discretion of Anaconda.

## 4. CUSTOMER CONTENT & CUSTOMER APPLICATIONS

4.1 CUSTOMER CONTENT. Your "Customer Content" is any content that You provide, use, or develop in connection with your use of Anaconda On-Premise Products, including Customer Applications, Packages, files, software, scripts, multimedia images, graphics, audio, video, text, data, or other objects originating or transmitted from or processed by any Account owned, controlled or operated by You or uploaded by You through the On-Premise Product(s), and routed to, passed through, processed and/or cached on or within, Anaconda's network, but shall not include the API's, Content, and library of files of the On-Premise Products except as set forth in Section 2.1.

4.2 CUSTOMER APPLICATIONS. "Customer Applications" are computer programs independently developed and deployed by You (or on your behalf) using the On-Premise Products, including computer programs which You permit Authorized Users and/or Community Users to access and use in accordance with the license terms applicable to your Customer Application, but shall not include the API's, Content, and library of files of the On-Premise Products except as set forth in Section 2.1. You agree to make any license terms applicable to your Customer Application available to Authorized Users or Community Users of your Customer Application by linking or otherwise prominently displaying such terms to Authorized Users when they first access or use your Customer Application.

4.3 SHARING YOUR CUSTOMER CONTENT OR CUSTOMER APPLICATIONS. If You choose to, You can share your Customer Content or Customer Applications that You submit to the On-Premise Products with Community Users, or with specific individuals or Authorized Users You select to the extent the On-Premise Products support such functionality. If You decide to share your Customer Content or Customer Application that You submit to the On-Premise Products, You are giving certain legal rights, as explained below, to those individuals who You have given access. Anaconda has no responsibility to enforce, police or otherwise aid You in enforcing or policing, the terms of the license(s) or permission(s) You have chosen to offer. ANACONDA IS NOT RESPONSIBLE FOR MISUSE OR MISAPPROPRIATION OF YOUR CUSTOMER CONTENT OR CUSTOMER APPLICATIONS THAT YOU SUBMIT TO THE ON-PREMISE PRODUCTS BY THIRD PARTIES.

4.4 YOUR WARRANTIES. By using the On-Premise Products, You represent and warrant that (i) You are in compliance with this EULA, (ii) You own or otherwise have all rights and permissions necessary to submit to Anaconda and the On-Premise Products, your Customer Content, Customer Applications, and any analyses, data, or other information that You submit to the On-Premise Products and to share and license the right to access and use your Customer Content or Customer Application to Authorized Users and/or Community Users, as applicable, and (iii) your Customer Content or Customer Application that You submit to the On-Premise Products does not violate, misappropriate, or infringe the Intellectual Property Rights of any third party and is not in violation of any contractual restrictions or other third party rights. If You have any doubts about whether You have the legal right to submit, share or license your Customer Content or Customer Applications, You should not submit or otherwise upload your Customer Content or Customer Applications to the On-Premise Products. You may remove your Customer Content or Customer Application from the On-Premise Products at any time or if the On-Premise Products do not include a feature that permits You to remove your Customer Content or Customer Application, You may request that Anaconda remove your Customer Application at any time by contacting the **Support Center**.

4.5 REMOVAL OF CUSTOMER CONTENT AND CUSTOMER APPLICATIONS. If You receive notice, including from Anaconda, that Customer Content or a Customer Application may no longer be used or must be removed, modified and/or disabled to avoid violating applicable law, third-party rights or the Acceptable Use Policy, You will promptly do so. If You do not take required action, including deleting any Customer Content You may have downloaded from the On-Premise Products, in accordance with the above, or if in Anaconda's judgment continued violation is likely to reoccur, Anaconda may disable the applicable Customer Content, On-Premise Products and/or Customer Application. If requested by Anaconda, You shall confirm deletion and discontinuance of use of such Customer Content and/or Customer Application in writing and Anaconda shall be authorized to provide a copy of such confirmation to any such third-party claimant or governmental authority, as applicable. In addition, if Anaconda is required by any third-party rights holder to remove Customer Content or receives information that Customer Content provided to You may violate applicable law or third-party rights, Anaconda may discontinue your access to Customer Content through the On-Premise Products. For avoidance of doubt, Anaconda has no obligation to store, maintain, or provide You a copy of any of your Customer Content or Customer Applications submitted to the On-Premise Products, and any of your Customer Content or Customer Applications that You submit are at your own risk of loss and it is your sole responsibility to maintain backups of your Customer Content and Customer Applications.

## 5. YOUR RESPONSIBILITIES & RESTRICTIONS

5.1 YOUR RESPONSIBILITIES. You represent and warrant that (a) You will ensure You and your Authorized Users' compliance with the EULA, Documentation, and applicable Order(s); (b) You will use commercially reasonable efforts to prevent unauthorized access to or use of On-Premise Products and notify Anaconda promptly of any such unauthorized access or use; (c) You will use On-Premise Products only in accordance with the EULA, Documentation, Acceptable Use Policy, Orders, and applicable laws and government regulations; (d) You will not infringe or violate any Intellectual Property Rights or other intellectual property, proprietary or privacy, data protection, or publicity rights of any third party; (e) You have or have obtained all rights, licenses, consents, permissions, power and/or authority, necessary to grant the rights granted herein, for any Customer Data or Customer Content that You submit, post or display on or through the On-Premise Products; and (f) You will be responsible for the accuracy, quality, and legality of Customer Data or Customer Content and the means by which You acquired the foregoing, and your use of Customer Data or Customer Content with the On-Premise Products, and the interoperation of Customer Data or Customer Content with which You use On-Premise Products, comply with the terms of service of any Third-Party Services with which You use On-Premise Products. Any use of the On-Premise Products in breach of the foregoing by You or your Authorized Users that in Anaconda's judgment threatens the security, integrity, or availability of Anaconda's services, may result in Anaconda's immediate suspension of the On-Premise Products, however Anaconda will use commercially reasonable efforts under the circumstances to provide You with notice and an opportunity to remedy such violation or threat prior to any such suspension; provided no such notice shall be required. Other than our security and data protection obligations expressly set forth in this Section 7 (Customer Data, Privacy & Security), we assume no responsibility or liability for Customer Data or Customer Content, and You shall be solely responsible for Customer Data and Customer Content and the consequences of using, disclosing, storing, or transmitting it. It is hereby clarified that Anaconda shall not monitor and/or moderate the Customer Data or Customer Content and there shall be no claim against Anaconda for not doing so.

