IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HANGZHOU JICAI PROCUREMENT CO., LTD. AND BEIJING ALICLOUD APSARA INFORMATION TECHNOLOGY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ANACONDA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 24-1092-GBW ) ) ) ) ) ) ) |

**DEFENDANT ANACONDA, INC.'S MOTION TO DISMISS
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)
AND THE DECLARATORY JUDGMENT ACT, 28 U.S.C. § 2201**

Defendant Anaconda Inc. ("Defendant"), by and through the undersigned counsel, respectfully moves to dismiss the Complaint filed by Hangzhou Jicai Procurement Co., Ltd. ("Jicai") and Beijing AliCloud Apsara Information Technology Co., Ltd. ("AliCloud" and, together with Jicai, "Plaintiffs") (D.I. 1), under Federal Rules of Civil Procedure 12(b)(1) for lack of standing and 12(b)(6) for failure to state a claim, and moves for the Court to decline to exercise its discretionary jurisdiction under the Declaratory Judgment Act, 28 U.S.C. § 2201. The grounds for this motion are set forth in the accompanying opening brief.

Dated: November 21, 2024

*Of Counsel:*

Gina Durham
DLA PIPER LLP (US)
555 Mission St., Suite 2400
San Francisco, CA 94105-2933
Telephone: 415-836-2500

**DLA PIPER LLP (US)**

*/s/ Stephanie E. O'Byrne*
Brian A. Biggs (DE Bar No. 5591)
Stephanie E. O'Byrne (DE Bar No. 4446)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147

gina.durham@us.dlapiper.com

Aislinn Smalling
DLA PIPER LLP (US)
1900 N. Pearl St, Suite 2400
Dallas, TX 75201
Telephone: 214-743-4500
aislinn.smalling@us.dlapiper.com
*Admitted in California. Not admitted in Texas but being supervised by a licensed Texas Bar member.*

Telephone:  302-468-5700
brian.biggs@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com

*Attorneys for Defendant Anaconda, Inc.*