5.2 YOUR RESTRICTIONS. You will not (a) make any On-Premise Products available to anyone other than You or your Authorized Users, or use any On-Premise Products for the benefit of anyone other than You or your Affiliates, unless expressly stated otherwise in an Order or the Documentation, (b) sell, resell, license, sublicense, distribute, rent or lease any On-Premise Products except as expressly permitted if you have rights for Embedded Use, or include any On-Premise Products in a service bureau or outsourcing On-Premise Product, (c) use the On-Premise Products, Customer Content, or Third Party Services to store or transmit infringing, libelous, or otherwise unlawful or tortious material, or to store or transmit material in violation of third-party privacy rights, (d) use the On-Premise Products, Customer Content, or Third Party Services to store or transmit Malicious Code, (e) interfere with or disrupt the integrity or performance of any On-Premise Products, Customer Content, or Third Party Services, or third-party data contained therein, (f) attempt to gain unauthorized access to any On-Premise Products, Customer Content, or Third Party Services or their related systems or networks, (g) permit direct or indirect access to or use of any On-Premise Products, Customer Content, or Third Party Services in a way that circumvents a contractual usage limit, or use any On-Premise Products to access, copy or use any Anaconda intellectual property except as permitted under this EULA, an Order, or the Documentation, (h) modify, copy, or create derivative works of the On-Premise Products or any part, feature, function or user interface thereof except, and then solely to the extent that, such activity is required to be permitted under applicable law, (i) copy Content except as permitted herein or in an Order or the Documentation, (j) frame or mirror any part of any Content or On-Premise Products, except if and to the extent permitted in an applicable Order for your own Internal Business Purposes and as permitted in the Documentation, (k) except and then solely to the extent required to be permitted by applicable law, disassemble, reverse engineer, or decompile an On-Premise Product or access an On-Premise Product to (1) build a competitive product or service, (2) build a product or service using similar ideas, features, functions or graphics of the On-Premise Product, or (3) copy any ideas, features, functions or graphics of the On-Premise Product.

## 6. INTELLECTUAL PROPERTY & OWNERSHIP

6.1 ANACONDA RIGHTS. As between You and Anaconda, Anaconda retains any and all Intellectual Property Rights related to the On-Premise Products. The On-Premise Products, inclusive of materials, such as Software, APIs, Anaconda Content, design, text, editorial materials, informational text, photographs, illustrations, audio clips, video clips, artwork and other graphic materials, and names, logos, trademarks and services marks and any and all related or underlying technology and any modifications, enhancements or derivative works of the foregoing (collectively, "Anaconda Materials"), are the property of Anaconda and its licensors, and may be protected by Intellectual Property Rights or other intellectual property laws and treaties. Anaconda retains all right, title, and interest, including all Intellectual Property Rights and other rights in and to the Anaconda Materials.

6.2 CUSTOMER CONTENT & CUSTOMER APPLICATIONS. To the extent You use the On-Premise Products to develop and deploy Customer Content and Customer Applications, You and your licensors retain ownership of all right, title, and interest in and to the Customer Content and Customer Applications. Anaconda does not claim ownership of your Customer Content or Customer Application; however, You hereby grant Anaconda a worldwide, perpetual, irrevocable, royalty-free, fully paid up, transferable and non-exclusive license, as applicable, to (i) access, use, copy, adapt, publicly perform and publicly display your Customer Content or Customer Application that You submit to the On-Premise Products in connection with providing the On-Premise Products to You and your Authorized Users and (ii) with your permission, to internally access, copy and use your Customer Content or Customer Application to review the underlying secure code of your Customer Content or Customer Application for purposes of assisting You with de-bugging your Customer Content or Customer Application. You acknowledge and agree that the rights granted in (i) may be exercised by Anaconda's third-party hosting provider in connection with their provision of hosting services to make the On-Premise Products available to You and your Authorized Users.

6.3 RETENTION OF RIGHTS. Anaconda reserves all rights not expressly granted to You in this EULA. Without limiting the generality of the foregoing, You acknowledge and agree (i) that Anaconda and its third-party licensors retain all rights, title, and interest in and to the On-Premise Products; and (ii) that You do not acquire any rights, express or implied, in or to the foregoing, except as specifically set forth in this EULA and any Order Form. Any Feedback on the On-Premise Products suggested by You shall be free from any confidentiality restrictions that might otherwise be imposed upon Anaconda pursuant to Section 11 (Confidentiality) of this EULA and may be incorporated into the On-Premise Products by Anaconda. You acknowledge that the On-Premise Products incorporating any such new features, functionality, corrections, or enhancements shall be the sole and exclusive property of Anaconda.

6.4 FEEDBACK. As an Authorized User of the On-Premise Products, You may provide suggestions, comments, feature requests or other feedback to any of Anaconda Materials or the On-Premise Products ("Feedback"). Such Feedback is deemed an integral part of Anaconda Materials, and as such, it is the sole property of Anaconda without restrictions or limitations on use of any kind. Anaconda may either implement or reject such Feedback, without any restriction or obligation of any kind. You (i) represent and warrant that such Feedback is accurate, complete, and does not infringe on any third-party rights; (ii) irrevocably assign to Anaconda any right, title, and interest You may have in such Feedback; and (iii) explicitly and irrevocably waive any and all claims relating to any past, present or future Intellectual Property Rights, or any other similar rights, worldwide, in or to such Feedback.

## 7. CUSTOMER DATA, PRIVACY & SECURITY

7.1 YOUR CUSTOMER DATA. Your "Customer Data" is any data, files, attachments, text, images, reports, personal information, or any other data that is, uploaded or submitted, transmitted, or otherwise made available, to or through the On-Premise Products, by You or any of your Authorized Users and is processed by Anaconda on your behalf. For the avoidance of doubt, Anonymized Data is not regarded as Customer Data. You retain all right, title, interest, and control, in and to the Customer Data, in the form submitted to the On-Premise Products. Subject to this EULA, You grant Anaconda a worldwide, royalty-free non-exclusive license to store, access, use, process, copy, transmit, distribute, perform, export, and display the Customer Data, and solely to the extent that reformatting Customer Data for display in the On-Premise Products constitutes a modification or derivative work, the foregoing license also includes the right to make modifications and derivative works. The aforementioned license is hereby granted solely: (i) to maintain and provide You the On-Premise Products; (ii) to prevent or address technical or security issues and resolve support requests; (iii) to investigate when we have a good faith belief, or have received a complaint

alleging, that such Customer Data is in violation of this EULA; (iv) to comply with a valid legal subpoena, request, or other lawful process; (v) to create Anonymized Data, and (vi) as expressly permitted in writing by You.

7.2 NO SENSITIVE DATA. You shall not submit to the On-Premise Products any data that is protected under a special legislation and requires a unique treatment, including, without limitations, (i) categories of data enumerated in European Union Regulation 2016/679, Article 9(1) or any similar legislation or regulation in other jurisdiction; (ii) any protected health information subject to the Health Insurance Portability and Accountability Act ("HIPAA"), as amended and supplemented, or any similar legislation in other jurisdiction; and (iii) credit, debit or other payment card data subject to the Payment Card Industry Data Security Standard ("PCI DSS") or any other credit card processing related requirements.

7.3 PROCESSING CUSTOMER DATA. The ordinary operation of certain On-Premise Products requires Customer Data to pass through Anaconda's network. To the extent that Anaconda processes Customer Data on your behalf that includes Personal Data, Anaconda will handle such Personal Data in compliance with our Data Processing Addendum.

7.4 PRODUCT DATA. Anaconda retains all right, title, and interest in the models, observations, reports, analyses, statistics, databases and other information created, compiled, analyzed, generated or derived by Anaconda from platform, network, or traffic data generated by Anaconda in the course of providing the On-Premise Products ("Product Data"), and shall have the right to use Product Data for purposes of providing, maintaining, developing, and improving its On-Premise Products). Anaconda may monitor and inspect the traffic on the Anaconda network, including any related logs, as necessary to provide the On-Premise Products and to derive and compile threat data. To the extent the Product Data includes any Personal Data, Anaconda will handle such Personal Data in compliance with Applicable Data Protection Laws. Anaconda may use and retain your Account Information for business purposes related to this EULA and to the extent necessary to meet Anaconda's legal compliance obligations (including, for audit and anti-fraud purposes).

7.5 PRODUCT SECURITY. Anaconda will implement security safeguards for the protection of Customer Confidential Information, including any Customer Content originating or transmitted from or processed by the On-Premise Products and/or cached on or within Anaconda's network and stored within the On-Premise Products in accordance with its policies and procedures. These safeguards include commercially reasonable administrative, technical, and organizational measures to protect Customer Content against destruction, loss, alteration, unauthorized disclosure, or unauthorized access, including such things as information security policies and procedures, security awareness training, threat and vulnerability management, incident response and breach notification, and vendor risk management procedures. Anaconda's technical safeguards are further described in the **Information Security Addendum**.

7.6 PRIVACY POLICY. As a part of accessing or using the On-Premise Products, we may collect, access, use and share certain Personal Data from, and/or about, You and your Users. Please read Anaconda's **Privacy Policy**, which is incorporated herein by reference, for a description of such data collection and use practices in addition to those set forth herein.

7.7 ANONYMIZED DATA. Notwithstanding any other provision of the EULA, we may collect, use, and publish Anonymized Data relating to your use of the On-Premise Products, and disclose it for the purpose of providing, improving, and publicizing our On-Premise Products, and for other business purposes. Anaconda owns all Anonymized Data collected or obtained by Anaconda.

## 8. SUBSCRIPTION TERM, RENEWAL & FEES PAYMENT

8.1 ORDERS. Orders may be made in various ways, including through Anaconda's online form or in-product screens or any other mutually agreed upon offline forms delivered by You or any of the other Users to Anaconda, including via mail, email or any other electronic or physical delivery mechanism (the "Order"). Such Order will list, at the least, the purchased On-Premise Products, Subscription Plan, Subscription Term, and the associated Subscription Fees.

8.2 SUBSCRIPTION TERM. The On-Premise Products are provided on a subscription basis ("Subscription") for the term specified in your Order (the "Subscription Term"), in accordance with the respective Plan purchased under such Order (the "Subscription Plan").

8.3 SUBSCRIPTION FEES; FEES FOR PROFESSIONAL SERVICES; SUPPORT FEES. In consideration for the provision of the On-Premise Products (except for Free Plans), You shall pay us the applicable fees per the purchased Subscription, as set forth in the applicable Order (the "Subscription Fees"). An Order can also include the provision of Professional Services, Support Services, and other services for the fees set forth in the Order ("Other Fees"). The Subscription Fees and Other Fees collectively form the "Fees". Unless indicated otherwise, Fees are stated in US dollars. You hereby authorize Anaconda, either directly or through our payment processing service or our Affiliates, to charge such Fees via your selected payment method, upon the due date. Unless expressly set forth herein, the Subscription Fees are non-cancelable and non-refundable. We reserve the right to change the Fees at any time, upon notice to You if such change may affect your existing Subscriptions or other renewable services upon renewal. In the event of failure to collect the Fees You owe, we may, at our sole discretion (but shall not be obligated to), retry to collect at a later time, and/or suspend or cancel the Account, without notice.

8.4 TAXES. The Fees are exclusive of any and all taxes (including without limitation, value added tax, sales tax, use tax, excise, goods and services tax, etc.), levies, or duties, which may be imposed in respect of this EULA and the purchase or sale, of the On-Premise Products or other services set forth in the Order (the "Taxes"), except for Taxes imposed on our income. If You are located in a jurisdiction which requires You to deduct or withhold Taxes or other amounts from any amounts due to Anaconda, please notify Anaconda, in writing, promptly and we shall join efforts to avoid any such Tax withholding, provided, however, that in any case, You shall bear the sole responsibility and liability to pay such Tax and such Tax should be deemed as being added on top of the Fees, payable by You.

8.5 SUBSCRIPTION UPGRADE. During the Subscription Term, You may upgrade your Subscription Plan by either: (i) adding Authorized Users; (ii) upgrading to a higher type of Subscription Plan; (iii) adding add-on features and functionalities; and/or (iv) upgrading to a longer Subscription Term (collectively, "Subscription Upgrades"). Some Subscription Upgrades or other changes may be considered as a new purchase, hence will restart the Subscription Term and some will not, as indicated within the On-Premise Products and/or the Order. Upon a Subscription Upgrade, You will be billed for the applicable increased amount of Subscription Fees, at our then-current rates (unless indicated otherwise in an Order), either: (y) prorated for the remainder of the then-current Subscription Term, or (z) whenever the Subscription Term is being restarted due to the Subscription Upgrade, then the Subscription Fees already paid by You will be reduced from the new upgraded Subscription Fees, and the difference shall be due and payable by You upon the date on which the Subscription Upgrade was made.

8.6 ADDING USERS. You acknowledge that, unless You disable these options, then use of some On-Premise Products may allow: (i) Authorized Users within the same email domain may be able to automatically join the Account; and (ii) Authorized Users within your Account may invite other persons to be added to the Account as Authorized Users (each, a "User Increase"). For further information on these options and how to disable them, visit your **Support Center**. Unless agreed otherwise in an Order, any changes to the number of Authorized Users within a certain Account, shall be billed on a prorated basis for the remainder of the then-current Subscription Term. We will bill You, either upon the User Increase or at the end of the applicable month, as communicated to You.

8.7 EXCESSIVE USAGE. We shall have the right, including without limitation where we, at our sole discretion, believe that You and/or any of your Authorized Users, have misused the On-Premise Products or otherwise use the On-Premise Products in an excessive manner compared to the anticipated standard use (at our sole discretion) to: (a) offer the Subscription in different pricing and/or (b) impose additional restrictions as for the upload, storage, download and use of the On-Premise Products, including, without limitation, restrictions on Third-Party Services, network traffic and bandwidth, size and/or length of Content, quality and/or format of Content, sources of Content, volume of download time, etc.

8.8 BILLING. As part of registering, submitting billing information, or agreeing to an Order You agree to provide us with updated, accurate, and complete billing information, and You authorize us (either directly or through our Affiliates or other third parties) to charge, request, and collect payment (or otherwise charge, refund, or take any other billing actions) from your payment method or designated banking account, and to make any inquiries that we (or our Affiliates and/or third-parties acting on our behalf) may consider necessary to validate your designated payment account or financial information, in order to ensure prompt payment.

8.9 SUBSCRIPTION AUTO-RENEWAL. In order to ensure that You will not experience any interruption or loss of services, your Subscriptions and Support Services include an automatic renewal option by default, according to which, unless You opt-out of auto-renewal or cancel your Subscription or Support Services prior to their expiration, the Subscription or Support Services will automatically renew upon the end of the then applicable term, for a renewal period equal in time to the original term (excluding extended periods) and, unless otherwise notified to You, at no more (subject to applicable Tax changes and excluding any discount or other promotional offer provided for the first term). Accordingly, unless either You or Anaconda cancel the Subscription or Support Services or other renewable service contract prior to its expiration, we will attempt to automatically charge You the applicable Fees upon or immediately prior to the expiration of the then applicable term. If You wish to avoid such auto-renewal, You shall cancel your Subscription (or opt-out of auto-renewal), prior to the expiration of the current term, at any time through the Account settings, or by contacting our Customer Success team. Except as expressly set forth in this EULA, in case You cancel your Subscription or other renewable service, during a term, the service will not renew for an additional period, but You will not be refunded or credited for any unused period within current term. Unless expressly stated otherwise in a separate legally binding agreement, if You received a special discount or other promotional offer, You acknowledge that upon renewal of your Subscription or other renewable service, Anaconda will renew , at the full applicable Fee at the time of renewal.

8.10 CREDITS. If and to the extent any credits may accrue to your Account, for any reason (the "Credits"), will expire and be of no further force and effect, upon the earlier of: (i) the expiration or termination of the applicable Subscription under the Account for which such Credits were given; or (ii) in case such Credits accrued for an Account with a Free Plan that

was not upgraded to a Paid Plan, then upon the lapse of ninety (90) days of such Credits' accrual. Unless specifically indicated otherwise, Credits may be used to pay for the On-Premise Products only and not for any Third-Party Service or other payment of whatsoever kind. Whenever fees are due for any On-Premise Products, accrued Credits will be first reduced against the Subscription Fees and the remainder will be charged from your respective payment method. Credits shall have no monetary value (except for the purchase of On-Premise Products under the limited terms specified herein), nor exchangeable value, and will not be transferable or refundable.

8.11 PAYMENT THROUGH RESELLER. If You purchased On-Premise Products from a reseller or distributor authorized by Anacanda (each, an "Reseller"), then to the extent there is any conflict between this EULA and any terms of service entered between You and the respective Reseller, including any purchase order ("Reseller Agreement"), then, as between You and Anaconda, this EULA shall prevail. Any rights granted to You and/or any of the other Users in such Reseller Agreement which are not contained in this EULA, apply only in connection with the Reseller. In that case, You must seek redress or realization or enforcement of such rights solely with the Reseller and not Anaconda. For clarity, You and your Authorized Users' access to the On-Premise Products is subject to our receipt from Reseller of the payment of the applicable Fees paid by You to Reseller. You hereby acknowledge that at any time, at our discretion, the billing of the Fees may be assigned to us, such that You shall pay us directly the respective Fees.

## 9. REFUNDS; CHARGEBACKS

9.1 REFUND POLICY. If You are not satisfied with your initial purchase of an On-Premise Product, You may terminate such On-Premise Product by providing us a written notice, within thirty (30) days of having first ordered such On-Premise Products (the "Refund Period"). If You terminate such initial purchase of an On-Premise Product, within the Refund Period, we will refund You the pro-rata portion of any unused and unexpired Fees pre-paid by You in respect of such terminated period of the Subscription, unless such other sum is required by applicable law, in U.S. Dollars (the "Refund"). The Refund is applicable only to the initial purchase of the On-Premise Products by You and does not apply to any additional purchases, upgrades, modifications, or renewals of such On-Premise Products. Please note that we shall not be responsible to Refund any differences caused by change of currency exchange rates or fees that You were charged by third parties, such as wire transfer fees. After the Refund Period, the Subscription Fees are non-refundable and non-cancellable. To the extent permitted by law, if we find that a notice of cancellation has been given in bad faith or in an illegitimate attempt to avoid payment for On-Premise Products actually received and enjoyed, we reserve our right to reject your Refund request. Subject to the foregoing, upon termination by You under this Section 9.1 all outstanding payment obligations shall immediately become due for the used Subscription Term, and You will promptly remit to Anaconda any Fees due to Anaconda under this EULA.

9.2 NON-REFUNDABLE ON-PREMISE PRODUCTS. Certain On-Premise Products may be non-refundable. In such event we will identify such On-Premise Products as non-refundable, and You shall not be entitled, and we shall not be under any obligation, to terminate the On-Premise Products and give a Refund.

9.3 CHARGEBACK. If, at any time, we record a decline, chargeback, or other rejection of a charge of any due and payable Fees on your Account ("Chargeback"), this will be considered as a breach of your payment obligations hereunder, and your use of the On-Premise Products may be disabled or terminated and such use of the On-Premise Products will not resume until You re-subscribe for any such On-Premise Products, and pay any applicable Fees in full, including any fees and expenses incurred by us and/or any Third-Party Service for each Chargeback received (including handling and processing charges and fees incurred by the payment processor), without derogating from any other remedy that may be applicable to us under this EULA or applicable law.

## 10. TERM AND TERMINATION; SUSPENSION

10.1 TERM. This EULA is in full force and effect, commencing as between You and Anaconda upon the Effective Date, until your usage or receipt of services is terminated or expires.

10.2 TERMINATION FOR CAUSE. Either You or Anaconda may terminate the On-Premise Products and this EULA, upon written notice, in case that (a) the other Party is in material breach of this EULA and to the extent curable, fails to cure such breach, within a reasonable cure period, which shall not be less than ten (10) days following a written notice from by the non-breaching Party; provided Anaconda may terminate immediately to prevent immediate harm to the On-Premise Products or to prevent violation of its rights of confidentiality or Intellectual Property Rights; or (b) ceases its business operations or becomes subject to insolvency proceedings and the proceedings are not dismissed within forty-five (45) days.

10.3 TERMINATION BY YOU. You may terminate your Subscription to the On-Premise Products by cancelling the On-Premise Products and/or deleting the Account, whereby such termination shall not derogate from your obligation to pay applicable fees except as otherwise provided herein. In accordance with Section 9 (Refunds; Chargebacks), unless mutually agreed otherwise by You and Anaconda in a written instrument, the effective date of such termination will take effect at the end of the then-current term, and your obligation to pay the fees throughout the end of such term shall remain in full force and effect, and You shall not be entitled to a refund for any pre-paid fees.

10.4 EFFECT OF TERMINATION OF SUBSCRIPTION. Upon termination or expiration of this EULA, your Subscription and all rights granted to You hereunder shall terminate, and we may change the Account's access settings. It is your sole liability to export the Customer Data or Customer Content prior to such termination or expiration. In the event that You did not delete the Customer Data or Customer Content from the Account, we may continue to store and host it until either You or we, at our sole discretion, delete such Customer Data or Customer Content, and during such period, You shall still be able to make a limited use of the On-Premise Products in order to export the Customer Data or Customer Content (the "Read-Only Mode"), but note that we are not under any obligation to maintain the Read-Only Mode period, hence such period may be terminated by us, at any time, with or without notice to You, and subsequently, the Customer Data or Customer Content will be deleted. You acknowledge the foregoing and your sole responsibility to export and/or delete the Customer Data or Customer Content prior to the termination or expiration of this EULA, and therefore we shall not have any liability either to You, nor to any Authorized User or third party, in connection therein. Unless expressly indicated herein otherwise, the termination or expiration of this EULA shall not relieve You from your obligation to pay any Fees due and payable to Anaconda.

10.5 SURVIVAL. Section 1.1(a)(iv) (Free Plan Terms), 2.4 (Additional Policies), 4.4 (Your Warranties), 5 (Your Responsibilities & Restrictions), 6 (Intellectual Property & Ownership), 7 (Customer Data, Privacy & Security), 8 (Subscription Term, Renewal and Fees Payment) in respect of unpaid Subscription Fees, 108 (Term and Termination; Suspension), 11 (Confidentiality), 12.2 (Disclaimers), 12.3 (Remedies), 12.4 (Restrictions), 13 (Limitations of Liability), 14 (Indemnification), and 15 (General Provisions), shall survive the termination or expiration of this EULA, and continue to be in force and effect in accordance with their applicable terms.

10.6 SUSPENSION. Without derogating from our termination rights above, we may decide to temporarily suspend the Account and/or an Authorized User (including any access thereto) and/or our On-Premise Products, in the following events: (i) we believe, at our sole discretion, that You or any third party, are using the On-Premise Products in a manner that may impose a security risk, may cause harm to us or any third party, and/or may raise any liability for us or any third party; (ii) we believe, at our sole discretion, that You or any third party, are using the On-Premise Products in breach of this EULA or applicable Law; (iii) your payment obligations, in accordance with this EULA, are or are likely to become, overdue; or (iv) You or any of your Users' breach of the **Acceptable Use Policy**. The aforementioned suspension rights are in addition to any remedies that may be available to us in accordance with this EULA and/or applicable Law.

## 11. CONFIDENTIALITY

11.1 CONFIDENTIAL INFORMATION. In connection with this EULA and the On-Premise Products (including the evaluation thereof), each Party ("Discloser") may disclose to the other Party ("Recipient"), non-public business, product, technology and marketing information, including without limitation, customers lists and information, know-how, software and any other non-public information that is either identified as such or should reasonably be understood to be confidential given the nature of the information and the circumstances of disclosure, whether disclosed prior or after the Effective Date ("Confidential Information"). For the avoidance of doubt, (i) Customer Data is regarded as your Confidential Information, and (ii) our On-Premise Products, including Trial Offerings and Pre-Released Offerings, and inclusive of their underlying technology, and their respective performance information, as well as any data, reports, and materials we provided to You in connection with your evaluation or use of the On-Premise Products, are regarded as our Confidential Information. Confidential Information does not include information that (a) is or becomes generally available to the public without breach of any obligation owed to the Discloser; (b) was known to the Recipient prior to its disclosure by the Discloser without breach of any obligation owed to the Discloser; (c) is received from a third party without breach of any obligation owed to the Discloser; or (d) was independently developed by the Recipient without any use or reference to the Confidential Information.

11.2 CONFIDENTIALITY OBLIGATIONS. The Recipient will (i) take at least reasonable measures to prevent the unauthorized disclosure or use of Confidential Information, and limit access to those employees, affiliates, service providers and agents, on a need to know basis and who are bound by confidentiality obligations at least as restrictive as those contained herein; and (ii) not use or disclose any Confidential Information to any third party, except as part of its performance under this EULA and as required to be disclosed to legal or financial advisors to the Recipient or in connection with a due diligence process that the Recipient is undergoing, provided that any such disclosure shall be governed by confidentiality obligations at least as restrictive as those contained herein.

11.3 COMPELLED DISCLOSURE. Notwithstanding the above, Confidential Information may be disclosed pursuant to the order or requirement of a court, administrative agency, or other governmental body; provided, however, that to the extent legally permissible, the Recipient shall make best efforts to provide prompt written notice of such court order or requirement to the Discloser to enable the Discloser to seek a protective order or otherwise prevent or restrict such disclosure.

## 12. WARRANTIES, REMEDIES, AND DISCLAIMERS.

12.1 ON-PREMISE PRODUCTS WARRANTY.

a. OUR ON-PREMISE PRODUCTS WARRANTY. Anaconda warrants to You that, during the Subscription Term, the On-Premise Products will perform in material conformity with the functions described in the applicable Documentation. Such warranty period shall not apply to Free Plans and Subscriptions offered for no fee. Anaconda will use commercially reasonable efforts to remedy any material non-conformity with respect to On-Premise Products at no additional charge to You.

b. REMEDY FOR NON-CONFORMANCE. In the event Anaconda is unable to remedy the non-conformity in Section 12.1(a) of this EULA within a commercially reasonable period of time, and such non-conformity materially and adversely affects the functionality of the On-Premise Products, You may promptly terminate the applicable Subscription upon written notice to Anaconda and a thirty (30) day period to cure. In the event You terminate your Subscription pursuant to this Section 12.1, You will receive a Refund of any prepaid and unused portion of the Subscription Fees paid. The foregoing shall constitute your exclusive remedy, and Anaconda's entire liability, with respect to any breach of this Section 12.1 (On-Premise Products Warranty).

c. LIMITED THIRD-PARTY SERVICE WARRANTY. Anaconda warrants to You that to the extent any Third-Party Service is used in the On-Premise Products, Anaconda has the right to grant You the license to use the Third-Party Service.

12.2 DISCLAIMERS. EXCEPT AS SET FORTH IN THE FOREGOING LIMITED WARRANTY IN SECTION 12.1, THE ON-PREMISE PRODUCTS ARE PROVIDED "AS IS" AND ANACONDA AND OUR LICENSORS DISCLAIM ALL OTHER WARRANTIES AND REPRESENTATIONS, WHETHER EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE, AND EXPRESSLY DISCLAIM THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. ANACONDA DOES NOT REPRESENT OR WARRANT THAT THE ON-PREMISE PRODUCTS ARE ERROR FREE OR THAT ALL ERRORS CAN BE CORRECTED. EXCEPT AS EXPRESSLY SET FORTH HEREIN, WE DO NOT WARRANT, AND EXPRESSLY DISCLAIM ANY WARRANTY OR REPRESENTATION (1) THAT OUR ON-PREMISE PRODUCTS (OR ANY PORTION THEREOF) ARE COMPLETE, ACCURATE, OF ANY CERTAIN QUALITY, RELIABLE, SUITABLE FOR, OR COMPATIBLE WITH, ANY OF YOUR CONTEMPLATED ACTIVITIES, DEVICES, OPERATING SYSTEMS, BROWSERS, SOFTWARE OR TOOLS (OR THAT IT WILL REMAIN AS SUCH AT ANY TIME), OR COMPLY WITH ANY LAWS APPLICABLE TO YOU; AND/OR (II) REGARDING ANY CONTENT, INFORMATION, REPORTS, OR RESULTS THAT YOU OBTAIN THROUGH THE ON-PREMISE PRODUCTS. THE ON-PREMISE PRODUCTS ARE NOT DESIGNED, INTENDED, OR LICENSED FOR USE IN HAZARDOUS ENVIRONMENTS REQUIRING FAIL-SAFE CONTROLS, INCLUDING WITHOUT LIMITATION, THE DESIGN, CONSTRUCTION, MAINTENANCE, OR OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR TRAFFIC CONTROL, AND LIFE SUPPORT OR WEAPONS SYSTEMS. ANACONDA SPECIFICALLY DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTY OF FITNESS FOR SUCH PURPOSES. No oral or written information or advice given by Anaconda, its Resellers, Partners, dealers, distributors, agents, representatives, or Personnel shall create any warranty or in any way increase any warranty provided herein.

12.3 REMEDIES. Except with respect to the Free Plans for which Anaconda provides no representations, warranties, or covenants, your exclusive remedy for Anaconda's breach of the foregoing warranties is that Anaconda will, at our option and at no cost to You, either (a) provide remedial services necessary to enable the On-Premise Products to conform to the warranty, or (b) replace any defective On-Premise Products. If neither of the foregoing options is commercially feasible within a reasonable period of time, upon your return of the affected On-Premise Products to Anaconda, Anaconda will refund all prepaid fees for the unused remainder of the applicable Subscription Term following the date of termination for the affected On-Premise Products and this EULA and any associated Orders for the affected On-Premise Products will immediately terminate without further action of the Parties. You agree to provide Anaconda with a reasonable opportunity to remedy any breach and reasonable assistance in remedying any nonconformities.

12.4 RESTRICTIONS. If applicable law requires any warranties other than the foregoing, all such warranties are limited in duration to ninety (90) days from the date of delivery. Some jurisdictions do not allow the exclusion of implied warranties, so the above exclusion may not apply to You. The warranty provided herein gives You specific legal rights and You may also have other legal rights that vary from jurisdiction to jurisdiction. The limitations or exclusions of warranties, remedies or liability contained in this EULA shall apply to You only to the extent such limitations or exclusions are permitted under the laws of the jurisdiction where You are located.

## 13. LIMITATION OF LIABILITY.

13.1 LIMITATIONS. NOTWITHSTANDING ANYTHING IN THIS EULA OR ELSEWHERE TO THE CONTRARY AND TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW:

a. IN NO EVENT, EXCEPT IN THE CASE OF A BREACH OF CONFIDENTIALITY OBLIGATIONS OR ANACONDA'S INTELLECTUAL PROPERTY RIGHTS, SHALL EITHER PARTY HERETO AND ITS AFFILIATES, SUBCONTRACTORS, AGENTS AND VENDORS (INCLUDING, THE THIRD PARTY SERVICE PROVIDERS), BE LIABLE UNDER, OR OTHERWISE IN CONNECTION WITH THIS EULA FOR (I) ANY INDIRECT, EXEMPLARY, SPECIAL, CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES; (II) ANY LOSS OF PROFITS, COSTS, ANTICIPATED SAVINGS; (III) ANY LOSS OF, OR DAMAGE TO DATA, USE, BUSINESS, REPUTATION, REVENUE OR GOODWILL; AND/OR (IV) THE FAILURE OF SECURITY MEASURES AND PROTECTIONS, WHETHER IN CONTRACT, TORT OR UNDER ANY OTHER THEORY OF LIABILITY OR OTHERWISE, AND WHETHER OR NOT SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES IN ADVANCE, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE.

b. EXCEPT FOR THE INDEMNITY OBLIGATIONS OF EITHER PARTY UNDER SECTION 14 (INDEMNIFICATION) HEREIN, YOUR PAYMENT OBLIGATIONS HEREUNDER, A VIOLATION OF ANACONDA'S INTELLECTUAL PROPERTY RIGHTS OR BREACH OF OUR **ACCEPTABLE USE POLICY** BY EITHER YOU OR ANY OF THE AUTHORIZED USERS UNDERLYING YOUR ACCOUNT, IN NO EVENT SHALL THE TOTAL AGGREGATE LIABILITY OF EITHER PARTY, ITS AFFILIATES, SUBCONTRACTORS, AGENTS AND VENDORS (INCLUDING, THE ITS THIRD-PARTY SERVICE PROVIDERS), UNDER, OR OTHERWISE IN CONNECTION WITH, THIS EULA (INCLUDING THE ON-PREMISE PRODUCTS), EXCEED THE TOTAL AMOUNT OF FEES ACTUALLY PAID BY YOU (IF ANY) DURING THE TWELVE (12) CONSECUTIVE MONTHS PRECEDING THE EVENT GIVING RISE TO SUCH LIABILITY. THIS LIMITATION OF LIABILITY IS CUMULATIVE AND NOT PER INCIDENT.

13.2 SPECIFIC LAWS. Except as expressly stated in this EULA, we make no representations or warranties that your use of the On-Premise Products is appropriate in your jurisdiction. Other than as indicated herein, You are responsible for your compliance with any local and/or specific applicable Laws, as applicable to your use of the On-Premise Products.

13.3 REASONABLE ALLOCATION OF RISKS. You hereby acknowledge and confirm that the limitations of liability and warranty disclaimers contained in this EULA are agreed upon by You and Anaconda and we both find such limitations and allocation of risks to be commercially reasonable and suitable for our engagement hereunder, and both You and Anaconda have relied on these limitations and risk allocation in determining whether to enter this EULA.

## 14. INDEMNIFICATION.

14.1 BY YOU. You hereby agree to indemnify, defend and hold harmless Anaconda and our Affiliates, officers, directors, employees and agents from and against any and all claims, damages, obligations, liabilities, losses, reasonable expenses or costs (collectively, "Losses") incurred as a result of any third party claim arising from (i) You and/or any of your Authorized Users', violation of this EULA or applicable law; and/or (ii) Bundled Products, Customer Data and/or Customer Content, including the use of Bundled Products, Customer Data and/or Customer Content by Anaconda and/or any of our subcontractors, which infringes or violates, any third party's rights, including, without limitation, Intellectual Property Rights.

14.2 BY ANACONDA.

a. Anaconda hereby agrees to defend You, your Affiliates, officers, directors, and employees, in and against any third party claim or demand against You, alleging that your authorized use of the On-Premise Products infringes or constitutes misappropriation of any third party's copyright, trademark or registered U.S. patent (the "IP Claim"), and we will indemnify You and hold You harmless against any damages and costs finally awarded on such IP Claim by a court of competent jurisdiction or agreed to via settlement we agreed upon, including reasonable attorneys' fees.

b. Anaconda's indemnity obligations under Section 14.2(a) shall not apply if: (i) the On-Premise Products (or any portion thereof) were modified by You or any of your Authorized Users or any third party, but solely to the extent the IP Claim would have been avoided by not doing such modification; (ii) if the On-Premise Products are used in combination with any other service, device, software or products, including, without limitation, Third-Party Content or Third-Party Services, but solely to the extent that such IP Claim would have been avoided without such combination; and/or (iii) any IP Claim arising or related to, Third Party Content, Third Party Services, Customer Data, Customer Content, or to any events giving rise to your indemnity obligations under Section 14.1 above. Without derogating from the foregoing defense and indemnification obligation, if Anaconda believes that the On-Premise

Products, or any part thereof, may so infringe, then Anaconda may in our sole discretion: (a) obtain (at no additional cost to You) the right to continue to use the On-Premise Products; (b) replace or modify the allegedly infringing part of the On-Premise Products so that it becomes non-infringing while giving substantially equivalent performance; or (c) if Anaconda determines that the foregoing remedies are not reasonably available, then Anaconda may require that use of the (allegedly) infringing On-Premise Products (or part thereof) shall cease and in such an event, You shall receive a prorated refund of any Subscription Fees paid for the unused portion of the Subscription Term. THIS SECTION 14.2 STATES ANACONDA'S SOLE AND ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY, FOR ANY INTELLECTUAL PROPERTY INFRINGEMENT OR MISAPPROPRIATION BY ANACONDA AND/OR OUR ON-PREMISE PRODUCTS, AND UNDERLYING ANACONDA MATERIALS.

14.3 INDEMNITY CONDITIONS. The defense and indemnification obligations of the indemnifying Party ("Indemnitor") under this Section 14 are subject to: (i) the indemnified Party ("Indemnitee") shall promptly provide a written notice of the claim for which an indemnification is being sought, provided that such Indemnitee's failure to do so will not relieve the Indemnitor of its obligations under this Section 14.3, except to the extent the Indemnitor's defense is materially prejudiced thereby; (ii) the Indemnitor being given immediate and exclusive control over the defense and/or settlement of the claim, provided, however that the Indemnitor shall not enter into any compromise or settlement of any such claim that that requires any monetary obligation or admission of liability or any unreasonable responsibility or liability by an Indemnitee without the prior written consent of the affected Indemnitee, which shall not be unreasonably withheld or delayed; and (iii) the Indemnitee providing reasonable cooperation and assistance, at the Indemnitor's expense, in the defense and/or settlement of such claim and not taking any action that prejudices the Indemnitor's defense of, or response to, such claim.

## 15. GENERAL PROVISIONS.

15.1 GOVERNING LAW; JURISDICTION. This EULA and any action related thereto will be governed and interpreted by and under the laws of the State of Texas without giving effect to any conflicts of laws principles that require the application of the law of a different jurisdiction. Courts of competent jurisdiction located in Austin, Texas, shall have the sole and exclusive jurisdiction and venue over all controversies and claims arising out of, or relating to, this EULA. You and Anaconda mutually agree that the United Nations Convention on Contracts for the International Sale of Goods does not apply to this EULA. Notwithstanding the foregoing, Anaconda reserves the right to seek injunctive relief in any court in any jurisdiction.

15.2 EXPORT CONTROLS; SANCTIONS. The On-Premise Products may be subject to U.S. or foreign export controls, laws and regulations (the "Export Controls"), and You acknowledge and confirm that: (i) You are not located in and will not use, export, re-export or import the On-Premise Products (or any portion thereof) in or to, any person, entity, organization, jurisdiction or otherwise, in violation of the Export Controls; (ii) You are not: (a) organized under the laws of, operating from, or otherwise ordinarily resident in a country or territory that is the target or comprehensive U.S. economic or trade sanctions (currently, Cuba, Iran, Syria, North Korea, or the Crimea region of Ukraine), (b) identified on a list of prohibited or restricted persons, such as the U.S. Treasury Department's List of Specially Designated Nationals and Blocked Persons, or (c) otherwise the target of U.S. sanctions. You are solely responsible for complying with applicable Export Controls and sanctions which may impose additional restrictions, prohibitions or requirements on the use, export, re-export or import of the On-Premise Products, Customer Content or Customer Data; and (iii) Customer Content and/or Customer Data is not controlled under the U.S. International Traffic in Arms Regulations or similar Laws in other jurisdictions, or otherwise requires any special permission or license, in respect of its use, import, export or re-export hereunder.

15.3 GOVERNMENT USE. If You are part of a U.S. Government agency, department or otherwise, either federal, state, or local (a "Government Customer"), then Government Customer hereby agrees that the On-Premise Products under this EULA qualifies as "Commercial Computer Software" and "Commercial Computer Software Documentation", within the meaning of Federal Acquisition Regulation ("FAR") 2.101, FAR 12.212, Defense Federal Acquisition Regulation Supplement ("DFARS") 227.7201, and DFARS 252.227-7014. Government Customer further agrees that the terms of this Section 20 shall apply to You. Government Customer's technical data and software rights related to the On-Premise Products include only those rights customarily provided to the public as specified in this EULA in accordance with FAR 12.212, FAR 27.405-3, FAR 52.227-19, DFARS 227.7202-1 and General Services Acquisition Regulation ("GSAR") 552.212-4(w) (as applicable). In no event shall source code be provided or considered to be a deliverable or a software deliverable under this EULA. We grant no license whatsoever to any Government Customer to any source code contained in any deliverable or a software deliverable. If a Government Customer has a need for rights not granted under this EULA, it must negotiate with Anaconda to determine if there are acceptable terms for granting those rights, and a mutually acceptable written addendum specifically granting those rights must be included in any applicable agreement. Any unpublished rights are reserved under applicable copyright laws. Any provisions contained in this EULA that contradict any law(s) applicable to a Government Customer, shall be limited solely to the extent permitted under such applicable law(s).

15.4 TRANSLATED VERSIONS. This EULA were written in English, and the EULA may be translated into other languages for your convenience. If a translated (non-English) version of this EULA conflicts in any way with their English version, the provisions of the English version shall prevail.

15.5 FORCE MAJEURE. Neither You nor Anaconda will be liable by reason of any failure or delay in the performance of its obligations on account of an event of Force Majeure; provided the foregoing shall not remove liability for Your failure to pay fees when due and payable. Force Majeure includes, but is not restricted to, events of the following types (but only to the extent that such an event, in consideration of the circumstances, satisfies the requirements of the Definition): acts of God; civil disturbance; sabotage; strikes; lock-outs; work stoppages; action or restraint by court order or public or government authority (as long as the affected Party has not applied for or assisted in the application for, and has requested to the extent reasonable, such court or government action).

15.6 RELATIONSHIP OF THE PARTIES; NO THIRD-PARTY BENEFICIARIES. The Parties are independent contractors. This EULA and the On-Premise Products provided hereunder, do not create a partnership, franchise, joint venture, agency, fiduciary or employment relationship between the Parties. There are no third-party beneficiaries to this EULA.

15.7 MODIFICATIONS. We will also notify You of changes to this EULA by posting an updated version at **https://legal.anaconda.com/policies/en/?name=end-user-license-agreement** and revising the "Last Updated" date therein. We encourage You to periodically review this EULA to be informed with respect to You and Anaconda's rights and obligations with respect to the On-Premise Products. Using the On-Premise Products after a notice of changes has been sent to You or published in the On-Premise Products shall constitute consent to the changed terms and practices.

15.8 NOTICES. We shall use your contact details that we have in our records, in connection with providing You notices, subject to this Section 15.8. Our contact details for any notices are detailed below. You acknowledge notices that we provide You, in connection with this EULA and/or as otherwise related to the On-Premise Products, shall be provided as follows: via the On-Premise Products, including by posting on our Platform or posting in your Account, text, in-app notification, e-mail, phone or first class, airmail, or overnight courier. You further acknowledge that an electronic notification satisfies any applicable legal notification requirements, including that such notification will be in writing. Any notice to You will be deemed given upon the earlier of: (i) receipt; or (ii) twenty-four (24) hours of delivery. Notices to us shall be provided to Anaconda, Inc., Attn: Legal, at 1108 Lavaca St. Ste 110-645, Austin, Texas 78701 and legal@anaconda.com.

15.9 ASSIGNMENT. This EULA, and any and all rights and obligations hereunder, may not be transferred or assigned by You without our written approval, provided that You may assign this EULA to your successor entity or person, resulting from a merger, acquisition, or sale of all or substantially all of your assets or voting rights, except for an assignment to a competitor of Anaconda, and provided that You provide us with prompt written notice of such assignment and the respective assignee agrees, in writing, to assume all of your obligations under this EULA. We may assign our rights and obligations hereunder and/or transfer ownership rights and title in the On-Premise Products to a third party without your consent or prior notice to You. Subject to the foregoing conditions, this EULA shall bind and inure to the benefit of the Parties, their respective successors, and permitted assigns. Any assignment not authorized under this Section 15.9 shall be null and void.

15.10 PUBLICITY. Anaconda reserves the right to reference You as a customer and display your logo and name on our website and other promotional materials for marketing purposes. Any display of your logo and name shall be in compliance with your branding guidelines, if provided by You. In case You do not agree to such use of the logo and/or name, Anaconda must be notified in writing. Except as provided in Section 15.10 of the EULA, neither Party will use the logo, name or trademarks of the other Party or refer to the other Party in any form of publicity or press release without such Party's prior written approval.

15.11 CHILDREN AND MINORS. If You are under 18 years old, then by entering into these Terms You explicitly stipulate that (i) You have legal capacity to consent to These Terms or that You have valid consent from a parent or legal guardian to do so and (ii) You understand the **Anaconda Privacy Policy**. You may not enter into this EULA if You are under 13 years old. IF YOU DO NOT UNDERSTAND THIS SECTION, DO NOT UNDERSTAND THE ANACONDA PRIVACY POLICY, OR DO NOT KNOW WHETHER YOU HAVE THE LEGAL CAPACITY TO ACCEPT THIS EULA, PLEASE ASK YOUR PARENT OR LEGAL GUARDIAN FOR HELP.

15.12 ENTIRE AGREEMENT. This EULA (including all Orders) constitutes the entire agreement, and supersedes all prior negotiations, understandings, or agreements (oral or written), between the Parties regarding the subject matter of this EULA (and all past dealing or industry custom). Any inconsistent or additional terms on any related Customer-issued purchase orders, vendor forms, invoices, policies, confirmation, or similar form, even if signed by the Parties hereafter, will have no effect under this EULA. In the event of any conflict between the terms of this EULA and the terms of any Order, the terms of this EULA will control unless otherwise explicitly set forth in an Order. This EULA may be executed in one or more counterparts, each of which will be an original, but taken together constituting one and the same instrument. Execution of a facsimile/electronic copy will have the same force and effect as execution of an original, and a facsimile/electronic signature will be deemed an original and valid signature. No modification, consent or waiver under this EULA will be effective unless in writing and signed by both Parties. The failure of either Party to enforce its rights under this EULA at any time for any period will not be construed as a waiver of such rights.

If any provision of this EULA is determined to be illegal or unenforceable, that provision will be limited or eliminated to the minimum extent necessary so that this EULA will otherwise remain in full force and effect and enforceable.

 Transcend

**Our Approach to Privacy**     **Return to Main Site**     English